IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LIVE FACE ON WEB, LLC,**<br><br>         **Plaintiff,**<br><br>vs.<br><br>**CORONA CAPITAL, LLC,**<br><br>  **Defendant.** | Civil Action<br><br>No.: 1:17-cv-00538-ER |

## ORDER

**AND NOW**, this \_\_\_\_\_ day of _____, 2020, upon consideration of Plaintiff Live Face on Web, LLC's Motion for Entry of Final Default Judgment ("Motion") against defendant Corona Capital, LLC (the "Defendant"), and any response thereto, it is hereby **ORDERED** that:

1. Plaintiff's Motion is hereby **GRANTED**; and

2. Judgment is entered in favor of Plaintiff and against Defendant in the aggregate sum of $327,575.05, representing a $467.50 video production fee, an aggregate of $241,500 in licensing/royalty fees during the infringement period, and $85,607.10 in pre-judgment interest thereon through April 1, 2020.

3. Interest on the judgment shall accrue at the Delaware legal rate of 5.25% per annum from the date of this Order.

4. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, this Order shall constitute a final judgment of this Court and this action shall be marked **CLOSED**.

AND IT IS SO ORDERED.

                                                           _____
                                                              EDUARDO C. ROBRENO, J.