# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CORONA CAPITAL, LLC,<br><br>Defendant. | Civil Action<br><br>No.: 1:17-cv-00538-ER |

**DECLARATION OF EDUARD SHCHERBAKOV**
**IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT**

I, Eduard Shcherbakov, declare under the penalties of perjury of the laws of the United States of America that the following is true and correct:

1. I am over 18 years of age and make this declaration based upon my own personal knowledge.

2. I am currently an owner and the CEO of Live Face on Web, LLC ("LFOW"). Since 2005 I have also been an employee of LFOW. Among other duties, I am responsible for writing the software used by LFOW. I am the author of LFOW's web spokesperson software that is the subject of this dispute.

3. The LFOW Software enhances a web site by using the web spokesperson video to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific products and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence. Some customers of LFOW have enjoyed double digit increases in web signups and sales as a result of the use of the LFOW Software,

while others have reported increases of 24-60% in lead capture ratios. Attached to my Declaration as Exhibit 1 is a true and correct copy of an LFOW marketing brochure that references both the benefits of the LFOW Software at issue in this dispute, as well as feedback from particular LFOW customers discussing the advantages they have experienced.

4.     The Defendant used the LFOW Software on its website without paying the license fees normally paid to LFOW, thereby providing the Defendant with the financial benefit of the LFOW Software without having to pay LFOW. These benefits included some of the same benefits obtained by LFOW's paying customers, including increases in web signups, lead capture and sales.

5.     The majority of revenue received by LFOW from the LFOW Software is the result of monthly license fees received by LFOW. The only licenses granted to Version 7.0.0 have been for monthly license fees. For its monthly customers, in 2010 LFOW adopted a form LFOW Software License and Services Agreement (the "LFOW Agreement"). A true and correct copy of the LFOW Agreement is attached hereto as Exhibit 2 to my declaration. The license term currently offered by LFOW to monthly licensees is one year with automatic renewals, as shown in Section 4 of the LFOW Agreement. All licensees for Version 7.0.0 were at least a one-year license, and Version 7.0.0 has been licensed continuously since 2008. These licensees for Version 7.0.0 are the only licenses of LFOW that permit the licensee to use the LFOW Software on more than one web page or URL.

6. Exhibit A of the LFOW Agreement provides the basic breakdown of the licensing fees currently offered for Version 7.0.0 of the LFOW Software. The lowest recurring license fee in the form LFOW Agreement begins at $6,900 per month. This $6,900 monthly fee includes a streaming fee that starts at a minimum of $3,700/mo. and increases to higher tiers with higher streaming volume. The $6,900 monthly fee also includes $3,200/mo. for the licensed materials or "virtual greeter" fee for the display of the spokesperson video. The lowest annual recurring fee for a properly-licensed version of LFOW 7.0.0 under the LFOW Agreement is $82,800 annually, which relates to the required fees for the video streaming plan and the virtual greeter plan. LFOW also charges for many additional recurring fees, such as "click-on-me functionality," that is often purchased by LFOW customers. Additionally, LFOW receives non-recurring fees associated with creating the web spokesperson videos themselves for new LFOW customers or for customers who desire additional web spokesperson videos.

7. LFOW has provided not only a form license but also three executed licenses (with redactions). These executed licenses were entered prior to the form license but feature terms similar to those in the current LFOW Agreement. In the executed licenses the streaming and materials fees could be bundled as one or priced separately, but in either circumstance they were priced via tiers and always included as a single license fee charged by LFOW for Version 7.0.0. While the minimum in the LFOW Agreement adopted in 2010 is $6,900, *every* LFOW license for Version 7.0.0 has generated far more than the $6,900/mo. license fee sought in this case. In fact, no licensee of the LFOW Software has ever averaged below $10,000/mo. in eight years of licensing

history. Exhibit 3 to my declaration is a true and correct copy[1] of an executed LFOW Agreement from January 15, 2008, which generates an average monthly license fee in excess of $6,900/mo., and is still in effect today. Exhibit 4 to my declaration is a true and correct copy[1] of an executed LFOW Agreement from November 8, 2007, which generated an average monthly license fee in excess of $6,900/mo. Exhibit 5 to my declaration is a true and correct copy[1] of an executed LFOW Agreement from September 8, 2008, which generated an average monthly license fee in excess of $6,900/mo.

8. The infringing version of LFOW's Software used by the Defendant is similar to the package offered by LFOW on a monthly basis. For example, the virtual greeter described in the LFOW brochure forms the core of the infringing version of the LFOW Software used by the Defendant. If the Defendant had properly paid LFOW for its software and the accompanying services, it would have incurred a one-time video production fee and the corresponding monthly license fee for Defendant's website. The standard fee of $467.95 per website would have been paid by the Defendant.

9. To determine the license fees lost by LFOW by virtue of the infringement of the Defendant, I researched the usage of the infringing versions of the LFOW Software. I used the internet archive to document the usage.

10. The earliest archive available for the Defendants' website http://coronacapitalgroup.com that establishes the storage and distribution of the infringing file is from February 2011. Attached to my declaration as Exhibit 6 is a true

[1] The redactions, which were added for this motion but are not found in the originals, were applied for purposes of this motion to protect LFOW's customers. The unredacted versions can be provided to the Court if requested by the Court for verification.

and correct copy of the internet archive file from Internet Archive from February 3, 2011 (see line 1277 of p. 28, Exhibit 6, highlighting added) for the website http://coronacapitalgroup.com. I added highlighting at line 1267 showing the link to the infringing file "lindsey_corona_client.js." As set forth in the complaint, lindsey_corona_client.js is an infringing version of LFOW's Software.

11.    Attached to my declaration as Exhibit 7 is a true and correct copy of the internet archive file from Internet Archive on December 31, 2013 (see line 1193 of Exhibit 7, highlighting added) for the website http://coronacapitalgroup.com. I also confirmed that the Defendant's website contained same link to the infringing file again, which is highlighted at line 1150 in Exhibit 7. Based on this time frame, infringement on Defendant's website http://coronacapitalgroup.com occurred for at least 35 months.

12.    The table below calculates the damages attributable to the admitted infringement of the Defendant. The table includes the video fee that the Defendant would have paid to LFOW for its website (i.e. a total of two video fees), as well as one license fee of $6,900 times the number of months of confirmed infringement (i.e. from February 2011 through December 2013) on the subject website:

| Websites | Total Video Fee | License Fee (per month based on the fee for streaming and virtual greeter) | Total License Fee for Infringement (monthly fee x months usage between February 2011 and December 2013) | Total Damages |
|---|---|---|---|---|
| coronacapitalgroup.com | $467.95 | $6,900 | $241,500 | $241,967.95 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 4/8/2020 By: ______________________
Eduard Shcherbakov

# EXHIBIT 1



livefaceonweb.com
LF
Live Face On Web

Table Of Contents....Pg.1
Who We Are....Pg.2
Historical Timeline....Pg.3
Market Trends....Pg.4
Products....Pg.5-6
Virtual Greeter....Pg.7-8
Click-On-Me™....Pg.9-10
InfoAd™....Pg.11-12
MultiAd™....Pg.13-14
SequenceAd™....Pg.15-16
HighLighter™....Pg.17-18
InfoCap™....Pg.19-20
InfoChat™....Pg.21-22
InfoWorld™....Pg.23-24
InfoCaptions™....Pg.25-26
InfoTime™....Pg.27-28
Virtual Dressing Room....Pg.29-30
Implementation....Pg.31-32
Control Desk....Pg.33-34
Case Studies....Pg.35-36
Contact Us....Pg.37

# *Internet Technology*
## *For The 21st Century*

Since 2005, Philadelphia based LiveFaceOnWeb® has emerged as the leader in interactive online solution providers. By revolutionizing the market place with our patent pending technologies, LiveFaceOnWeb® has set the standards for everyone to follow. Through multiple platforms LiveFaceOnWeb® allows companies to utilize video to enhance their visitor's experience. Since the inception of LiveFaceOnWeb®, we have enabled Fortune 500 companies and thousands of small businesses to significantly increase their total marketing campaigns' ROI. By utilizing LiveFaceOnWeb® technology, clients have improved their website's conversion rate by 34% up to 60%, lead capture rate by 22% up to 45%, all while getting their message across to visitor's in a unique and innovative way.

- *Capture website visitor's attention and increase the time spent viewing pages.*
- *Inform the visitor about everything new to your company.*
- *Redirect your visitor to the page of your choice.*
- *Capture your visitor's information with accuracy and ease.*
- *Chat live with your visitor.*
- *Relay the message of a new promotion and track the performance.*

LF



First private screening of projected motion pictures
First black & white film with sound
First television station began commercial broadcasting
http://www
http://www
http://www
First time the Web was publicly an available service on the Internet
First video on the internet
1895 - 1918 - 1923 - 1935 - 1941 - 1954 - 1991 - 1993 - 1997 - 2005
First silent color film
First color film with sound
First coast-to-coast color broadcast
First clickable web ad sold
WOW!
First Virtual Greeter gets delivered by LiveFaceOnWeb®



6.7
World population 6.7 billion
23%
23% of the world population are on the internet
3
Over 3 billion LiveFaceOnWeb presentation views
2005
2009
8300 pages running LFOW presentations
3200 custom made presentations
Increase conversion rates and lead capture with LFOW by 22%
Today's digital marketing options change the game in myriad ways. Online marketing campaigns are less expensive, more targeted, and more personal, not to mention that it's easier to measure return on investment in the digital world. It also means that the era of the annual planned marketing budget is over. Marketing, which has always been a sort of performance art, it has become more improv as teams learn how to test and adjust, test and adjust.
Jessie Scanlon- BusinessWeek.com May 01, 2009
LF
Pg. 4

# Products

*LiveFaceOnWeb® offers several variations of products that are suitable for every industry.*

Virtual Greeter........................................Pg.7-8
Click-On-Me™........................................Pg.9-10
InfoAd™........................................Pg.11-12
MultiAd™........................................Pg.13-14
SequenceAd™........................................Pg.15-16
HighLighter™........................................Pg.17-18
InfoCap™........................................Pg.19-20
InfoChat™........................................Pg.21-22
InfoWorld™........................................Pg.23-24
InfoCaptions™........................................Pg.25-26
InfoTime™........................................Pg.27-28
Virtual Dressing Room......................Pg.29-30

# LiveFaceOnWeb® - Products



 # Virtual Greeter

*Pixilated transparent content delivery platform.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*LFOW has helped our site Fax.com immensely. Since the video launch we've seen our sign-ups increase substantially. Plus the turn-around time for new videos has always been amazingly quick. I've recommended it to peers and will continue to do so.*

*Drew Kersten - Fax.com*





LiveFaceOnWeb® Virtual Greeter content delivery platform creates the ability to display a borderless virtual spokesperson that will interact with and guide your visitors.

# BUILD BRAND IMAGE
# REDUCE BOUNCE RATE

LiveFaceOnWeb® Virtual Greeter will build your brand's image by reducing your bounce rate. Bounce Rate occurs when a visitor exits your website after only viewing one single web page.

*As we all know, people relate better to people, not to words with no emotions or tones. A LiveFaceOnWeb® Virtual Greeter will develop a more enjoyable and comfortable website visit for all of your visitors. Virtual Greeters can be used in an unlimited number of ways. While using a Virtual Greeter on your company's homepage is an innovative and warm way to welcome your visitors, there are endless possibilities on how and where you can use a Virtual Greeter.*

 LF
CLICK-ON-ME
Click-On-Me™

*Pixilated transparent content delivery platform.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*External 3rd party web Analytics Integration.*

Order Form
Contact Us
Chat

> *My initial expectations were that getting the video completed would take days, perhaps even weeks. To my surprise and absolute delight, the video was done exactly as requested, and within 2 business days. To say I am impressed with the professionalism, speed and simplicity with which everything happened, is an understatement. I will certainly be using LFOW again to help market my products.*
>
> *T.J.Dale - MicroTelligent*



LiveFaceOnWeb® Click-On-Me ™ platform creates the ability to display a borderless virtual spokesperson that will interactively guide your visitors to the page of your choice.

# INCREASE CONVERSION RATES
# IMPOSE HUMAN INTERACTION

LiveFaceOnWeb® Click-On-Me ™ will increase your conversions by personally encouraging your visitors to view other pages.

*Click-On-Me ™ is a call to action that is developed from psychology principals of human interaction. When someone asks us to do something, emotions build and we are more likely to grant a simple request, than deny the request. To activate Click-On-Me ™ simply embed your link of choice making your Virtual Greeter a fully active link. You can now send your visitor to the page of your desire by asking them to go there.*



*Pixilated transparent content delivery platform.*

*Dynamic banner rollout.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*LFOW greeting has been the ideal addition to our website, PanicFirstAid.com. We are dealing with a sensitive topic of a private nature. The personal touch of the LFOW model puts our website visitors at ease and gives us a professional feel, resulting in instant credibility. LFOW team has been a pleasure to work with. I will highly recommend this service to others seeking to improve your online presence.*

*Rafe Martin - Panic First Aid*





LiveFaceOnWeb® InfoAd™ platform creates the ability to display a borderless virtual spokesperson that will inform your visitor via a dynamic banner advertisement.

# INNOVATIVELY DELIVER MARKETING MESSAGES

LiveFaceOnWeb® InfoAd™ will advance the way you communicate your marketing messages by displaying a banner to all website visitors next to the Virtual Greeter. This enables you to deliver any special message to your visitor on an "as needed" basis.

*InfoAd™ is a completely customizable and dynamically controlled advertising banner that will display next to your Virtual Greeter. This call to action gives your visitors an innovative, value added, eye catching advertisement. Your company will increase your visitors' experience by offering them incentive upon arrival.*



*Pixilated transparent content delivery platform.*

*Dynamic banner rollout.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*The model and script was great and has already proven to be very effective. The personal service, advice and delivery time that LiveFaceOnWeb.com provided was of the highest standards and most appreciated. We can only highly recommend this service and commend the talented LFOW crew.*

*Eric Hardess - MyTicket2Freedom*



LiveFaceOnWeb® MultiAd™ platform creates the ability to display two borderless virtual spokespeople, that will inform your visitor via the dynamic advertisement space between them.

## CAPTIVATE WITH MODEL DIALOGUE

LiveFaceOnWeb® MultiAd™ will advance the way you communicate your marketing messages by displaying multiple advertisment spaces to all website visitors.

*MultiAd™ is a completely customizable and dynamically controlled advertisement space that will be displayed between two Virtual Greeters. This conversational style call to action will give your visitors an innovative, value added, eye catching advertisement that delivers more of an influential message, with the added intensity of two Virtual Greeters with the dynamic advertisment space.*



*Pixilated transparent content delivery platform.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*"LiveFaceOnWeb offers a terrific product. As soon as I saw it on another site, I knew it was perfect for ours. What made it even better was the speed that the company implemented our order and delivered the final product right on our site. It looks completely fantastic compared to the other guys. Our spokesmodel is professional and sincere and really delivered a great product! Thank you LiveFaceOnWeb, you have really added value to our website!*

*Mark Feldstein - Jeff Kerber Pool Plastering Inc*



LiveFaceOnWeb® SequenceAd™ platform creates the ability to display a borderless virtual spokesperson that will inform your visitor on a per visit basis, via preset sequence of custom messages.

# CREATE NEW INTEREST EACH VISIT

LiveFaceOnWeb® SequenceAd™ will advance the way you offer incentives to your clients by playing a new preset message in relation to their number of visits.

*SequenceAd™ is a completely customizable and dynamically controlled set of Virtual Greeter messages offering new incentives upon each website visit. This call to action gives your visitors added value, eye catching messages, thus your company benefits by increasing visitor experience by offering new incentives each visit. SequenceAd™ will add a great deal of "personal touch" in your relationships with visitors.*



*Pixilated transparent web site navigation enhancement platform.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*I highly recommend using a live model on anyone's website. I can tell you, since we've added LiveFaceOnWeb the sign-up ratio for our ad campaigns have nearly tripled.*

*Carmine Puleo - FunZulu*





LiveFaceOnWeb® HighLighter™ platform creates the ability to display a borderless virtual spokesperson that will point to the highlighted area of your webpage.

# BOOST VISIBILITY
# LIGHT THE WAY

HighLighter™ features fully customizable and highlighted areas that can be activated or changed at any time via LiveFaceOnWeb® Control Desk. LiveFaceOnWeb® HighLighter™ will boost the visibility of any area on the page to improve the navigational experience for your visitors.

*HighLighter™ may appear simple but this feature will ensure that you convey the message you need to. Highlighter™ is a dedicated highlighted section of your website. This is used in conjunction with the Virtual Greeter to make a dedicated section highlighted for stand out viewing by your visitors. They will not miss the message you want them to read when utilizing the interactivity of HighLighter™.*



*Real time data capture form.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*"LiveFaceOnWeb provides a very good product at a fair price along with responsive customer service. We look forward to future projects featuring LiveFaceOnWeb videos.*

*Mike Saad - Armstrong World Industries*





LiveFaceOnWeb® InfoCap™ platform creates the ability to display a borderless virtual spokesperson that is accompanied by a pop-up lead capture form.

# IMPROVE LEAD CAPTURE

# ASSISTANCE WITH EVERY STEP

LiveFaceOnWeb® InfoCap™ will increase your website's lead capture rate, by encouraging visitors to fill in the form that is presented and guided by the Virtual Greeter.

*InfoCap™ is the most advanced and easiest way to capture your website visitor's information. InfoCap™ will enable you to capture your visitor's information with an easy to follow secure form that will appear next to the Virtual Greeter. For example, the system is further enhanced by instantly verifying email address, ensuring your captured information is now more efficient to work with. If the email address is not valid, the InfoCap™ system will notify the visitor they accidently filled in the form with an invalid email. The form is easy to fill in by visitors as the Virtual Greeter will walk them through it, all of this from any page without page reloads. Collected data can be delivered instantly via email or collected as an XML file or database data.*



# InfoChat™

*Complete chat solution.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*"We would like to personally thank the entire team at LFOW. The sales department was informative and helpful, while tech support made the entire process so easy. We will definitely use LiveFaceOnWeb for future projects.*

*AJ Goldberg - New Wealth Ways*





LiveFaceOnWeb® InfoChat™ platform creates the ability to display a borderless virtual spokesperson that will offer your visitors instant communication via instant messaging.

# INCREASE CHAT SESSIONS
# INSTANT COMMUNICATION

LiveFaceOnWeb® InfoChat™ gives the opportunity for visitors to interact directly with a representative from your company, developing lasting rapport with your customer.

*InfoChat™ is a fully interactive on-demand chat solution that allows you to interact instantly with the visitors of your website. You can now answer your website visitors' questions instantly, via the InfoChat™ Instant Message system that can be embedded into your LiveFaceOnWeb®, or via an active link located anywhere and everywhere on your site.*



*Region and language sensitive content delivery platform.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*We would like to give a big thank you for your work, and to the models of LFOW. Now, the majority of our customers seem to prefer video advertisement, as opposed to just reading about us on our website. Our traffic has more than tripled since the video presentation was installed. We have since implemented an additional two video presentations. Our long-term goal is to apply unique video presentations for specific sections of our website .*

*Peter Ojo - GraphCard*



LiveFaceOnWeb® InfoWorld™ platform creates the ability to display a borderless virtual spokesperson that will speak the language according to the visitors' browsers language setting.

# EXPAND WORLD MARKET EXPOSURE

LiveFaceOnWeb® InfoWorld™ will allow you to expand your market penetration by relating to and communicating with visitors in the language they speak.

*LiveFaceOnWeb® understands the need for international expansion on the world wide web. InfoWorld ensures that visitors from different regions will only see the Virtual Greeter that speaks the visitor's language. You will no longer lose the visitors due to language barriers. Your website will now relate to millions of more people, creating higher conversions from all over the world and allowing you to expand your customer base to anywhere in the world.*



 *Pixilated transparent content delivery platform.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*Dealing with my account manager at LFOW was as easy and efficient as the ordering system on their website. They were quick to respond in a professional and courteous manner to all of my needs. I always felt "in control" throughout this quick and simple process and look forward to working with them again in the very near future. The bottom line is my customers loved the end product! It was worth every penny. Thank you LiveFaceOnWeb!*

*Jamie Angeli - VirtualBasketballCoach*





LiveFaceOnWeb® InfoCaptions™ platform creates the ability to display a borderless virtual spokesperson that will display the words being presented at the bottom of the Virtual Greeter.

# COMMUNICATE WITHOUT SOUND

LiveFaceOnWeb® InfoCaptions™ enables you to capture your visitor's attention effectively even without sound.

*InfoCaptions™ will display the captions of your choice with the Virtual Greeter. Your website will not miss any interaction if the visitor has no speakers or is not able to activate them during working hours or in a public place. Using captions with multimedia presentations dramatically improved website accessibility for people with disabilities. US Rehabilitation Act Section 508 "was enacted to eliminate barriers in information technology, to make new available opportunities for people with disabilities, and to encourage development of technologies that will help achieve these goals". Section 508 recommends "Equivalent alternatives for any multimedia presentation shall be synchronized with the presentation" this means captioning must be provided for video presentations of information that fulfills the same function or purpose upon presentation to the user.*

 # InfoTime™

*Time zone sensitive content delivery platform.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*"I have been a leader in online marketing for over 10 years. It takes a lot, in this day in age, for an internet company to come along and really sweep me off my feet. The LiveFaceOnWeb experience was the most seamless process I have ever encountered. We implemented the video on our website and our average donation increased over $50 per visitor on the first day. I almost feel like I went on vacation doing business with LiveFaceOnWeb.*

*Carey Paris - AlzInfo.org*



LiveFaceOnWeb® InfoTime™ platform creates the ability to display a borderless virtual spokesperson that will rotate and display only the messages that are relevant to the visitor's time zone.

# RIGHT MESSAGE ANY TIME
# TIMELY RESPONSE

LiveFaceonWeb® InfoTime™ allows your website to display the Virtual Greeter of your choice according to the time zone of your website visitor.

*With clients from all over the world, we can't always be around to interact with them. Allow LiveFaceOnWeb® to handle that problem for you. InfoTime™ now gives you the opportunity to tell your visitors if you are open or closed, or, maybe you have special offers starting at a certain hour of the day, now you can set the message to display with ease.*





# Virtual Dressing Room

*Pixilated transparent content delivery platform.*

*Isolated layer from website design.*

*Real-time product manipulation via the LiveFaceOnWeb® Control Desk.*

*We have discovered that using video in doing marketing causes increased sales and easier conversions for our marketing efforts. We have tried video feeds from YouTube, in house video promotions, and after trying many variables we are happy to have discovered LiveFaceOnWeb.com. The models are nice and eager sounding in the presentations and we are impressed. We have two videos presentations so far on our site and plan to add more. I just hope my competitors don't discover this service.*

*Joe Richey - WholesalerWholesaler*



LiveFaceOnWeb® Virtual Dressing Room platform creates the ability to display multiple borderless virtual spokespeople that will walk forward and turn around to display the clothing of choice to the visitor.

# REVOLUTIONARY DIGITAL CATWALK

LiveFaceOnWeb® Virtual Dressing Room allows your website to demonstrate the fit and style of your clothes with a 360 degree view to reduce the number of friendly returns from website shoppers.

*Separate your online shopping experience from a print catalogue. Imagine giving your customers the ability to see the clothes they are in search of, on a person's body that is similar to their own, in a full motion 360 degree view. The Virtual Dressing Room gives you this capability. You will be able to display your full line of clothing on all the body types of your choice. Your visitors will have the flexibility to select the model that matches their body type. The model can walk forward or walk back, spin in a 360 degree rotation so the customer can see the full fitment of the clothing. It is time to start eliminating friendly returns and to start giving your customers an online shopping experience that they will greatly appreciate.*

# LiveFaceOnWeb - Implementation





# LiveFaceOnWeb® - Implementation

The main goal of LiveFaceOnWeb® is to have a simple and effortless implementation process for all of our products. The implementation process of any of thirteen LiveFaceOnWeb® products is as simple as it can be. Open your HTML page with any text editor and add ONE line of code. As soon as you save the HTML file, the LiveFaceOnWeb® product will be activated. Our patent pending technology guarantees instant activation and execution of all our products under any computer operating system and any web browser.

## AS EASY AS TYPING ONE LINE OF CODE

## ADJUSTED FOR EVERY INTERNET CONNECTION

*Every LiveFaceOnWeb® presentation during the production process is encoded to perform perfectly on any client web browser connected to the Internetat any connection speed. LiveFaceOnWeb® presentations work perfectly on supported mobile applications as well. LiveFaceOnWeb® presentations' delivery platform will automatically adjust video playback features if the client's Internet connection condition changes during presentation playback. Data collected by LiveFaceOnWeb® InfoCap™ product is delivered to clients via email, collected in a LiveFaceOnWeb® database server, collected as XML files, or transferred to the client via a Web Service module.*



# LiveFaceOnWeb - Control Desk

# LiveFaceOnWeb® - Control Desk

LiveFaceOnWeb® Control Desk gives our clients full control of implementation, management and outcome of utilization of LiveFaceOnWeb® presentations. Simple interface with extended help library provides 24 hour/365 days access to all thirteen LiveFaceOnWeb® products. Using Control Desk, a customer is capable to add, remove and replace any video presentation, activate and deactivate the product's features, add, edit and remove advertisements and manage chat users.

## UNSURPASSED FLEXIBILITY
## TOTAL CONTROL

*LiveFaceOnWeb® Control Desk reporting facility is a powerful tool created to help clients to be in control. Hundreds of parameters delivered to clients in real time or by schedule helps to tune LiveFaceOnWeb® products to reach the highest effectiveness and flexibility. Using LiveFaceOnWeb® Control Desk video maintenance functionality, a client is able to order a new video presentation, upload self-produced video or even record a video presentation in real time over the Internet. LiveFaceOnWeb® Control Desk includes the ability to setup and maintain all features of LiveFaceOnWeb® Product. InfoChat™ product – our advanced integrated chat solution for any business size. LiveFaceOnWeb® Control Desk was designed with clients in mind. Simplicity, online help and chat with technical support.*

# LiveFaceOnWeb - Case Studies

Armstrong® is a worldwide leader in designing manufacturing and marketing of residential and commercial floors, ceilings and cabinets. LiveFaceOnWeb® was the choice of Armstrong® to enhance the navigational element of Armstrong.com.

Challenge: Improve website visibility. Increase conversion ratio. Steer visitors to particular areas of the website without the redesign of web pages. LiveFaceOnWeb® products are a crucial solution to reach expected results. Script preparation and model selection takes 72 hours, video production was done in 48 hours, HighLighter implementation 4 hours, product installation 15 minutes.

Products: Virtual Greeter, HighLighter™, Click-On-Me™.

Impact: By adding a LiveFaceOnWeb® Virtual Greeter, Armstrong improved their website lift by 100%. Visitors learned how to navigate their way through by listening to the Virtual Greeter.

Black Book® (a Hearst Business Media Company) publishes the weekly, monthly and yearly price guides for the automotive industry. Black Book® supports 25 OEM and more than 3,000 dealer websites.

Project highlights: Multilingual presentations with InfoCaptions™, all presentations managed in real time via LiveFaceOnWeb® Control Desk. Sand box environment created for sales team and technical support training. Custom Web Service created for integration from Black Book® legacy system and LiveFaceOnWeb® Control Deck. Extended activity reporting facility with scheduled XML file transfer was developed and implemented.

Products: Virtual Greeter, Click-On-Me™, InfoCaptions™, LiveFaceOnWeb® Control Desk, Multilingual presentations. Custom development.

Impact: Black Book® reports increases of 24%-60% in their lead capture ratio.

Lexus® is a global leader of manufacturing luxury automobiles and part of the global Toyota® family. Lexus® USA online experience is 220+ highly visible car dealers' websites with detail data about new and used cars, car care, auto parts and financial services.

Challenge: Lexus® wanted to build their rapport with their website visitors and improve the overall effectiveness of their website. Lexus® sought for new tools for website navigation using keywords. Lexus® was looking for a broad reporting system to monitor various aspects of the visitors' activity.

Products: Virtual Greeter, Click-On-Me ™, LiveFaceOnWeb® Control Desk, Multilingual Presentations, Custom development & Database development.

Impact: It is reported that LiveFaceOnWeb® Virtual Greeters have over 500 thousand views a month with an 80% complete play rate.

# LiveFaceOnWeb - Case Studies

fax.com

Fax.com is the leader in Internet fax messaging. They provide fax services suitable for individuals as well as those that need broadcasting services or web fax integration, developer tools or APIs.

Project highlights: A Virtual Greeter was implemented onto the homepage for Fax.com. The Virtual Greeter asks the visitor for an area code and offers to send a free fax number.

Products: Virtual Greeter, Click-On-Me™.

Impact: Fax.com has increased sign-ups by 37% by adding a LiveFaceOnWeb® Virtual Greeter to their website.

HOUSTON ROCKETS

Houston Rockets® are an NBA® team with great success.

Challenge: The Rockets® wanted to increase sign-ups for their internet based fan community. The Rockets requested to maintain their team colors and sent in raw footage for post production.

Products: Virtual Greeter (Member of the Rockets cheerleading squad was used as the spokesmodel), Click-On-Me™.

Impact: The Rockets submitted their own footage of their dancers to LiveFaceOnWeb®. The Rockets had an increase in signs up that was estimated to be a 22% increase after utilizing LiveFaceOnWeb® technology.

ZURICH

Zurich® Financial Services Group is an insurance-based financial services provider. Founded in 1872, now having a global network of subsidiaries and offices in North America, Europe, Asia Pacific, Latin America and other markets. With more than 60,000 employees serving customers in more than 170 countries.

Challenge: Demonstrate their company's culture of personal availability for all of their clients from beginning to end, while growing a higher level of personal trust between clients and representatives of Zurich® through an interactive line of communication.

Products: Virtual Greeter (Zurich® management representatives were used as spokespeople), Click-On-Me™.

Impact: Zurich® created a more user friendly multifaceted website that engage the end user experience.



LiveFaceOnWeb, LLC.

1300 Industrial Blvd. Suite 212

Southampton, PA 18966

Toll Free: 1-800-353-1990

Fax: 1-215-396-2870

Email: sales@livefaceonweb.com



This document is provided for informational purposes only and Live Face On Web, LLC makes no warranties, either direct or indirect, in this document. Information in this document is subject to change without notice.
Without limiting the rights under copyright, no part of this document may be reproduced, stored or transmitted in any form or by any way (photocopying, recording, electronic, mechanical, or otherwise), or for any purpose, without the written permission of Live Face On Web, LLC
Live Face On Web, LLC may have patents, patent applications, trademarks, copyrights, or other intellectual property rights covering subject matter in this document.
Except as directly provided in any written license agreement from Live Face On Web, LLC, the obtaining of this document does not give you any license to these patents, trademarks, copyrights, or other intellectual property.

© 2009 Live Face On Web, LLC All rights reserved.

Click On Me, InfoAd, MultiAd, SequenceAd, HighLighter, InfoCap, InfoChat, InfoWorld, InfoCaptions, InfoTime are registered trademarks or service marks of Live Face On Web, LLC
The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

# EXHIBIT 2



SOFTWARE LICENSE AND SERVICES AGREEMENT
Signature Page

| | | | |
|---|---|---|---|
| **The Client Name:** | | **The Client Contact Name:** | |
| **Effective Date:** | | **Term:** | One Year From Effective Date |
| **The Client E-Mail:** | | **The Client Phone / Fax:** | |
| | | | |

| | |
|---|---|
| **The Client Address:** | |

This SOFTWARE LICENSE AND SERVICES AGREEMENT ("Agreement") is made and entered into as of the Effective Date, by and between Live Face On Web, LLC, a Pennsylvania limited liability company, doing business as Live Face On Web, with its principal place of business located at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966 ("LFOW"), and ___________________ ("Client").

| The parties signing below, being duly authorized signers for the parties to this Agreement, intending to be legally bound, hereby agree to all of the terms and conditions set forth herein. | |
|---|---|
| **Live Face on Web, LLC** | |
| Signature | Signature |
| Name | Name |
| Title | Title |
| Date | Date |

**TERMS AND CONDITIONS FOLLOW**



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**-TERMS AND CONDITIONS**

**Section 1: Definitions**

1.1 “Business Days” means Monday through Friday, except for any day listed on Exhibit B as a LFOW holiday.

1.2 "Client" means, jointly and severally, ________________.

1.3 "Client Syndicated Product" means any product or service made available by Client to its customers including but not limited to ASP applications and Web applications.

1.4 “Client Web Site” means the web sites ________________, and any websites of the customers of the Client that the Client authorizes to display the Client Video.

1.5 “Client Video” means the video and audio files created by LFOW for the Client and hosted on the LFOW Web Server but specifically excludes the Licensed Materials and all confidential processes by which the Client Video is converted and/or compressed for use on the LFOW media player.

1.6 “LFOW Web Server” means the web servers that store and distribute content for the Client Web Site and/or Client Syndicated Products.

1.7 “Licensed Materials” means the software scripts, software files, and LFOW media player provided by LFOW.

1.8 “Services” means collectively Video Production Services, the General Services and the Maintenance and Support Services.

**Section 2: License Grant; Software Delivery**

2.1 License Grant. LFOW herby grants to the Client during the Term a personal, revocable, limited, fee-bearing, non-exclusive, non-transferable, non-assignable, non-sublicenseable license to use the Licensed Materials solely for purposes of streaming and displaying the Client Video on Internet browsers of visitors to the Client Web Site and on Client Syndicated Products. The foregoing license grant shall include the right for the Client (or its designated third party) to (a) embed links provided by LFOW into the Client Web Site for purposes of calling, caching and displaying on the local computers of visitors to the Client Web Site, certain Licensed Materials to enable the streaming and displaying of the Client Video on the Internet browsers of such visitors to the Client Web Site, and (b) embed links provided by LFOW into the Client Syndicated Products for displaying the Client Video to the users of the Client Syndicated Products including visitors of the websites integrating Client Syndicated Products, but not for any other purpose (including, without limitation, any act of electronic or physical distribution, performance or broadcast).

2.2 Restrictions. LFOW reserves all its rights not expressly granted to the Client in this Agreement. The Licensed Materials are licensed, not sold to the Client. Except to the extent otherwise expressly permitted hereunder, and without limitation, the following restrictions shall apply to the Licensed Materials. The Client shall (i) not copy or reproduce any portion of the Licensed Materials; (ii) not distribute, share through any information network, transfer, convey, sell, and lease or rent any of the Licensed Materials to any other person or company, in whole or in part; (iii) will only use the Licensed Materials for its internal business purposes and not for the benefit of any third party (other than visitors to the Client Web Site or users of he Client Syndicated Products using the Materials as contemplated hereunder); (iv) not change, alter, amend, modify, decompile, reverse engineer, disassemble or create derivative works, enhancements, extensions or add-ons to any of the Licensed Materials; (v) not remove, obscure or in any way alter LFOW’s proprietary notices, trademark or copyright notices affixed or contained in the Licensed Materials and (vi) not export the Licensed Materials outside of the United States (provided this export restriction shall not apply to calling, caching, and displaying the Licensed Materials on Internet browsers of visitors of the Client Web Site or Client Syndicated Products located outside the United States for the purposes of streaming and displaying the Client Video). The foregoing License does not authorize the Client to install or embed the Licensed Materials on any web site other than the Client Web Site and other than in connection with display on a Client Syndicated Product, unless agreed to by LFOW in writing, which may be conditioned, among other things, on the payment of additional License fees. The Client further acknowledges and agrees that use of the Licensed Materials may be subject to additional restrictions, under applicable copyright and other laws that are not enforced or prescribed by any technology delivered to the Client. The absence of any such technology designed to enforce these additional restrictions should in no way be viewed or interpreted as a waiver, on the part of LFOW or any other person or entity owning any rights in any of the Licensed Materials, of their respective rights to enforce any such additional restrictions regarding the Client’s use of the Licensed Materials. The Licensed Materials are licensed as a single product, and its component parts may not be separated, or divided, for use apart from the whole.

2.3 Delivery and Integration. LFOW shall deliver to the Client (or its designated third party) links to be embedded into the Client Web Site and/or Client Syndicated Products. The Client (or its designated third party) may embed such links into the Client Web Site or Client Syndicated Products to enable the



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

streaming and displaying of the Client Video on the Internet browsers of visitors to the Client Web Site or users of the Client Syndicated Products. Client acknowledges and agrees that LFOW is not familiar with and has not reviewed the Client Syndicated Products and, therefore, **LFOW provides no warranty that the Licensed Materials will function properly or at all in the Client Syndicated Products**. Client understands that custom development services may be required to achieve functionality of the Licensed Materials in some Client Syndicated Products. LFOW will provide custom development services for Client Syndicated Products in accordance with Section 3.5 of this Agreement.

**Section 3: Services**

3.1 Services Generally. LFOW shall perform the Services set forth in this Agreement only. Any additional services not expressly stated in this Agreement that may be requested by the Client during the Term, will be provided by LFOW on a time and materials basis at LFOW's then current rates in accordance with a written statement of work signed by both parties to this Agreement and made a part of this Agreement. LFOW shall not be obligated to provide, and the Client shall not be obligated to pay for, any products or services not expressly stated in this Agreement or a written statement of work signed by both parties. LFOW may use subcontractors to provide Services.

3.2 Video Production Services. Upon written request by the Client to LFOW, LFOW shall provide the Client with the following video production services as more fully described in **Exhibit A**: Non-Custom Video Production; Custom Video Production at LFOW Facilities; Custom Video Production at Designated Locations; and Client-Provided Video Production (collectively, the "Video Production Services"). For Non-Custom Video Production, LFOW will deliver the link to the final version of the applicable Client Video within five (5) Business Days from the date LFOW receives the final script from the Client. For all other Video Production, LFOW will deliver the link to the final version of the applicable Client Video within five (5) Business Days of completing post-production work of the Client Video. The Client shall provide LFOW with at least two (2) weeks advance notice of any request for Custom Video Production at Designated Locations in order for LFOW to schedule video crews for the offsite locations.

3.3 General Services. Upon written request by the Client to LFOW, LFOW shall provide the Client with one or more general or video hosting services more fully described in **Exhibit A** ("General Services").

3.4 Maintenance and Support. LFOW shall provide the Client with support for the Client Video as more fully described in **Exhibit B** ("Maintenance and Support Services"). Maintenance and Support Services shall be available on Business Days, between the hours of 10:00AM EST and 7:00PM EST.

3.5 Custom Development Services. LFOW shall provide to the Client reports that: (a) show total number of times the Client Video presentation has been initiated to play; (b) show total number of times the Client Video presentation has finished playing; (c) show how many times the click-through effect has occurred; (d) will be categorized by identification number; and (e) will be in real time reporting. The Client will be provided with an interface that allows the Client to select the Client Video presentation position, orientation and other limited functionality on the Client Web Site. Any other customized development ("Additional Custom Development"), that the Client requests in writing that LFOW provide (including but not limited to other reports and analyses, and any development needed to permit the Licensed Materials to function in Client Syndicated Products) shall be billed $165 per hour. LFOW shall provide the Client with an estimate of time to complete the Additional Custom Development, however, LFOW shall not be required to obtain the Client's prior acceptance of such estimate in order for the fees incurred with providing the Additional Custom Development to be binding upon the Client. LFOW agrees to remove all LFOW trademarks, service marks, logos, hyperlinks and proprietary notices from the Client Video; provided that, LFOW shall be permitted to include any such trademarks, service marks, logos and proprietary notices (including, without limitation, a "Powered by LiveFaceOnWeb.com®" and "www.livefaceonweb.com" notice) in an information dialog box that will appear when a visitor right clicks on the Client Video.

3.6 Upgrades. LFOW may provide, in its sole discretion, upgrades or enhancements to the Licensed Materials to the Client at no additional cost as part of the Maintenance and Support Services.

**Section 4: Term**

This Agreement is effective and the parties' obligations commence, on the Effective Date and shall continue in effect until the expiration of the Term, unless terminated early in accordance with Section 10 (Termination). This Agreement will automatically renew for successive one (1) year terms (each a "Renewal Term"). Either party shall be permitted to terminate this Agreement at any time during any Renewal Term by providing written notice at least ninety (90) days in advance to the other party of its desire to terminate this Agreement. The initial Term and all Renewal Terms are collectively the "Term".



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**Section 5: Fees, Taxes and Payment**

5.1 Payment Obligation. The Client shall pay to LFOW the fees in accordance with **Exhibit A** (collectively, the "Fees"). All amounts payable hereunder shall be paid in United States dollars, and are non-refundable except as otherwise expressly stated with respect to Service Level Warranties (as defined in **Exhibit B**).

5.2 Fees at Renewal. LFOW reserves the right to adjust the Service Fees in accordance with its then current fees at the beginning of each Renewal Term upon ninety (90) days' advance written notice to the Client.

5.3 Taxes. The Client shall be responsible for any and all sales, use, value added and other similar taxes that may be imposed by any taxing jurisdiction under applicable law upon the Client or LFOW with respect to the License Fees or Services paid hereunder, other than taxes based upon the income or revenue of LFOW, (collectively, "Sales Taxes"). Where LFOW is required to collect and remit any such taxes under applicable law, LFOW shall separately state such taxes on its invoices to the Client and shall remit all amounts received on account thereof to the appropriate taxing authority. LFOW shall maintain full and detailed records of all such taxes invoiced to the Client and paid to any taxing authority by LFOW.

**Section 6: Ownership; Confidentiality**

6.1 LFOW Ownership. The Client acknowledges and agrees that the Licensed Materials and all materials and documentation in connection with the Licensed Materials and the Services, including, without limitation, any software (in object code and source code form), databases, documents, LFOW content (including, without limitation, images, text, audio, video), methodologies, processes and other information developed or provided by LFOW (including, without limitation, all derivative works of the foregoing) (collectively "LFOW Property"), are the sole and exclusive property of LFOW. The Client further acknowledges and agrees that, except as specifically provided herein, this Agreement does not grant the Client any license, title, or any limited rights of ownership in LFOW Property and LFOW retains all worldwide right, title and interest in and to LFOW Property, including, without limitation, all patent, copyright, trademark, know-how, trade secret and any other proprietary rights inherent therein and appurtenant thereto. LFOW represents and warrants that the LFOW Property (excluding the Client Materials and any materials or content provided by Client), (i) is owned exclusively by LFOW, or is otherwise used with permission from its licensors, and (ii) does not infringe, misappropriate, or violate any third party intellectual property rights. LFOW shall indemnify and hold harmless the Client, and its respective affiliates, officers, directors, and employees (the "Client Indemnitees"), from all losses, damages, liabilities, costs and expenses (including attorneys' fees and court costs) to the extent arising from (a) any breach of the representation given in this Section 6.1, and (b) LFOW's fraudulent or willful misconduct, or any violation by LFOW of any applicable laws or regulations. LFOW's indemnification obligations set forth herein shall not apply in the event the claim or claims giving rise to such indemnification obligations arise from any actions, other than use of the LFOW Property in accordance with this Agreement, by the Client Indemnitees (including, without limitation, any unauthorized use of the LFOW Property), or any claims for which the Client is obligated to indemnify LFOW. The foregoing indemnification shall constitute the Client's sole and exclusive remedy for any breach of the representations and warranties under Sections 6.1(i) and 6.1(ii), and LFOW's entire liability with respect thereto, subject to the Client's additional right to terminate this Agreement in accordance with this Agreement.

6.2 The Client Ownership. The Client retains all right, title and interest in and to any text scripts provided by the Client to LFOW, the Client Video, content and information located on the Client Web Site and/or Client Syndicated Product, and any and all content provided by the Client to LFOW (including all uncompressed and compressed audio and video content) (the "Client Property"). The Client hereby grants to LFOW a personal, royalty free, non-exclusive, non-transferable, non-assignable, non-sublicenseable license to use such Client Property in any manner (including, without limitation, the right to create derivative works and the right to perform screenscraping in connection the Services, as determined in LFOW's sole discretion) necessary to provide the Services to the Client under this Agreement. The Client represents and warrants that the Client Property, (i) is owned exclusively by the Client, or is otherwise used with permission from its licensors, (ii) the Client Property does not infringe, misappropriate, or violate any third party intellectual property or rights of publicity or privacy rights; (iii) is not defamatory, trade libelous, unlawfully threatening or unlawfully harassing; (iv) is not obscene, harmful to minors or child pornographic; (v) does not contain any viruses, Trojan horses, worms, time bombs, cancelbots or other computer programming routines that are intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or personal information; and (vi) is not materially false, misleading or inaccurate. The Client shall indemnify and hold harmless LFOW, its affiliates, officers, directors and employees, from all losses, damages, liabilities, costs and



expenses (including attorneys' fees and court costs) to the extent arising from (a) any breach of the representation given in this Section 6.2, (b) the Client's fraudulent or willful misconduct, or any violation by the Client of any applicable laws, regulations, or its privacy policy, and (c) any third party claims relating to Client's use of the LFOW Property on the Client Web Site or in a Client Syndicated Product (excluding any claims for which LFOW is obligated to indemnify the Client).

6.3 Trademarks. Neither party shall use the other party's names, logos, trademarks or service marks (collectively "Marks") in any promotional or advertising material or efforts or any other publications without the other party's prior written consent, which may be withheld for any reason or no reason. All benefit from any use of the Marks and all goodwill associated therewith shall inure solely to the benefit of the respective owners.

6.4 Confidentiality. Each party acknowledges that it may have access to confidential information of the other party. Accordingly, the provisions of this Agreement, any information identified by the disclosing party as confidential, and any information that a reasonable business person would deem sensitive or confidential (collectively "Confidential Information"), shall be treated by the receiving party on a confidential basis and shall not be disclosed to any third party (except as required by law and upon advance notice to the disclosing party), or used except as permitted hereunder, without the express written consent of the receiving party. Upon expiration or termination of this Agreement for any reason, each party shall return or destroy the Confidential Information of the disclosing party as directed by the disclosing party. Each party shall have the right to disclose the existence of this Agreement and its terms to its subcontractors, and professional advisors who have a "need to know", and to a prospective purchaser and its agents during the course of a due diligence review in a merger transaction, stock sale or sale of all or substantially all of a party's assets, providing that the foregoing have agreed to be bound by the terms of this Section 6.4.

**Section 7: Limited Warranty**

7.1 Limited Warranty. Except for the Client's right to terminate in accordance with Section 10 (Termination) and as otherwise expressly stated with respect to the Service Level Warranty set forth in Exhibit B and incorporated herein by reference, LFOW's sole responsibility and the Client's exclusive remedy in the event of any defect in the Licensed Materials or any failure to provide the Services, shall be that LFOW shall make commercially reasonable efforts to remedy any resulting deficiencies.

**Section 8: Disclaimer of Warranty.**

**EXCEPT AS EXPRESSLY SET FORTH IN THIS AGREEMENT, LFOW PROVIDES THE LICENSED MATERIALS AND SERVICES "AS IS," WITHOUT WARRANTY OF ANY KIND, WHETHER STATUTORY, EXPRESS OR IMPLIED. LFOW DISCLAIMS ALL WARRANTIES, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE CLIENT SHALL BE SOLELY RESPONSIBLE FOR THE SELECTION, USE AND SUITABILITY OF THE LICENSED MATERIALS AND SERVICES AND LFOW SHALL HAVE NO LIABILITY THEREFORE. LFOW DOES NOT WARRANT THAT THE LICENSED MATERIALS AND SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT THE SERVICES WILL MEET CLIENT'S REQUIREMENTS, OR OF ACCURACY OF INFORMATION CONTAINED IN OR DELIVERED THROUGH THE SERVICES.**

**Section 9: Limitations of Liability**

9.1 Maximum Aggregate Liability. The Client acknowledges that the limitations set forth in this Section are integral to the amount of fees levied in connection with this Agreement, and that, were LFOW to assume any further liability other than as set forth herein, such fees would of necessity be set substantially higher. LFOW's maximum aggregate liability to the Client for any claim related to, or in connection with, the Licensed Materials and Services and this Agreement, except with respect to LFOW's indemnification obligations under this Agreement, shall be limited to 50% of the recurring fees actually paid by the Client to LFOW under this Agreement over the twelve (12) months preceding the date of the claim.

9.2 **LFOW LIMITATION ON LIABILITY. LFOW SHALL NOT BE LIABLE TO THE CLIENT WHATSOEVER FOR ANY DIRECT OTHER THAN AS STATED IN SECTION 9.1, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFIT, LOSS OF REVENUE, OR LOSS OF BUSINESS SUFFERED BY THE CLIENT. THIS PROVISION APPLIES EVEN IF LFOW IS INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. LFOW SHALL ALSO NOT BE LIABLE FOR ANY DELAYS, NONDELIVERIES, MISDELIVERIES, DATA TRANSMISSION FAILURES, OR FOR ANY FAILURE OF**



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**PERFORMANCE OR INTERRUPTION OF THE PROVISION OF THE SERVICES TO THE CLIENT.**

9.3 Privacy Policy**.** LFOW does not collect any personally identifiable information from any visitors to the Client Web Site, including any information such as IP or MAC addresses, except to the extent required to perform the General Services. Without limiting the generality of the foregoing disclaimer of warranties and limitation of liability set forth this Agreement, LFOW shall not be responsible for the use of the Client Web Site or any Client Syndicated Product, or for any information collected by the Client or any third parties from the visitors to the Client Web Site or user of a Client Syndicated Product. The Client, on the Client Web Site (including any websites that the Client allows to link to the Client Web Site), shall maintain a privacy policy that allows it to collect personal information and allows it to place cookies on a visitor's computer. LFOW shal not use, transfer, license or disclose any Client Web Site data obtained in performing the Services, except in connection with the performance of the Services for Client and for Client's benefit.

**Section 10: Termination**

10.1 Termination for Cause. In the event of a final, non-appealable determination that the Licensed Materials infringes any proprietary right of any third party, LFOW shall have the option, at its own expense, to (a) obtain for the Client the right to continue using the infringing item, (b) replace the infringing item or modify it so that it becomes noninfringing, or (c) terminate the licensed rights granted herein and grant the Client a prorated refund of all recurring license fees theretofore paid by the Client. Other than as specified above, either party may terminate this Agreement immediately upon the giving of a final written notice without further obligation to the other party in the event that (i) the aggrieved party ("Non-Defaulting Party") shall have given the other party ("Defaulting Party") an initial written notice of the Defaulting Party's failure to discharge any material obligation, including the obligation to pay any amounts within the time period due and (ii) such failure or default is not cured by the Defaulting Party within five (5) calendar days of the initial notice and continues to exist as of the date upon which the Non-Defaulting Party gives final notice of termination, unless the default is incapable of cure in five (5) calendar days, in which case the cure period shall be extended to fifteen (15) calendar days. Termination pursuant to this Section shall be without prejudice to any rights available to the parties at law or equity. Notwithstanding the foregoing and without limitation LFOW's rights under this Agreement, LFOW shall be permitted to immediately suspend access to the Service in the event the Client has defaulted on its obligations to make any payments when due under this Agreement, or has used the Licensed Materials or the Services in a manner not authorized under this Agreement and continues to do so after notice thereof from LFOW.

10.2 Effect of Termination and Expiration. Upon expiration or termination of this Agreement for any reason, the Client shall immediately cease using the Licensed Materials and shall immediately remove all of the Licensed Materials (including any embedded links) from the Client servers and the Client Web Site and the Client Syndicated Products (and any other electronic storage devices) and delete or destroy them, along with any related documentation (and any copies thereof) that the Client may have received or otherwise may possess. The Client shall provide LFOW with written confirmation, signed by an authorized representative of the Client, of its compliance with the obligations under this Section 10.2. LFOW shall provide the Client with written confirmation, signed by an authorized representative of LFOW, that it has deleted or destroyed, any Client Property in its possession.

**Section 11: General**

11.1 Compliance with Law. Each of the parties hereto shall at all times comply with the terms of this Agreement and all applicable local, state and federal laws and regulations pertaining to this Agreement, the use of the Licensed Materials and Services and the performance of their respective obligations hereunder.

11.2 Entire Agreement. This Agreement constitutes the entire agreement between LFOW and the Client with respect to the subject matter of this Agreement and supersedes all prior representations, proposals, discussions and communications, whether oral or in writing.

11.3 Independent Contractors. The parties are independent contractors. Nothing herein shall be deemed to create or constitute a partnership, joint venture, or agency relationship between the parties hereto. Neither of the parties hereto shall have any authority to bind the other in any way.

11.4 Successors and Assigns. The terms and provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto, and their permitted successors and assigns and legal representatives. Neither party may assign this Agreement or any right granted hereunder, or sublicense, or permit any other person to obtain or exercise any rights in this Agreement or in respect of Services in whole or in part without written permission from the other, which shall not be unreasonably withheld. Notwithstanding the foregoing, either party may assign or transfer its rights and obligations hereunder in the context of a



merger, acquisition, or the sale of substantially all of the party's assets upon written notice to the other party hereto.

11.5 Governing Law; Waiver of Jury Trial. This Agreement and any and all claims, disputes, and other matters in question arising out of or relating to this Agreement, or breach thereof shall be governed by the laws of the Commonwealth of Pennsylvania, without regard to the conflicts of laws provisions thereof. The parties irrevocably waive trial by jury in any action, proceeding, or counterclaim, whether at law or in equity, permitted to be brought by either of them against the other, whether or not there are other parties in such or proceeding.

11.6 Severability. If any provisions of this Agreement or the application of any such provision shall be held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement shall continue in full force and effect.

11.7 Disputes Generally. The parties hereby undertake to use good faith efforts to settle all disputes arising under this Agreement. Should a dispute arise, except as otherwise provided hereafter, the parties agree to refer it to a Senior Vice President or higher level executive ("Senior Managers") representing each party. The Senior Managers shall communicate with each other within three (3) Business Days for the purpose of endeavoring to resolve such dispute or such other reasonable time. The Senior Managers shall discuss the problem and negotiate in good faith in an effort to resolve the dispute without the necessity of any formal proceeding relating thereto. If the dispute has not been resolved by the Senior Managers within thirty (30) Business Days of their first communication, then either party may seek other relief as provided herein.

11.8 Notice. Any notices or other communications required or permitted hereunder shall be given in writing and be delivered personally or sent by a nationally recognized overnight courier to the address of each party specified on the signature page (or as subsequently designated by a party by notice to the other party given in accordance with this Section). Such notices or other communications shall be effective on the date such notice is given, if delivery is given in person or by overnight courier.

11.9 Survival of Terms. The provisions of Sections 5.3, 6, 7, 8, 9, 10.2 and 11, shall survive expiration or termination of this Agreement for any reason, as well as the Client's obligation to pay for any fees incurred and not paid in full.

11.10 No Waiver. No provision of this Agreement may be waived, amended or otherwise modified except by a written agreement signed by each party hereto. The waiver by either party of the breach of any provision hereof shall not be construed as a waiver of subsequent breaches or as a continuing waiver of such breach.

11.11 Press. Neither party hereto shall issue any public statement or press release in connection with this Agreement, except with the consent of the other party hereto, which consent may be withheld for any or no reason.

11.12 Counterparts. This Agreement may be executed in two counterparts, each of which shall be deemed an original, but both of which taken together shall constitute one and the same instrument

11.13 Injunctive Relief. In the event that the Client attempts or threatens to use, copy, license, or convey the LFOW Property in a manner contrary to the terms of this Agreement, LFOW shall be entitled to pursue, in addition to any other remedies available to it, injunctive relief. The Client hereby acknowledges that other remedies at law are inadequate in the circumstances set forth herein.

11.14 Force Majeure. Neither party shall be liable for any damages or penalty for any delay in performance of, or failure to perform any obligation hereunder or for failure to give the other party prior notice thereof when such delay or failure is due to the elements, acts of God, delays in transportation, delays in delivery by vendors or other causes beyond that party's reasonable control. The party whose performance is prevented by an act of force majeure shall resume performance as soon as is reasonably practicable after the condition of force majeure is no longer operative

.



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT A**
**Licensed Materials and Services Description and Fees**

| **Non-Recurring Video Production Services and Fees (including all taxes)** | | | |
|---|---|---|---|
| **VIDEO PRODUCTION SERVICES** | | **PRODUCTION FEES** | **PAYMENT TERMS** |
| Non-Custom Video Production by LFOW | 15 seconds of video | $259.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 30 seconds of video | $467.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 60 seconds of video | $842.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 90 seconds of video | $1,179.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 120 seconds of video | $1,517.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 180 seconds of video | $2,123.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 240 seconds of video | $2.723.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 300 seconds of video | $3.218.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom Video Production at LFOW Facilities | First 3 hours of studio time (minimum of 3 hours) | $789.95 | Net sixty (60) days following recording |
| | Each additional hour of studio time | $389.95 | Net sixty (60) days following recording |
| | Makeup artist per hour | $250.00 | Net sixty (60) days following recording |
| | Post-production editing for the first 10 seconds of video | $389.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Post-production editing for each 5 second increment of video | $157.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom or Non-Custom Video Production at LFOW Facilities or Designated Locations | Script Writing Service | $199.95 per video | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom Video Production at Designated Locations as set forth in **Exhibit C** | Domestic Locations (Continental U.S.), excluding Hawaii and Alaska | $5,899.95 flat fee per location, per day | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Non-Domestic Locations | $7,700 flat fee per location, per day | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Post-production editing | $350 per video | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Client-Provided Video | Post-production editing (minimum of 2 hours) | $389.95/hour | Net sixty (60) days following delivery in accordance with Section 2.3 |



# SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**Further Description of Video Production Services**

Non-Custom Video Production. LFOW will provide non-custom video production services using its own facilities and in accordance with the following additional terms.

Presentations are recorded within LFOW studio facilities within forty-eight (48) hours of request.
Prices are based on one time production and one model within the presentation.
The Client will provide its own scripts to LFOW. The Client may select from at least 40 models.
The Client will be able to select different shots and sizes of the video presentations.

Custom Video Production at LFOW Facilities. LFOW will provide custom video recording and production services at the LFOW facilities in accordance with the terms of each order placed by the Client. The Client will be contacted by a LFOW representative to discuss the details of the order specifications such as garment, model presentation style, and date and times for recording. If any term of an order placed by the Client cannot be honored, then LFOW shall promptly notify the Client. No term of an order placed by the Client shall alter or supersede the terms of this Agreement.

Custom Video Production at Designated Locations. LFOW will provide custom video recording and production services at the Designated Locations between the hours of 8:00AM and 5:00PM in accordance with the terms of each order placed by the Client. The Client will be contacted by a LFOW representative to discuss the details of the order specifications such as garment, model presentation style, and date and times for recording. The specific site at the Designated Location must be able to accommodate a recording crew and other specifications as necessary for the respective sites. If any term of an order placed by the Client cannot be honored, then LFOW shall promptly notify the Client. No term of an order place by the Client shall alter or supersede the terms of this Agreement.

Client-Provided Video Production. LFOW will adapt an uncompressed AVID video file provided to LFOW for presentation on the Client Web Site and/or Client Syndicated Product.

Technical Specifications. The standard for a 10 second Flash movie presentation 170px X 160px with 48kb/s stereo sound compression and pixilated encoding at 300kb/s is 500KB, and 10 second Flash movie presentation 170px X 160px with 48kb/s stereo sound compression and pixilated encoding at 200kb/s is 400KB. The foregoing specifications may vary depending on model movement, color of garment, models facial expression, size of the presentation, duration of the video, and the audio. The following technical requirements apply in order for the Client Video to properly appear on the Internet browser of visitors to the Client Web Site and/or Client Syndicated Product:

Internet Browsers - Safari (version 1 or higher), Internet Explorer (version 5 or higher), Opera (version 6 or higher), Netscape (version 4 or higher), or Firefox (version 1 or higher). The Internet Browser must be configured to enable java scripts and must be using Flash version 8.0 or higher.

Languages. LFOW has the ability to provide flash movie presentations in languages other than English.

**Recurring Fees: License Fees, Hosting Fees, and Support and Maintenance Fees**

| SOFTWARE AND SERVICE DESCRIPTION | LICENSE / HOSTING FEES | ADDITIONAL TERMS | PAYMENT TERMS |
|---|---|---|---|
| Video Streaming Plans for the Client | Minimum of $ 3,700 per month for up to 1.5 terabytes of data per month, and then additional fees apply depending on the volume of use as follows:<br><br>If greater than 1.5 terabytes per month, but less than or equal to 5 terabytes per month, additional fee $4,500 per month.<br><br>If greater than 5 terabytes per month, but less than or equal to 10 terabytes per month, additional fee of $8,000 per month, | , | Monthly in arrears, payable net sixty (60) days; monthly in arrears for overages, payable net sixty (60) days |



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

| | | | |
|---|---|---|---|
| | If greater than 10 terabytes per month, but less than or equal to 30 terabytes per month, additional fee of $16,000 per month,<br><br>If greater than 30 terabytes per month, an additional $2.45 per megabyte in excess of 1.5 terabytes per month | | |
| Licensed Material Fees for Virtual Greeter ™ | $3,200 per month. | | Monthly in arrears, payable net sixty (60) days. |
| Licensed Material Fees for Click-On-Me ™ | $4,000 per month. | | Monthly in arrears, payable net sixty (60) days. |
| Licensed Material Fees for SequenceAd ™ | $4,800 per month | | Monthly in arrears, payable net sixty (60) days. |
| Support and Maintenance Services | No charge for up to eight (8) hours per month, thereafter on a time and materials basis at a rate of $165 per hour ("Support and Maintenance Fees"). | Maintenance and Support Fees will accrue in 15 minute increments | Monthly in arrears, payable net sixty (60) days |



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT B**
**Maintenance and Support Services and Service Level Warranty**

This **Exhibit B** sets out the terms and conditions pursuant to which LFOW will provide Maintenance and Support Services to the Client and the Service Level Warranty associated with the General Services.

**Section 1: Maintenance and Support Services**

1.1 General Maintenance and Support Terms.

LFOW will provide the following Maintenance and Support Services for the post-production Client Video. For purposes of this **Exhibit B**, "post-production" means the Client Video made available to the Client via the links to be embedded into the Client Web Site and/or Client Syndicated Product.

General Maintenance and Support Services include the following:

- Phone and email help desk for the Client and/or its designated third party service provider;
- Investigate, troubleshoot and revise java scripts and links provided by LFOW to the Client for the Client Video;
- Provide updates to comply with new versions of Internet browsers;
- Work with the Client suppliers and contractors as reasonably necessary to coordinate generally scheduled maintenance of the Client Web Site and/or Client Syndicated Product.

1.2 Response Times.

LFOW shall respond to technical issues within the following response times:

| Category | Required Response Time | Restore and Resolve |
|---|---|---|
| Critical | thirty (30) minutes | sixty (60) minutes, or as otherwise agreed by the parties |
| Non-Critical | one (1) hour | six (6) hours, or as otherwise agreed by the parties |

For purposes of this Agreement, "Critical" is defined as rendering the Client Video unavailable and "Non-Critical" is defined as a cosmetic issue. LFOW shall not be responsible any breach of the Maintenance and Support Services caused by the action or inaction of the Client or any of its third party designees or suppliers. LFOW observes the following holidays (the same holidays will be observed in subsequent years).

Thanksgiving Day
Christmas Day
New Year's Day
Memorial Day
Independence Day
Labor Day
Yom Kippur
Thanksgiving Day
Christmas Day

**Section 2: Service Level Warranty**

2.1 Service Availability. LFOW represents and warrants that the General Services will be available in accordance with the terms set forth below ("Service Availability"). Service Availability is defined as the ability to deliver the Client Video to the Client Web Site and/or Client Syndicated Product. LFOW guarantees 100% Service Availability, excluding interruptions caused by the following:

(ii) LFOW scheduled maintenance;

(iii) The Client (or any third party) network maintenance activities;

(iv) Maintenance at the Client's premises, including the Client servers or the Client Web Site;

(v) Failure of the Client's hardware or software;

(vi) Failure of the Client Internet service or the Client Web Site (equipment down, not serving content, broken links or similar issues that would interrupt service);

(vii) Failure of the Client controlled actions and environment (for example power failure, temperature increases, firewall blocking, or unplugging equipment).



**EXHIBIT B (continued)**
**Maintenance and Support Services and Service Level Warranty**

2.2 Credits. If the Client experiences unavailability of the Hosting Service, that is not caused by any of the forgoing exclusions, then LFOW will issue a credit to the Client based on the length of the outage as follows: (a) any single outage greater than two (2) hours = one (1) day credit of the Fees associated with the General Services and (b) cumulative outages in a single day amounting to greater than two (2) hours = one (1) day credit of the Fees associated with the General Services per sixty (60) minute period. One (1) day of Fees associated with the General Services shall be equal to 1/30th of the committed monthly Fees associated with the General Services. A maximum of five (5) days of credit may be provided during any single month.

2.3 Reporting.

In the event the Client believes a service outage has occurred, the Client shall promptly (not to exceed two (2) Business Days) notify LFOW in writing stating the details of such outage, which will include, at a minimum, the time and date of the outage, the period of the outage, and the applicable the Client Web Site or Client Syndicated Product. Upon receipt of such information, LFOW shall conduct its own investigation and report its conclusions to the Client. If LFOW believes, in its reasonable judgment and based on supportable information, the outage did not occur or that it falls within one or more of the exclusions, LFOW shall notify the Client and the parties shall discuss in good faith a resolution. If LFOW believes that an outage has occurred, LFOW will report to the Client the amount of credit owed to the Client and shall apply such credit to the invoice for the immediately following calendar month. No credit shall be given if the Client has failed to timely pay any amount of Fees that are past due.



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT C**
**Custom Video Production Designated Locations**

The following locations are offered by LFOW as of the Effective Date:

U.S.
Albany
Albuquerque
Anchorage
Atlanta
Austin
Boise
Boston
Bozeman
Charlotte
Chicago
Cleveland
Columbus
Dallas
Dayton
Denver
Des Moines
Detroit
Grand Rapids
Hartford
Honolulu
Houston
Indianapolis
Jacksonville
Knoxville
Minneapolis
Kansas City
Las Vegas
Little Rock
Los Angeles
Louisville
Memphis
Miami
Milwaukee

Mexico & Central America
Mexico City, Mexico
Managua, Nicaragua

Caribbean
Port of Spain, Trinidad
Barbados
Puerto Rico
Jamaica
Tortola and St. Thomas
British Virgin Islands

South America
Sao Paolo and Rio, Brazil
Buenos Aires, Argentina
Lima, Peru
Santiago, Chile
Caracas, Venezuela
Bogota, Colombia
La Paz, Bolivia

U.K.
London, England
Glasgow and Edinburgh, Scotland
Dublin, Ireland

Europe
Madrid and Barcelona, Spain
Paris and Strasbourg, France
Milan, Rome, and Florence, Italy
Amsterdam, Netherlands
Brussels, Belgium
Frankfurt, Berlin, and Munich, Germany
Prague, Czech Republic
Warsaw, Poland
Zurich and Geneva, Switzerland



Mobile
Montgomery
Nashville
New Orleans
New York City
Newark
Norfolk
Orlando
Philadelphia
Phoenix
Portland, Oregon
Portland, Maine
Raleigh
Reno
Richmond
Rochester
St. Louis
Salt Lake City
San Diego
San Francisco
San Jose
Seattle
Tallahassee
Tampa
Tucson
Tulsa
Washington, D.C.

Canada
Calgary
Montreal
Toronto
Vancouver
Winnipeg

Stockholm, Sweden
Oslo, Norway
Reykjavik, Iceland
Helsinki, Finland
Budapest, Hungary
Athens, Greece
Moscow, Russia
Malta

Asia
Istanbul, Turkey
Jerusalem, Israel
Mumbai, India
New Delhi, India
Bangkok, Thailand
Tokyo, Japan
Seoul, South Korea
Beijing, China
Shanghai, China
Singapore
Hong Kong
Kuala Lumpur, Malaysia
Manila, Philippines

Oceania
Sydney, Melbourne, and Perth, Australia
Auckland, New Zealand

Africa

South Africa

Nairobi

# EXHIBIT 3

 LF
Live Face On Web, LLC

## SOFTWARE LICENSE AND SERVICES AGREEMENT
Signature Page

| Effective Date: | January 14, 2008 | Term: | [redacted] |
|---|---|---|---|
| The Client Name: | [redacted] | The Client Contact Name: [redacted] | |
| The Client E-Mail: [redacted] | | The Client Phone / Fax: | |

| The Client Address: | [redacted] |
|---|---|

This SOFTWARE LICENSE AND SERVICES AGREEMENT ("Agreement") is made and entered into as of the Effective Date, by and between Live Face On Web, LLC, a Pennsylvania limited liability company, doing business as Live Face On Web, with its principal place of business located at 1300 Industrial Boulevard, Suite 202, Southampton, PA 18966 ("LFOW") and [redacted]

| The parties signing below, being duly authorized signers for the parties to this Agreement, intending to be legally bound, hereby agree to all of the terms and conditions set forth herein. | |
|---|---|
| **Live Face on Web, LLC** | [redacted] |
| Signature [redacted] | [redacted] |
| Print Name [redacted] | [redacted] |
| Title [redacted] | [redacted] |
| Date 1/15/08 | Date 1/10/08 |

TERMS AND CONDITIONS FOLLOW



Live Face On Web, LLC

# SOFTWARE LICENSE AND SERVICES AGREEMENT

EXECUTION COPY

**TERMS AND CONDITIONS**

**Section 1: Definitions**

1.1 "Business Days" means Monday through Friday, except for any day listed on Exhibit B as a LFOW holiday.

1.2 "Client Web Site" means the web site  and any that the Client authorizes to link to

1.3 "Client Video" means the video and audio files created by LFOW for the Client and hosted on the LFOW Web Server but specifically excludes the Licensed Materials and all confidential processes by which the Client Video is converted and/or compressed for use on the LFOW media player.

1.4 "LFOW Web Server" means the web servers that store and distribute content for the Client Web Site.

1.5 "Licensed Materials" means the software scripts, software files, and LFOW media player provided by LFOW.

1.6 "Services" means the collectively the Video Production Services, the Hosting Services and the Maintenance and Support Services.

**Section 2: License Grant; Software Delivery**

2.1 License Grant. LFOW herby grants to the Client during the Term a personal, revocable, limited, fee-bearing, non-exclusive, non-transferable, non-assignable, non-sublicenseable license to use the Licensed Materials solely for purposes of streaming and displaying the Client Video on Internet browsers of visitors to the Client Web Site. The foregoing license grant shall include the right for the Client (or its designated third party) to embed links provided by LFOW into the Client Web Site for purposes of calling, caching and displaying on the local computers of visitors to the Client Web Site, certain Licensed Materials to enable the streaming and displaying of the Client Video on the Internet browsers of such visitors to the Client Web Site, but not for any other purpose (including, without limitation, any act of electronic or physical distribution, performance or broadcast).

2.2 Restrictions. LFOW reserves all rights not expressly granted to the Client in this Agreement. The Licensed Materials are licensed, not sold to the Client. Except to the extent otherwise expressly permitted hereunder, and without limitation, the following restrictions shall apply to the Licensed Materials. The Client shall (i) not copy or reproduce any portion of the Licensed Materials; (ii) not distribute, share through any information network, transfer, convey, sell, and lease or rent any of the Licensed Materials to any other person or company, in whole or in part; (iii) will only use the Licensed Materials for its internal business purposes and not for the benefit of any third party; (iv) not change, alter, amend, modify, decompile, reverse engineer, disassemble or create derivative works, enhancements, extensions or add-ons to any of the Licensed Materials; (v) not remove, obscure or in any way alter LFOW's proprietary notices, trademark or copyright notices affixed or contained in the Licensed Materials and (vi) not export the Licensed Materials outside of the United States. The foregoing License does not authorize the Client to install or embed the Licensed Materials on any web site other than the Client Web Site, unless agreed to by LFOW in writing, which may be conditioned, among other things, on the payment of additional License fees. The Client further acknowledges and agrees that use of the Licensed Materials may be subject to additional restrictions, under applicable copyright and other laws that are not enforced or prescribed by any technology delivered to the Client. The absence of any such technology designed to enforce these additional restrictions should in no way be viewed or interpreted as a waiver, on the part of LFOW or any other person or entity owning any rights in any of the Licensed Materials, of their respective rights to enforce any such additional restrictions regarding the Client's use of the Licensed Materials. The Licensed Materials are licensed as a single product, and its component parts may not be separated, or divided, for use apart from the whole.

2.3 Delivery and Integration. LFOW shall deliver to the Client (or its designated third party) links to be embedded into the Client Web Site. The Client (or its designated third party) shall embed such links into the Client Web Site to enable the streaming and displaying of the Client Video on the Internet browsers of visitors to the Client Web Site.

**Section 3: Services**

3.1 Services Generally. LFOW shall perform the Services set forth in this Agreement only. Any additional services not expressly stated in this Agreement that may be requested by the Client during the Term, will be provided by LFOW on a time and materials basis at LFOW's then current rates in accordance with a written statement of work signed by both parties to this Agreement and made a part of this Agreement. LFOW shall not be obligated to provide, and the Client shall not be obligated to pay for, any products or services not expressly stated in this Agreement or a written statement of work signed by both parties. LFOW may use subcontractors to provide Services.

3.2 Video Production Services. Upon written request by the Client through the LFOW order website, LFOW shall provide the Client with the following video production services as more fully described in **Exhibit A**: Non-Custom Video Production; Custom



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

Video Production at LFOW Facilities; Custom Video Production at Designated Locations; and Client-Provided Video Production (collectively, the "Video Production Services"). For Non-Custom Video Production, LFOW will deliver the link to the final version of the applicable Client Video within five (5) Business Days from the date LFOW receives the final script from the Client. For all other Video Production, LFOW will deliver the link to the final version of the applicable Client Video within five (5) Business Days of completing post-production work of the Client Video. The Client shall provide LFOW with at least two (2) weeks advance notice of any request for Custom Video Production at Designated Locations in order for LFOW to schedule video crews for the offsite locations.

3.3 Hosting Services. LFOW shall provide the Client with video hosting services as more fully described in **Exhibit A** ("Hosting Services").

3.4 Maintenance and Support. LFOW shall provide the Client with support for the Client Video as more fully described in **Exhibit B** ("Maintenance and Support Services"). Maintenance and Support Services shall be available on Business Days, between the hours of 10:00AM EST and 7:00PM EST.

3.5 Custom Development Services. LFOW shall provide to the Client reports that: (a) show total number of times the Client Video presentation has been initiated to play; (b) show total number of times the Client Video presentation has finished playing; (c) show how many times the click-through effect has occurred; (d) will be categorized [redacted] (e) show how much bandwith the Client has utilized for calculation of fees; and (f) will be in real time reporting. The Client will be provided with an interface that allows the Client to select the Client Video presentation position, orientation and other limited functionality on the Client Web Site (including the websites [redacted] that the Client has authorized to link to [redacted] through a [redacted] [redacted] Any other customized development ("Additional Custom Development"), that the Client requests in writing that LFOW provide (including but not limited to other reports or analyses) shall be billed $165 per hour. LFOW shall provide the Client with an estimate of time to complete the Additional Custom Development, however, LFOW shall not be required to obtain the Client's prior acceptance of such estimate in order for the fees incurred with providing the Additional Custom Development to be binding upon the Client. LFOW agrees to remove all LFOW trademarks, service marks, logos, hyperlinks and proprietary notices from the Client Video; provided that, LFOW shall be permitted to include any such trademarks, service marks, logos and proprietary notices (including, without limitation, a "Powered by LiveFaceOnWeb.com®" and "www.livefaceonweb.com" notice) in an information dialog box that will appear when a visitor right clicks on the Client Video.

3.6 Upgrades. LFOW may provide, in its sole discretion, upgrades or enhancements to the Licensed Materials to the Client at no additional cost as part of the Maintenance and Support Services.

**Section 4: Term**

This Agreement is effective and the parties' obligations commence, on the Effective Date and shall continue in effect until the expiration of the Term, unless terminated early in accordance with Section 10 (Termination). This Agreement will automatically renew for successive one (1) year terms (each a "Renewal Term") unless either party provides written notice to the other party of its desire to terminate this Agreement at least sixty (60) days in advance of the expiration of the then current Term. The initial Term and all Renewal Terms are collectively the "Term".

**Section 5: Fees, Taxes and Payment**

5.1 Payment Obligation. The Client shall pay to LFOW the fees in accordance with **Exhibit A** (collectively, the "Fees"). All amounts payable hereunder shall be paid in United States dollars, in immediately available funds, and are non-refundable except as otherwise expressly stated with respect Service Level Warranties (as defined in **Exhibit B**).

5.2 Fees at Renewal. LFOW reserves the right to adjust the Service Fees in accordance with its then current fees at the beginning of each Renewal Term upon ninety (90) days' advance written notice to the Client.

5.3 Taxes. The Client shall be responsible for any and all sales, use, value added and other similar taxes that may be imposed by any taxing jurisdiction under applicable law upon the Client or LFOW with respect to the License Fees or Services paid hereunder, other than taxes based upon the income or revenue of LFOW, (collectively, "Sales Taxes"). Where LFOW is required to collect and remit any such taxes under applicable law, LFOW shall separately state such taxes on its invoices to the Client and shall remit all amounts received on account thereof to the appropriate taxing authority. LFOW shall maintain full and detailed records of all such taxes invoiced to the Client and paid to any taxing authority by LFOW.

**Section 6: Ownership; Confidentiality**



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

6.1 LFOW Ownership. The Client acknowledges and agrees that the Licensed Materials and all materials and documentation in connection with the Licensed Materials and the Services, including, without limitation, any software (in object code and source code form), databases, documents, LFOW content (including, without limitation, images, text, audio, video), methodologies, processes and other information developed or provided by LFOW (including, without limitation, all derivative works of the foregoing) (collectively "LFOW Property"), are the sole and exclusive property of LFOW. The Client further acknowledges and agrees that this Agreement does not grant the Client any license, title, or any limited rights of ownership in LFOW Property and LFOW retains all worldwide right, title and interest in and to LFOW Property, including, without limitation, all patent, copyright, trademark, know-how, trade secret and any other proprietary rights inherent therein and appurtenant thereto. LFOW represents and warrants that the LFOW Property, (i) is owned exclusively by LFOW, or is otherwise used with permission from its licensors, and (ii) to the knowledge of LFOW, the LFOW Property does not infringe, misappropriate, or violate any third party intellectual property rights. LFOW shall indemnify and hold harmless the Client, and its respective affiliates, officers, directors, and employees (the "Client Indemnitees"), from all losses, damages, liabilities, costs and expenses (including attorneys' fees and court costs) to the extent arising from (a) any breach of the representation given in this Section 6.1, and (b) LFOW's fraudulent or willful misconduct, or any violation by LFOW of any applicable laws or regulations. LFOW's indemnification obligations set forth herein shall not apply in the event the claim or claims giving rise to such indemnification obligations arise from any actions by the Client Indemnitees (including, without limitation, any unauthorized use of the LFOW Property), or any claims for which the Client is obligated to indemnify LFOW. The foregoing indemnification shall constitute the Client's sole and exclusive remedy for any breach of the representations and warranties under Sections 6.1(i) and 6.1(ii), and LFOW's entire liability with respect thereto, subject to the Client's additional right to terminate this Agreement in accordance with this Agreement.

6.2 The Client Ownership. The Client retains all right, title and interest in and to any text scripts provided by the Client to LFOW, the Client Video and any and all content provided by the Client to LFOW (including all uncompressed and compressed audio and video content) (the "Client Property"). The Client hereby grants to LFOW a personal, royalty free, non-exclusive, non-transferable, non-assignable, non-sublicenseable license to use such Client Property in any manner (including, without limitation, the right to create derivative works) necessary to provide the Services to the Client under this Agreement. The Client represents and warrants that the Client Property, (i) is owned exclusively by the Client, or is otherwise used with permission from its licensors, (ii) the Client Property does not infringe, misappropriate, or violate any third party intellectual property or rights of publicity or privacy rights; (iii) is not defamatory, trade libelous, unlawfully threatening or unlawfully harassing; (iv) is not obscene, harmful to minors or child pornographic; (v) does not contain any viruses, Trojan horses, worms, time bombs, cancelbots or other computer programming routines that are intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or personal information; and (vi) is not materially false, misleading or inaccurate. The Client shall indemnify and hold harmless LFOW, its affiliates, officers, directors, employees, contractors and suppliers, from all losses, damages, liabilities, costs and expenses (including attorneys' fees and court costs) to the extent arising from (a) any breach of the representation given in this Section 6.2, (b) the Client's fraudulent or willful misconduct, or any violation by the Client of any applicable laws, regulations, or its privacy policy, and (c) any third party claims relating to Client's use of the LFOW Property on the Client Web Site (excluding any claims for which LFOW is obligated to indemnify the Client).

6.3 Trademarks. Neither party shall use the other party's names, logos, trademarks or service marks (collectively "Marks") in any promotional or advertising material or efforts or any other publications without the other party's prior written consent, which may be withheld for any reason or no reason. All benefit from any use of the Marks and all goodwill associated therewith shall inure solely to the benefit of the respective owners.

6.4 Confidentiality. Each party acknowledges that it may have access to confidential information of the other party. Accordingly, the provisions of this Agreement, any information identified by the disclosing party as confidential, and any information that a reasonable business person would deem sensitive or confidential (collectively "Confidential Information"), shall be treated by the receiving party on a confidential basis and shall not be disclosed to any third party (except as required by law and upon advance notice to the disclosing party) without the express written consent of the receiving party. Upon expiration or termination of this Agreement for any reason, each party shall return or destroy the Confidential Information of the disclosing party as directed by the disclosing party. LFOW may disclose the existence of this Agreement and its terms to its subcontractors, and professional advisors who have a "need to know".

**Section 7: Limited Warranty**



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

7.1 Limited Warranty. Except for the Client's right to terminate in accordance with Section 10 (Termination) and as otherwise expressly stated with respect to the Service Level Warranty, LFOW's sole responsibility and the Client's exclusive remedy in the event of any defect in the Licensed Materials or any failure to provide the Services, shall be that LFOW shall make commercially reasonable efforts to remedy any resulting deficiencies.

**Section 8: Disclaimer of Warranty.**

**EXCEPT AS EXPRESSLY SET FORTH IN THIS AGREEMENT, LFOW PROVIDES THE LICENSED MATERIALS AND SERVICES "AS IS," WITHOUT WARRANTY OF ANY KIND, WHETHER STATUTORY, EXPRESS OR IMPLIED. LFOW DISCLAIMS ALL WARRANTIES, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE CLIENT SHALL BE SOLELY RESPONSIBLE FOR THE SELECTION, USE AND SUITABILITY OF THE LICENSED MATERIALS AND SERVICES AND LFOW SHALL HAVE NO LIABILITY THEREFORE. LFOW DOES NOT WARRANT THAT THE LICENSED MATERIALS AND SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT THE SERVICES WILL MEET CLIENT'S REQUIREMENTS, OR OF ACCURACY OF INFORMATION CONTAINED IN OR DELIVERED THROUGH THE SERVICES.**

**Section 9: Limitations of Liability**

9.1 Maximum Aggregate Liability. The Client acknowledges that the limitations set forth in this Section are integral to the amount of fees levied in connection with this Agreement, and that, were LFOW to assume any further liability other than as set forth herein, such fees would of necessity be set substantially higher. LFOW's maximum aggregate liability to the Client for any claim related to, or in connection with, the Licensed Materials and Services and this Agreement, except with respect to LFOW's indemnification obligations under this Agreement, shall be limited to 50% of the recurring fees actually paid by the Client to LFOW under this Agreement over the twelve (12) months preceding the date of any claim.

**9.2 LFOW LIMITATION ON LIABILITY. LFOW SHALL NOT BE LIABLE TO THE CLIENT WHATSOEVER FOR ANY DIRECT OTHER THAN AS STATED IN SECTION 9.1, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFIT, LOSS OF REVENUE, OR LOSS OF BUSINESS SUFFERED BY THE CLIENT. THIS PROVISION APPLIES EVEN IF LFOW IS INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. LFOW SHALL ALSO NOT BE LIABLE FOR ANY DELAYS, NONDELIVERIES, MISDELIVERIES, DATA TRANSMISSION FAILURES, OR FOR ANY FAILURE OF PERFORMANCE OR INTERRUPTION OF THE PROVISION OF THE SERVICES TO THE CLIENT.**

9.3 Privacy Policy. LFOW does not collect any personally identifiable information from any visitors to the Client Web Site, including any information such as IP or MAC addresses. Without limiting the generality of the foregoing disclaimer of warranties and limitation of liability set forth this Agreement, LFOW shall not be responsible for the use of the Client Web Site, or for any information collected by the Client or any third parties from the visitors to the Client Web Site. The Client, on the Client Website [redacted] websites that the Client allows to link [redacted] shall maintain a privacy policy that allows it to collect personal information and allows it to place cookies on a visitor's computer.

**Section 10: Termination**

10.1 Termination for Cause. In the event of a final, non-appealable determination that the Licensed Materials infringes any proprietary right of any third party, LFOW shall have the option, at its own expense, to (a) obtain for the Client the right to continue using the infringing item, (b) replace the infringing item or modify it so that it becomes noninfringing, or (c) terminate the licensed rights granted herein and grant the Client a refund of all recurring license fees theretofore paid by the Client, less reasonable depreciation based on usage, which shall in no event be less than the result of a straight-line computation based upon a seven (7) year useable life. Other than as specified above, either party may terminate this Agreement immediately upon the giving of a final written notice without further obligation to the other party in the event that (i) the aggrieved party ("Non-Defaulting Party") shall have given the other party ("Defaulting Party") an initial written notice of the Defaulting Party's failure to discharge any material obligation, including the obligation to pay any amounts within the time period due and (ii) such failure or default is not cured by the Defaulting Party within five (5) calendar days of the initial notice and continues to exist as of the date upon which the Non-Defaulting Party gives final notice of termination, unless the default is incapable of cure in five (5) calendar days, in which case the cure period shall be extended to fifteen (15) calendar days. Termination pursuant to this Section shall be without prejudice to any rights available to the parties at



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

law or equity. Notwithstanding the foregoing and without limitation LFOW's rights under this Agreement, LFOW shall be permitted to immediately suspend access to the Service in the event the Client has defaulted on its obligations to make any payments when due under this Agreement, or has used the Licensed Materials or the Services in a manner not authorized under this Agreement.

10.2 Effect of Termination and Expiration. Upon expiration or termination of this Agreement for any reason, the Client shall immediately cease using the Licensed Materials and shall immediately remove all of the Licensed Materials (including any embedded links) from the Client servers and the Client Web Site (and any other electronic storage devices) and delete or destroy them, along with any related documentation (and any copies thereof) that the Client may have received or otherwise may possess. The Client shall provide LFOW with written confirmation, signed by an authorized representative of the Client, of its compliance with the obligations under this Section 10.2. LFOW shall provide the Client with written confirmation, signed by an authorized representative of LFOW, that it has deleted or destroyed, any Client Property in its possession.

**Section 11: General**

11.1 Compliance with Law. The Client's use of the Licensed Materials and Services shall, at all times, remain subject to any and all applicable laws governing the use of such materials, including, without limitation, any restrictions on the Client's use prescribed therein.

11.2 Entire Agreement. This Agreement constitutes the entire agreement between LFOW and the Client with respect to the subject matter of this Agreement and supersedes all prior representations, proposals, discussions and communications, whether oral or in writing.

11.3 Independent Contractors. The parties are independent contractors. Nothing herein shall be deemed to create or constitute a partnership, joint venture, or agency relationship between the parties hereto. Neither of the parties hereto shall have any authority to bind the other in any way.

11.4 Successors and Assigns. The terms and provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto, and their permitted successors and assigns and legal representatives. Neither party may assign this Agreement or any right granted hereunder, or sublicense, or permit any other person to obtain or exercise any rights in this Agreement or in respect of Services in whole or in part without written permission from the other, which shall not be unreasonably withheld.

11.5 Governing Law; Waiver of Jury Trial. This Agreement and any and all claims, disputes, and other matters in question arising out of or relating to this Agreement, or breach thereof shall be governed by the laws of the State of Delaware, without giving effect to its principals of conflict rules, and shall be decided by courts of competent jurisdiction located in the State of Delaware. The parties irrevocably waive trial by jury in any action, proceeding, or counterclaim, whether at law or in equity, permitted to be brought by either of them against the other, whether or not there are other parties in such or proceeding.

11.6 Severability. If any provisions of this Agreement or the application of any such provision shall be held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement shall continue in full force and effect.

11.7 Disputes Generally. The parties hereby undertake to use good faith efforts to settle all disputes arising under this Agreement. Should a dispute arise, except as otherwise provided hereafter, the parties agree to refer it to a Senior Vice President or higher level executive ("Senior Managers") representing each party. The Senior Managers shall communicate with each other within three (3) Business Days for the purpose of endeavoring to resolve such dispute or such other reasonable time. The Senior Managers shall discuss the problem and negotiate in good faith in an effort to resolve the dispute without the necessity of any formal proceeding relating thereto. If the dispute has not been resolved by the Senior Managers within thirty (30) Business Days of their first communication, then either party may seek other relief as provided herein.

11.8 Notice. Any notices or other communications required or permitted hereunder shall be given in writing and be delivered personally or sent by an internationally recognized overnight courier to the address of each party specified on the signature page (or as subsequently designated by a party by notice to the other party given in accordance with this Section). Such notices or other communications shall be effective on the date such notice is given, if delivery is given by hand, facsimile or pdf receipt confirmed, the next Business Day after the date such notice is given, if delivery is given by overnight courier, and three (3) calendar days after the date such notice is given, if delivery is by US Postal Service.

11.9 Survival of Terms. The provisions of Sections 6, 7, 8, 9, 10.2 and 11, shall survive expiration or termination of this Agreement for any reason, as well as the Client's obligation to pay for any fees incurred and not paid in full.

SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

11.10 No Waiver. No provision of this Agreement may be waived, amended or otherwise modified except by a written agreement signed by each party hereto. The waiver by either party of the breach of any provision hereof shall not be construed as a waiver of subsequent breaches or as a continuing waiver of such breach.

11.11 Press. Each party shall be permitted to issue a one time press release concerning this Agreement and the relationship between the parties upon prior written approval by the other party.

11.12 Counterparts. This Agreement may be executed in two counterparts, each of which shall be deemed an original, but both of which taken together shall constitute one and the same instrument

11.13 Injunctive Relief. In the event that the Client attempts or threatens to use, copy, license, or convey the LFOW Property in a manner contrary to the terms of this Agreement, LFOW shall be entitled to pursue, in addition to any other remedies available to it, injunctive relief. The Client hereby acknowledges that other remedies at law are inadequate in the circumstances set forth herein.

11.14 Force Majeure. Neither party shall be liable for any damages or penalty for any delay in performance of, or failure to perform any obligation hereunder or for failure to give the other party prior notice thereof when such delay or failure is due to the elements, acts of God, delays in transportation, delays in delivery by vendors or other causes beyond that party's reasonable control. The party whose performance is prevented by an act of force majeure shall resume performance as soon as is reasonably practicable after the condition of force majeure is no longer operative

SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT A**
**Licensed Materials and Services Description and Fees**

| Non-Recurring Video Production Services and Fees (including all taxes) | | | |
|---|---|---|---|
| VIDEO PRODUCTION SERVICES | | PRODUCTION FEES | PAYMENT TERMS |
| Non-Custom Video Production by LFOW | 15 seconds of video | $259.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 30 seconds of video | $467.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 60 seconds of video | $842.95 | |
| | 90 seconds of video | $1,169.95 | |
| | 120 seconds of video | $1,517.95 | |
| | 180 seconds of video | $2,123.95 | |
| | 240 seconds of video | $2.723.95 | |
| | 300 seconds of video | $3.218.95 | |
| Custom Video Production at LFOW Facilities | First 3 hours of studio time (minimum of 3 hours) | $389.95/hour | Net sixty (60) days following recording |
| | Each additional hour of studio time | $189.95 | Net sixty (60) days following recording |
| | Makeup artist per hour | $200.00 | Net sixty (60) days following recording |
| | Post-production editing for the first 10 seconds of video | $399.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Post-production editing for each 10 second increment of video | $99.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom Video Production at Designated Locations | Domestic Locations (Continental U.S.), excluding Hawaii | $4,899.95 flat fee per location, per day | Payment is due in advance of commencement of video recording |
| | Non-Domestic Locations as set forth in **Exhibit C** | $6,700 flat fee per location, per day | Payment is due in advance of commencement of video recording |
| | Post-production editing | $75 per video | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Client-Provided Video | Post-production editing (minimum of 3 hours) | $389.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |

**Further Description of Video Production Services**

Non-Custom Video Production. LFOW will provide non-custom video production services using its own facilities and in accordance with the following additional terms.

Presentations are recorded within LFOW studio facilities within forty-eight (48) hours of request.
Prices are based on one time production and one model within the presentation.
The Client will provide its own scripts to LFOW. The Client may select from at least 40 models.
The Client will be able to select different shots and sizes of the video presentations.

Custom Video Production at LFOW Facilities. LFOW will provide custom video recording and production services at the LFOW facilities in accordance with the terms of each order placed by the Client. The Client will be contacted by a LFOW representative to discuss the details of the order specifications such as garment, model presentation style, and date and times for recording. If any term of an order placed by the Client cannot be honored, then LFOW shall promptly notify the Client. No term of an order place by the Client shall alter or supersede the terms of this Agreement.

Custom Video Production at Designated Locations. LFOW will provide custom video recording and production services at the Designated Locations between the hours of 8:00AM and 5:00PM in accordance with the terms of each order placed by the Client. The Client will be contacted by a LFOW representative to discuss the details of the order specifications such as garment, model presentation style, and date and times for recording. The specific site at the Designated Location must be able to accommodate a recording crew and other specifications as necessary for the respective sites. If any term of an order placed by the Client cannot be honored, then LFOW shall promptly notify the Client. No term of an order place by the Client shall alter or supersede the terms of this Agreement.

Client-Provided Video Production. LFOW will adapt an uncompressed AVID video file provided to LFOW for presentation on the Client Web Site.

Technical Specifications. The standard for a 10 second Flash movie presentation 170px X 160px with 48kb/s stereo sound compression and pixilated encoding at 300kb/s is 500KB, and 10 second Flash movie presentation 170px X 160px with 48kb/s stereo sound compression and pixilated encoding at 200kb/s is 400KB. The foregoing specifications may vary depending on model movement, color of garment, models facial expression, size of the



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

presentation, duration of the video, and the audio. The following technical requirements apply in order for the Client Video to properly appear on the Internet browser of visitors to the Client Web Site:

Internet Browsers - Safari (version 1 or higher), Internet Explorer (version 5 or higher), Opera (version 6 or higher), Netscape (version 4 or higher), or Firefox (version 1 or higher). The Internet Browser must be configured to enable java scripts and must be using Flash version 8.0 or higher.

Languages. LFOW has the ability to provide flash movie presentations in languages other than English.

**Recurring Fees: License Fees, Hosting Fees, and Support and Maintenance Fees**

| SOFTWARE AND SERVICE DESCRIPTION | LICENSE / HOSTING FEES | ADDITIONAL TERMS | PAYMENT TERMS |
|---|---|---|---|
| Licensed Material Fees and Hosting Services for the Client | $ 3,000 per month for up to 1.5 terabytes plus the additional fees based on usage listed in the column entitled "Additional Terms". | Includes up to 1.5 terabytes of data per month, and then additional fees apply depending on the volume of use as follows:<br><br>Additional $4,500 if greater than 1.5 terabytes up to 5 terabytes per month<br><br>Additional $8,000 if greater than 5 terabytes up to 10 terabytes per month<br><br>Additional $16,000 if greater than 10 terabytes up to 30 terabytes per month<br><br>If greater than 30 terabytes, an additional $1.45 per megabyte | Monthly in arrears, payable net sixty (60) days; monthly in arrears for overages, payable net sixty (60) days |
| Support and Maintenance Services | No charge for up to eight (8) hours per month, thereafter on a time and materials basis at a rate of $165 per hour ("Support and Maintenance Fees"). | Maintenance and Support Fees will accrue in 15 minute increments | Monthly in arrears, payable net sixty (60) days |



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT B**
**Maintenance and Support Services and Service Level Warranty**

This **Exhibit B** sets out the terms and conditions pursuant to which LFOW will provide Maintenance and Support Services to the Client and the Service Level Warranty associated with the Hosting Services.

**Section 1: Maintenance and Support Services**

1.1 General Maintenance and Support Terms.

LFOW will provide the following Maintenance and Support Services for the post-production Client Video. For purposes of this **Exhibit B**, "post-production" means the Client Video made available to the Client via the links to be embedded into the Client Web Site.

General Maintenance and Support Services include the following:

- Phone and email help desk for the Client and/or its designated third party service provider;
- Investigate, troubleshoot and revise java scripts and links provided by LFOW to the Client for the Client Video;
- Provide updates to comply with new versions of Internet browsers;
- Work with the Client suppliers and contractors as reasonably necessary to coordinate generally scheduled maintenance of the Client Web Site.

1.2 Response Times.

LFOW shall respond to technical issues within the following response times:

| Category | Required Response Time | Restore and Resolve |
|---|---|---|
| Critical | thirty (30) minutes | sixty (60) minutes, or as otherwise agreed by the parties |
| Non-Critical | one (1) hour | six (6) hours, or as otherwise agreed by the parties |

For purposes of this Agreement, "Critical" is defined as rendering the Client Video unavailable and "Non-Critical" is defined as a cosmetic issue. LFOW shall not be responsible any breach of the Maintenance and Support Services caused by the action or inaction of the Client or any of its third party designees or suppliers. LFOW observes the following holidays (the same holidays will be observed in subsequent years).

November 22, 2007 -Thanksgiving Day
December 25, 2007 - Christmas Day
January 1, 2008 - New Year's Day
May 26, 2008 - Memorial Day
July 4, 2008 - Independence Day
September 1, 2008 - Labor Day
October 9, 2008 - Yom Kippur
November 27, 2008 - Thanksgiving Day
December 25, 2008 - Christmas Day

**Section 2: Service Level Warranty**

2.1 Service Availability. LFOW represents and warrants that the Hosting Services will be available in accordance with the terms set forth below ("Service Availability"). Service Availability is defined as the ability to deliver the Client Video to the Client Web Site. LFOW guarantees 100% Service Availability, excluding interruptions caused by the following:

(ii) LFOW scheduled maintenance;

(iii) The Client (or any third party) network maintenance activities;

(iv) Maintenance at the Client's premises, including the Client servers or the Client Web Site;

(v) Failure of the Client's hardware or software;

(vi) Failure of the Client Internet service or the Client Web Site (equipment down, not serving content, broken links or similar issues that would interrupt service);

(vii) Failure of the Client controlled actions and environment (for example power failure, temperature increases, firewall blocking, or unplugging equipment).

 LF
Live Face On Web, LLC

SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT B (continued)**
**Maintenance and Support Services and Service Level Warranty**

2.2 Credits. If the Client experiences unavailability of the Hosting Service, that is not caused by any of the forgoing exclusions, then LFOW will issue a credit to the Client based on the length of the outage as follows: (a) any single outage greater than two (2) hours = one (1) day credit of the Fees associated with the Hosting Services and (b) cumulative outages in a single day amounting to greater than two (2) hours = one (1) day credit of the Fees associated with the Hosting Services per sixty (60) minute period. One (1) day of Fees associated with the Hosting Services shall be equal to 1/30th of the committed monthly Fees associated with the Hosting Services. A maximum of five (5) days of credit may be provided during any single month.

2.3 Reporting.

In the event the Client believes a service outage has occurred, the Client shall promptly (not to exceed two (2) Business Days) notify LFOW in writing stating the details of such outage, which will include, at a minimum, the time and date of the outage, the period of the outage, and the applicable the Client Web Site. Upon receipt of such information, LFOW shall conduct its own investigation and report its conclusions to the Client. If LFOW believes, in its reasonable judgment and based on supportable information, the outage did not occur or that it falls within one or more of the exclusions, LFOW shall notify the Client and the parties shall discuss in good faith a resolution. If LFOW believes that an outage has occurred, LFOW will report to the Client the amount of credit owed to the Client and shall apply such credit to the invoice for the immediately following calendar month. No credit shall be given if the Client has failed to timely pay any amount of Fees that are past due.

 Live Face On Web, LLC

SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT C**
**Custom Video Production Designated Locations**

The following non-domestic locations are offered by LFOW as of the Effective Date:

U.S.
Albany
Albuquerque
Anchorage
Atlanta
Austin
Boise
Boston
Bozeman
Charlotte
Chicago
Cleveland
Columbus
Dallas
Dayton
Denver
Des Moines
Detroit
Grand Rapids
Hartford
Honolulu
Houston
Indianapolis
Jacksonville
Knoxville
Minneapolis
Kansas City
Las Vegas
Little Rock
Los Angels
Louisville
Memphis
Miami

Mexico & Central America
Mexico City, Mexico
Managua, Nicaragua

Caribbean
Port of Spain, Trinidad
Barbados
Puerto Rico
Jamaica
Tortola and St. Thomas
British Virgin Islands

South America
Sao Paolo and Rio, Brazil
Buenos Aires, Argentina
Lima, Peru
Santiago, Chile
Caracas, Venezuela
Bogota, Colombia
La Paz, Bolivia

U.K.
London, England
Glasgow and Edinburgh, Scotland
Dublin, Ireland

Europe
Madrid and Barcelona, Spain
Paris and Strasbourg, France
Milan, Rome, and Florence, Italy
Amsterdam, Netherlands
Brussels, Belgium
Frankfurt, Berlin, and Munich, Germany
Prague, Czech Republic
Warsaw, Poland
Zurich and Geneva, Switzerland

 Live Face On Web, LLC

SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

Milwaukee
Mobile
Montgomery
Nashville
New Orleans
New York City
Newark
Norfolk
Orlando
Philadelphia
Phoenix
Portland, Oregon
Portland, Maine
Raleigh
Reno
Richmond
Rochester
St. Louis
Salt Lake City
San Diego
San Francisco
San Jose
Seattle
Tallahassee
Tampa
Tucson
Tulsa
Washington, D.C.

Canada
Calgary
Montreal
Toronto
Vancouver
Winnipeg

Stockholm, Sweden
Oslo, Norway
Reykjavik, Iceland
Helsinki, Finland
Budapest, Hungary
Athens, Greece
Moscow, Russia
Malta

Asia
Istanbul, Turkey
Jerusalem, Israel
Mumbai, India
New Delhi, India
Bangkok, Thailand
Tokyo, Japan
Seoul, South Korea
Beijing, China
Shanghai, China
Singapore
Hong Kong
Kuala Lumpur, Malaysia
Manila, Philippines

Oceania
Sydney, Melbourne, and Perth, Australia
Auckland, New Zealand

# EXHIBIT 4

 LF
Live Face On Web, LLC

## SOFTWARE LICENSE AND SERVICES AGREEMENT

Signature Page

| | | | |
|---|---|---|---|
| **Effective Date:** | November , 2007 | **Term:** | [redacted] |
| **Client Name:** | [redacted] | **Client Contact Name:** | [redacted] |
| **Client E-Mail:** | [redacted] | **Client Phone / Fax:** | [redacted] |

| | |
|---|---|
| **Client Address:** | [redacted] |

This SOFTWARE LICENSE AND SERVICES AGREEMENT ("Agreement") is made and entered into as of the Effective Date, by and between Live Face On Web, LLC, a Pennsylvania limited liability company, doing business as Live Face On Web, with its principal place of business located at 1300 Industrial Boulevard, Suite 202, Southampton, PA 18966 ("LFOW") and [redacted]

| The parties signing below, being duly authorized signers for the parties to this Agreement, intending to be legally bound, hereby agree to all of the terms and conditions set forth herein. | |
|---|---|
| **Live Face on Web, LLC** | [redacted] |
| Signature [redacted] | Signature [redacted] |
| Print Name [redacted] | Print Name [redacted] |
| Title [redacted] | Title [redacted] |
| Date 11/07/07 | Date 11/8/07 |

TERMS AND CONDITIONS FOLLOW

EXECUTION COPY

Live Face On Web, LLC

-TERMS AND CONDITIONS

**Section 1: Definitions**

1.1 [redacted] forth in Exhibit C, as may be revised by [redacted] from time to time upon written notice to LFOW.

1.2 [redacted] means the collection of web sites maintained by, or for, [redacted]

1.3 "LFOW Search Bar" means the search bar provided by LFOW for the [redacted], that permits visitors on the [redacted] to navigate the [redacted] by search words.

1.4 [redacted] means the compressed video and audio files created by LFOW for [redacted] and hosted on the LFOW Web Server.

1.5 "LFOW Web Server" means the web servers that store and distribute content for the [redacted]

1.6 "Licensed Materials" means the software scripts, software files, LFOW media player (including, without limitation, the LFOW Search Bar) provided by LFOW.

1.7 "Services" means the collectively the Video Production Services, the Hosting Services, and the Maintenance and Support Services.

**Section 2: License Grant; Software Delivery**

2.1 License Grant. LFOW herby grants to [redacted] during the Term a personal, fee-bearing, non-exclusive, non-transferable, non-assignable, non-sublicenseable license to use the Licensed Materials solely for purposes of (i) streaming and displaying the [redacted] on Internet browsers of visitors to the [redacted] and (ii) streaming and displaying the LFOW Search Bar on the Internet browsers of visitors to the [redacted] and enabling such visitors to navigate the [redacted] by search words. The foregoing license grant shall include the right for [redacted] (or its designated third party) to embed links provided by LFOW into the [redacted] for purposes of calling, caching and displaying on the local computers of [redacted] visitors certain Licensed Materials to enable the streaming and displaying of the [redacted] and LFOW Search Bar on the Internet browsers of such [redacted] visitors, but not for any other purpose (including, without limitation, any act of electronic or physical distribution, performance or broadcast).

2.2 Restrictions. LFOW reserves all rights not expressly granted to [redacted] in this Agreement. The Licensed Materials are licensed, not sold to [redacted] Except to the extent otherwise expressly permitted hereunder, and without limitation, the following restrictions shall apply to the Licenses Materials. [redacted] shall (i) not copy or reproduce any portion of the Licensed Materials; (ii) not distribute, share through any information network, transfer, convey, sell, and lease or rent any of the Licensed Materials to any other person or company, in whole or in part; (iii) will only use the Licensed Materials for its internal business purposes and not for the benefit of any third party; (iv) not change, alter, amend, modify, decompile, reverse engineer, disassemble or create derivative works, enhancements, extensions or add-ons to any of the Licensed Materials; (v) not remove, obscure or in any way alter LFOW's proprietary notices, trademark or copyright notices affixed or contained in the Licensed Materials and (vi) not export the Licensed Materials outside of the United States. [redacted] further acknowledges and agrees that use of the Licensed Materials may be subject to additional restrictions, under applicable copyright and other laws that are not enforced or prescribed by any technology delivered to [redacted] The absence of any such technology designed to enforce these additional restrictions should in no way be viewed or interpreted as a waiver, on the part of LFOW or any other person or entity owning any rights in any of the Licensed Materials, of their respective rights to enforce any such additional restrictions regarding [redacted] use of the Licensed Materials. The Licensed Materials are licensed as a single product, and its component parts may not be separated, or divided, for use apart from the whole.

2.3 Delivery and Integration. LFOW shall deliver to [redacted] (or its designated third party) links to be embedded into the [redacted]. [redacted] (or its designated third party) shall embed such links into the [redacted] to enable the streaming and displaying of the [redacted] and LFOW Search Bar on the Internet browsers of a [redacted] visitors.

**Section 3: Services**

3.1 Services Generally. LFOW shall perform the Services in a professional manner, consistent with industry standards. Any additional services not expressly stated in this Agreement that may be requested by [redacted] during the Term, will be provided by LFOW on a time and materials basis at LFOW's then current rates in accordance with a written statement of work signed by both parties to this Agreement and made a part of this Agreement. LFOW shall not be obligated to provide, and [redacted] shall not be obligated to pay for, any products or services not expressly stated in this Agreement or a written statement of work signed by both parties. [redacted] shall not be obligated to pay for, any LFOW products or services requested or ordered by any of the [redacted] unless expressly stated in this Agreement or in a written statement of work signed b [redacted] LFOW may use subcontractors to provide such Services.

3.2 Video Production Services. Upon written request by [redacted] through the LFOW order website, LFOW shall provide [redacted] with the following video production services as more fully described in Exhibit A: Non-Custom Video Production; Custom Video Production at LFOW

EXECUTION COPY

Facilities; Custom Video Production at Designated Locations; and Client-Provided Video Production (collectively, the "Video Production Services"). In the case of Non-Custom Video Production, LFOW will deliver the link to the final version of the applicable [redacted] Video within five (5) business days from the date LFOW receives the final script from [redacted] In the case of any other video production, LFOW will deliver the link to the final version of the applicable [redacted] within five (5) business days of completing the post-production [redacted] [redacted] shall provide LFOW with at least two (2) weeks advance notice of any request for Custom Video Production at Designated Locations in order for LFOW to schedule video crews for the offsite locations.

3.3 Hosting Services. LFOW shall provide [redacted] with video and search bar hosting services as more fully described in **Exhibit A** ("Hosting Services").

3.4 Maintenance and Support. LFOW shall provide [redacted] with support for the [redacted] and LFOW Search Bar as more fully described in **Exhibit B** ("Maintenance and Support Services"). Maintenance and Support Services shall be available Monday through Friday (except the observed holidays set forth in **Exhibit B**), between the hours of 10:00AM EST and 7:00PM EST.

3.5 Custom Development Services. LFOW shall provide to [redacted] online consoles that will enable (i) [redacted] to query, view and print online reports displaying grand totals, percentage totals, [redacted], date, time, number of activation occurrences, key words and page link references grouped by [redacted] (ii) [redacted] to place orders online and agree to terms of use and payment obligations, (ii) [redacted] to view orders placed by the [redacted] for Video Production Services, (iii) [redacted] to track visitor actions at the [redacted] (including click through rates and search terms), (iv) [redacted] to view data volume on the [redacted] for purposes of tracking payment obligations for the Hosting Services, and (v) [redacted] (or its designated third party) to retrieve the embedded links for insertion into the [redacted] based on the [redacted] LFOW agrees to remove all LFOW trademarks, service marks, logos and proprietary notices from the [redacted] and LFOW Search Bar; provided that, LFOW shall be permitted to include any such trademarks, service marks, logos and proprietary notices (including, without limitation, a "Powered by LiveFaceOnWeb.com" notice) in an information dialog box that will appear when a visitor right clicks on either the [redacted] or the LFOW Search Bar.

**Section 4: Term**

This Agreement is effective and the parties' obligations commence on the Effective Date and continue in effect until the expiration of the Term, unless terminated early in accordance with Section 10 (Termination). LFOW will provide to [redacted] a written reminder of expiration of this Agreement no less than sixty (60) days in advance of such expiration; and following [redacted] receipt of such written reminder, the parties may, in each party's sole discretion, enter into discussions and negotiations concerning the terms and conditions of a new written agreement for products and services offered by LFOW.

**Section 5: Fees, Taxes and Payment**

5.1 Payment Obligation. [redacted] shall pay to LFOW the fees in accordance with **Exhibit A** (collectively, the "Fees"). [redacted] shall be responsible for paying the Fees for the first Video Production Services on behalf of each [redacted] as set forth in **Exhibit A**, and any Fees in excess of those paid by [redacted] relating to Video Production Services shall be paid by either [redacted] as agreed in each subsequent order for Video Production Services or as otherwise agreed by the parties in writing prior to delivery of the Video Production Services by LFOW. Notwithstanding the foregoing, [redacted] shall be obligated to pay all License Fees, Support and Maintenance Fees, and Hosting Fees. All amounts payable hereunder shall be paid in United States dollars, and are non-refundable except as otherwise expressly stated with respect Service Level Warranties (as defined in **Exhibit B**).

5.2 Fees at Renewal. LFOW reserves the right to adjust the Service Fees in accordance with its then current fees at the beginning of each Renewal Term upon ninety (90) days' advance written notice to [redacted].

**Section 6: Ownership; Confidentiality**

6.1 LFOW Ownership. [redacted] acknowledges and agrees that the Licensed Materials and all materials and documentation in connection with the Licensed Materials and the Services, including, without limitation, any software (in object code and source code form), databases, documents, LFOW content (including, without limitation, images, text, audio, video), methodologies, processes and other information developed or provided by LFOW (including, without limitation, all derivative works of the foregoing) (collectively "LFOW Property"), are the sole and exclusive property of LFOW. [redacted] further acknowledges and agrees that this Agreement does not grant [redacted] any license, title, or any limited rights of ownership in LFOW Property and LFOW retains all worldwide right, title and interest in and to LFOW Property, including, without limitation, all patent, copyright, trademark, know-how, trade secret and any other proprietary rights inherent therein and appurtenant thereto. LFOW represents and warrants that the LFOW Property, (i) is owned exclusively by LFOW, or is otherwise used with permission from its licensors, and (ii) to the knowledge of

EXECUTION COPY

LFOW, the LFOW Property does not infringe, misappropriate, or violate any third party intellectual property rights. LFOW shall indemnify and hold harmless [redacted] and their respective affiliates, officers, directors, employees, contractors and suppliers ("[redacted]"), from all losses, damages, liabilities, costs and expenses (including attorneys' fees and court costs) to the extent arising from (a) any third party claims alleging that the LFOW Property infringes, misappropriates, or violates any third party intellectual property rights, (b) LFOW's negligent or willful misconduct, or any violation by LFOW of any applicable laws or regulations. LFOW's indemnification obligations set forth herein shall not apply in the event the claim or claims giving rise to such indemnification obligations arise from any actions by the [redacted] Indemnitees (including, without limitation, any unauthorized use of the LFOW Property), or any claims for which [redacted] is obligated to indemnify LFOW. The foregoing indemnification shall constitute [redacted] sole and exclusive remedy for any breach of the representations and warranties under Sections 6.1(i) and 6.1(ii), and LFOW's entire liability with respect thereto, subject to [redacted] additional right to terminate this Agreement without further remedy.

6.2 [redacted]. [redacted] retain all right, title and interest in and to any text scripts provided, respectively, by [redacted], to LFOW, the [redacted] and any and all content provided by [redacted] to LFOW (including all uncompressed and compressed audio and video) ([redacted]"). [redacted] hereby grants to LFOW a personal, royalty free, non-exclusive, non-transferable, non-assignable, non-sublicenseable license to use such [redacted] in any manner (including, without limitation, the right to create derivative works) necessary to provide Service to [redacted] under this Agreement. [redacted] represents and warrants that the [redacted], (i) is owned exclusively by [redacted] or is otherwise used with permission from its licensors, and (ii) the [redacted] does not infringe, misappropriate, or violate any third party intellectual property rights. [redacted] shall indemnify and hold harmless LFOW, its affiliates, officers, directors, employees, contractors and suppliers, from all losses, damages, liabilities, costs and expenses (including attorneys' fees and court costs) to the extent arising from (a) any third party claims relating to the [redacted], (b) [redacted] negligent or willful misconduct, or any violation by [redacted] of any applicable laws or regulations, and (c) any third party claims relating to [redacted] use of the LFOW Property on the [redacted] (excluding any claims for which LFOW is obligated to indemnify [redacted].

6.3 Trademarks. Neither party shall use the other party's names, logos, trademarks or service marks (collectively "Marks") in any promotional or advertising material or efforts or any other publications without the other party's prior written consent, which may be withheld for any reason or no reason. All benefit from any use of the Marks and all goodwill associated therewith shall inure solely to the benefit of the respective owners.

6.4 Confidentiality. Each party acknowledges that it may have access to confidential information of the other party. Accordingly, the provisions of this Agreement, any information identified by the disclosing party as confidential, and any information that a reasonable business person would deem sensitive or confidential (collectively "Confidential Information"), shall be treated by the receiving party on a confidential basis and shall not be disclosed to any third party (except as required by law and upon advance notice to the disclosing party) without the express written consent of the receiving party. Upon expiration or termination of this Agreement for any reason, each party shall return or destroy the Confidential Information of the disclosing party as directed by the disclosing party. LFOW may disclose the existence of this Agreement and its terms to its subcontractors, and professional advisors who have a "need to know".

**Section 7: Limited Warranty**

7.1 Limited Warranty. Except for the [redacted] right to terminate in accordance with Section 10 (Termination) and as otherwise expressly stated with respect to the Service Level Warranty, LFOW's sole responsibility and [redacted] exclusive remedy in the event of any defect in the Licensed Materials or any failure to provide the Service, shall be that LFOW shall make commercially reasonable efforts to remedy any resulting deficiencies.

**Section 8: Disclaimer of Warranty.**

EXCEPT AS EXPRESSLY SET FORTH IN THIS AGREEMENT, LFOW PROVIDES THE LICENSED MATERIALS AND SERVICES "AS IS," WITHOUT WARRANTY OF ANY KIND, WHETHER STATUTORY, EXPRESS OR IMPLIED. LFOW DISCLAIMS ALL WARRANTIES, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. [redacted] SHALL BE SOLELY RESPONSIBLE FOR THE SELECTION, USE AND SUITABILITY OF THE LICENSED MATERIALS AND SERVICES AND LFOW SHALL HAVE NO LIABILITY THEREFORE. LFOW DOES NOT WARRANT THAT THE LICENSED MATERIALS AND SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE OR THAT THE SERVICES WILL MEET [redacted] REQUIREMENTS.

**Section 9: Limitations of Liability**

9.1 [redacted] acknowledges that the limitations set forth in this Section are integral to the amount of fees levied in connection

EXECUTION COPY

LF
Live Face On Web, LLC

with this Agreement, and that, were LFOW to assume any further liability other than as set forth herein, such fees would of necessity be set substantially higher. LFOW's maximum aggregate liability to [redacted] for any claim related to, or in connection with, the Licensed Materials and Services and this Agreement, except with respect to LFOW's indemnification obligations under this Agreement, shall be limited to the fees actually paid by [redacted] to LFOW under this Agreement over the twelve (12) months preceding the date of any claim.

9.2 **LFOW SHALL NOT BE LIABLE TO [redacted] WHATSOEVER FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFIT, LOSS OF REVENUE, OR LOSS OF BUSINESS SUFFERED BY [redacted] THIS PROVISION APPLIES EVEN IF LFOW IS INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. LFOW SHALL ALSO NOT BE LIABLE FOR ANY DELAYS, NONDELIVERIES, MISDELIVERIES, DATA TRANSMISSION FAILURES, OR FOR ANY FAILURE OF PERFORMANCE OR INTERRUPTION OF THE PROVISION OF THE SERVICES TO [redacted].**

LFOW does not collect any personally identifiable information from any visitors to the [redacted], including any information such as IP or MAC addresses. Without limiting the generality of the foregoing disclaimer of warranties and limitation of liability set forth this Agreement, LFOW on shall not be responsible for the use of the [redacted], or any information collected by [redacted] or any third parties from the visitors to the [redacted]

**Section 10: Termination**

10.1 Termination for Cause. Either party may terminate this Agreement immediately upon the giving of final written notice without further obligation to the other party in the event that (i) the aggrieved party ("Non-Defaulting Party") shall have given the other party ("Defaulting Party") written notice of the Defaulting Party's failure to discharge any material obligation, including the obligation to pay any amounts within the time period due and (ii) such failure or default is not cured by the Defaulting Party within five (5) days of the initial notice and continues to exist as of the date upon which the Non-Defaulting Party gives final notice of termination. Termination pursuant to this Section shall be without prejudice to any rights available to the parties at law or equity. Notwithstanding the foregoing and without limitation LFOW's rights under this Agreement, LFOW shall be permitted to immediately suspend access to the Service in the event the [redacted] has defaulted on its obligations to make any payments when due under this Agreement, or has used the Licensed Materials or Services in a manner not authorized under this Agreement.

10.2 Effect of Termination and Expiration. Upon expiration or termination of this Agreement for any reason, [redacted] shall immediately cease using the Licensed Materials and shall immediately remove all of the Licensed Materials (including any embedded links) from the [redacted] servers and [redacted] (and any other electronic storage devices) and delete or destroy them, along with any related documentation (and any copies thereof) that [redacted] may have received or otherwise may possess. [redacted] shall provide LFOW with written confirmation, signed by an authorized representative of the [redacted] of its compliance with the obligations under this Section 10.2.

**Section 11: General**

11.1 Compliance with Law. [redacted] use of the Licensed Materials and Services shall, at all times, remain subject to any and all applicable laws governing the use of such materials, including, without limitation, any restrictions on [redacted] use prescribed therein.

11.2 Entire Agreement. This Agreement constitutes the entire agreement between LFOW and [redacted] with respect to the subject matter of this Agreement and supersedes all prior representations, proposals, discussions and communications, whether oral or in writing.

11.3 Independent Contractors. The parties are independent contractors. Nothing herein shall be deemed to create or constitute a partnership, joint venture, or agency relationship between the parties hereto. Neither of the parties hereto shall have any authority to bind the other in any way.

11.4 Successors and Assigns. The terms and provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto, and their successors and assigns and legal representatives. [redacted] may not assign this Agreement or any right granted hereunder, or sublicense, or permit any other person to obtain or exercise any rights in this Agreement or in respect of the Service in whole or in part.

11.5 Governing Law. The validity, construction and performance of this Agreement shall be governed and construed in accordance with the laws of the Commonwealth of Pennsylvania without regard to the conflicts of laws provisions thereof. The parties consent to the exclusive jurisdiction of the courts located in the Commonwealth of Pennsylvania in any action arising under this Agreement.

11.6 Severability. If any provisions of this Agreement or the application of any such provision shall be held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement shall continue in full force and effect.

EXECUTION COPY

 Live Face On Web, LLC

11.7  Disputes.  The parties agree that in the event of a dispute or alleged breach they will work together in good faith to resolve the matter internally by escalating it to higher levels of management. Notwithstanding the above, the LFOW may bring an action in any court of competent jurisdiction for claims based on intellectual property infringement or breach of confidentiality.

11.8  Notice.  Any notices or other communications required or permitted hereunder shall be given in writing and be delivered personally or sent by an internationally recognized overnight courier to the address of each party specified on the signature page (or as subsequently designated by a party by notice to the other party given in accordance with this Section). Such notices or other communications shall be effective on the date of receipt.

11.9  Survival of Terms.  The provisions of Sections 6, 7, 8, 9, 10.2 and 11 shall survive expiration or termination of this Agreement for any reason.

11.10  No Waiver.  No provision of this Agreement may be waived, amended or otherwise modified except by a written agreement signed by each party hereto. The waiver by either party of the breach of any provision hereof shall not be construed as a waiver of subsequent breaches or as a continuing waiver of such breach.

11.11  Press.  Each party shall be permitted to issue a one-time press release concerning this Agreement and relationship between the parties upon prior written approval by the other party, such approval not to be unreasonably withheld.

11.12  Counterparts.  This Agreement may be executed in two counterparts, each of which shall be deemed an original, but both of which taken together shall constitute one and the same instrument.

EXECUTION COPY

EXHIBIT A

Licensed Materials and Services Description and Fees

| Non-Recurring Video Production Services and Fees (including all taxes) | | | |
|---|---|---|---|
| VIDEO PRODUCTION SERVICES | | PRODUCTION FEES | PAYMENT TERMS |
| Non-Custom Video Production by LFOW | First 10 seconds of video | $200.00 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Each additional 5 second increments of video | $50.00 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom Video Production at LFOW Facilities | First 3 hours of studio time (minimum of 3 hours) | $390.00 | Net sixty (60) days following recording |
| | Each additional hour of studio time | $190.00 | Net sixty (60) days following recording |
| | Makeup artist per hour | $200.00 | Net sixty (60) days following recording |
| | Post-production editing for the first 10 seconds of video | $400.00 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Post-production editing for each 5 second increment of video | $100.00 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom Video Production at Designated Locations | Domestic Locations (Continental U.S.), excluding Hawaii | $3,900.00 flat fee per location, per day | Payment is due in advance of commencement of video recording |
| | Non-Domestic Locations as set forth in Exhibit D | $5,700 flat fee per location, per day | Payment is due in advance of commencement of video recording |
| | Post-production editing | $75 per video | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Client-Provided Video | First 3 hours of post-production editing (minimum of 3 hours) | $390.00 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Each additional hour of post-production editing | $190.00 | Net sixty (60) days following delivery in accordance with Section 2.3 |

The following table shows the amount of non-recurring video production fees that [redacted] shall be responsible for paying on behalf of each [redacted]. Any fees owed in excess of these amounts are payable by either [redacted] as agreed in each subsequent order for Video Production Services, or as agreed by the parties in writing prior to delivery of the Video Production Services by LFOW. The following number will be available to [redacted] for questions relating to the order process: [redacted]

| Non-Recurring Video Production Fees Paid by [redacted] (including all taxes) | | | |
|---|---|---|---|
| VIDEO PRODUCTION SERVICES | | PRODUCTION FEES | NOT TO EXCEED* |
| Non-Custom Video Production by LFOW | First 10 seconds of video | $200.00 | Up to 10 seconds per [redacted] |
| | Each additional 5 second increments of video | $50.00 | Up to an additional 30 second[redacted] |
| Custom Video Production at Designated Locations | Domestic Locations (Continental U.S.), excluding Hawaii | $3,900.00 flat fee per location, per day | One (1) Domestic Locatio[redacted] |
| | Non-Domestic Locations as set forth in Exhibit D | $5,700 flat fee per location, per day | One (1) Non-Domestic Location p[redacted] |
| | Post-production editing | $75 per video | One (1) post-production [redacted] |

*For the avoidance of doubt, the "not to exceed", relates to the amount of fees for which [redacted] has agreed to pay on behalf of each [redacted] but not a cap on the amount of fees that may be owed to LFOW for the Video Production Services by the [redacted] as agreed in each subsequent order for Video Production Services, or by [redacted] as agreed in writing.

EXECUTION COPY

EXHIBIT A (continued)
**Licensed Materials and Services Description and Fees**

**Further Description of Video Production Services**

Non-Custom Video Production. LFOW will provide non-custom video production services using its own facilities and in accordance with the following additional terms.

Presentations are recorded within LFOW studio facilities within two (2) business days of request.
Prices are based on one time production and one model within the presentation.
[redacted] will provide its own scripts to LFOW. [redacted] may select from at least 48 models.
[redacted] will be able to select different shots and sizes of the video presentations.

Each [redacted] would be contacted by a LFOW representative to discuss the details of the order specifications such as garment, and model presentation style.

Custom Video Production at LFOW Facilities. LFOW will provide custom video recording and production services at the FLOW facilities in accordance with the terms of each order placed by [redacted]. Each [redacted] would be contacted by a LFOW representative to discuss the details of the order specifications such as garment, model presentation style, and date and times for recording.

Custom Video Production at Designated Locations. LFOW will provide custom video recording and production services at the Designated Locations between the hours of 8:00AM and 5:00PM in accordance with the terms of each order placed by [redacted]. Each [redacted] would be contacted by a LFOW representative to discuss the details of the order specifications such as garment, model presentation style, and date and times for recording. The specific site at the Designated Location must be able to accommodate a recording crew and other specifications as necessary for the respective sites.

Client-Provided Video Production. LFOW will adapt an uncompressed AVI video file provided to LFOW for presentation on the [redacted].

Technical Specifications. The standard for a 10 second Flash movie presentation 170px X 160px with 48kb/s stereo sound compression and pixilated encoding at 300kb/s is 500KB, and 10 second Flash movie presentation 170px X 160px with 48kb/s stereo sound compression and pixilated encoding at 200kb/s is 400KB. The foregoing specifications may vary depending on model movement, color of garment, models facial expression, size of the presentation, duration of the video, and the audio. The following technical requirements apply in order for the [redacted] and LFOW Search Bar to properly appear on the Internet browser of visitors to the [redacted].

Internet Browsers - Safari (version 1 or higher), Internet Explorer (version 5 or higher), Opera (version 6 or higher), Netscape (version 4 or higher), or Firefox (version 1 or higher). The Internet Browser must be configured to enable java scripts and must be using Flash version 8.0 or higher.

**Recurring Fees: License Fees, Hosting Fees, and Support and Maintenance Fees**

| SOFTWARE AND SERVICE DESCRIPTION | LICENSE / SERVICE FEES | ADDITIONAL TERMS | PAYMENT TERMS |
|---|---|---|---|
| Licensed Materials | $ 3,250 per month ("License Fees") | N/A | Monthly in arrears, payable net sixty (60) days |
| Hosting Services for [redacted] and LFOW Search Bar | $ 3,000 per month for up to 1.5 terabytes plus additional fees determined by bucket ("Hosting Fees") | Includes up to 1.5 terabytes of data per month, and then additional fees apply depending on the volume of use as follows:<br>Additional $4,219 if greater than 1.5 terabytes up to 5 terabytes per month<br>Additional $7,035 if greater than 5 terabytes up to 10 terabytes per month<br>Additional $16,968 if greater than 10 terabytes per month | Monthly in arrears, payable net sixty (60) days; monthly in arrears for overages, payable net sixty (60) days |
| Support and Maintenance Services | No charge for up to eight (8) hours per month, thereafter on a time and materials basis at a rate of $125 per hour ("Support and Maintenance Fees"). | Maintenance and Support Fees will accrue in 15 minute increments | Monthly in arrears, payable net sixty (60) days |

EXECUTION COPY

**EXHIBIT B**

**Maintenance and Support Services and Service Level Warranty**

This Exhibit B sets out the terms and conditions pursuant to which LFOW will provide Maintenance and Support Services to [redacted] and the Service Level Warranty associated with the Hosting Services.

**Section 1: Maintenance and Support Services**

1.1 General Maintenance and Support Terms.

LFOW will provide the following Maintenance and Support Services for the post-production [redacted] and LFOW Search Bar. For purposes of this Exhibit B, "post-production" means the [redacted] and LFOW Search Bar made available to [redacted] via the links to be embedded into the [redacted]

General Maintenance and Support Services include the following:

- Phone and email help desk for [redacted] and/or its designated third party service provider;
- Investigate, troubleshoot and revise java scripts and links provided by LFOW to [redacted] and LFOW Search Bar;
- Provide updates to comply with new versions of Internet browsers;
- Work with [redacted] suppliers and contractors as reasonably necessary to coordinate generally scheduled maintenance of the [redacted]

1.2 Response Times.

LFOW shall respond to technical issues within the following response times:

| Category | Required Response Time | Restore and Resolve |
|---|---|---|
| Critical | thirty (30) minutes | sixty (60) minutes, or as otherwise agreed by the parties |
| Non-Critical | one (1) hour | six (6) hours, or as otherwise agreed by the parties |

For purposes of this Agreement, "Critical" is defined as rendering the [redacted] or the LFOW Search Bar unavailable and "Non-Critical" is defined as a cosmetic issue. LFOW shall not be responsible any breach of the Maintenance and Support Services caused by the action or inaction of [redacted] or any of its third party designees or suppliers. LFOW observes the following holidays (the same holidays will be observed in subsequent years):

November 22, 2007 -Thanksgiving Day
December 25, 2007 - Christmas Day
January 1, 2008 - New Year's Day
May 26, 2008 - Memorial Day
July 4, 2008 - Independence Day
September 1, 2008 - Labor Day
October 9, 2008 - Yom Kippur
November 27, 2008 - Thanksgiving Day
December 25, 2008 - Christmas Day

**Section 2: Service Level Warranty**

2.1 Service Availability. LFOW represents and warrants that the Hosting Services will be available in accordance with the terms set forth below ("Service Availability"). Service Availability is defined as the ability to deliver the [redacted] and the LFOW Search Bar to the [redacted]. LFOW guarantees 100% Service Availability, excluding interruptions caused by the following:

(ii) LFOW scheduled maintenance;

(iii) [redacted] (or any third party) network maintenance activities;

(iv) Maintenance at [redacted] premises, including the [redacted]

(v) Failure of [redacted] hardware or software;

(vi) Failure of the [redacted] Internet service or [redacted]s (equipment down, not serving content, broken links or similar issues that would interrupt service);

(vii) Failure of [redacted] controlled actions and environment (for example power failure, temperature increases, firewall blocking, or unplugging equipment).

EXECUTION COPY

**EXHIBIT B (continued)**
**Maintenance and Support Services and Service Level Warranty**

2.2 Credits. If [redacted] experiences unavailability of the Hosting Service, that is not caused by any of the forgoing exclusions, then LFOW will issue a credit to [redacted] based on the length of the outage as follows: (a) any single outage greater than two (2) hours = one (1) day credit of the Fees associated with the Hosting Services and (b) cumulative outages in a single day amounting to greater than two (2) hours = one (1) day credit of the Fees associated with the Hosting Services per sixty (60) minute period. One (1) day of Fees associated with the Hosting Services shall be equal to 1/30th of the committed monthly Fees associated with the Hosting Services. A maximum of five (5) days of credit may be provided during any single month.

2.3 Reporting.

In the event [redacted] believes a service outage has occurred, [redacted] shall promptly (not to exceed two (2) business days) notify LFOW in writing stating the details of such outage, which will include, at a minimum, the time and date of the outage, the period of the outage, the applicable [redacted], and contact information of the [redacted]. Upon receipt of such information, LFOW shall conduct its own investigation and report its conclusions to [redacted]. If LFOW believes, in its reasonable judgment and based on supportable information, the outage did not occur or that it falls within one or more of the exclusions, LFOW shall notify [redacted] and the parties shall discuss in good faith a resolution. If LFOW believes that an outage has occurred, LFOW will report to [redacted] the amount of credit owed to [redacted] and shall apply such credit to the invoice for the immediately following calendar month.

EXECUTION COPY







EXECUTION COPY





EXECUTION COPY

EXECUTION COPY

Live Face On Web, LLC

[redacted]

EXECUTION COPY

EXECUTION COPY



**EXHIBIT D**
**Custom Video Production Designated Locations**

The following non-domestic locations are offered by LFOW as of the Effective Date:

U.S.
Hawaii

Canada
Calgary
Montreal
Toronto
Vancouver
Winnipeg

Mexico & Central America
Mexico City, Mexico
Managua, Nicaragua

Caribbean
Havana, Cuba
Port of Spain, Trinidad
Barbados
Puerto Rico
Jamaica
Tortola and St. Thomas
British Virgin Islands

South America
Sao Paolo and Rio, Brazil
Buenos Aires, Argentina
Lima, Peru
Santiago, Chile
Caracas, Venezuela
Bogota, Colombia
La Paz, Bolivia

U.K.
London, England
Glasgow and Edinburgh, Scotland
Dublin, Ireland

Europe
Madrid and Barcelona, Spain
Paris and Strasbourg, France
Milan, Rome, and Florence, Italy
Amsterdam, Netherlands
Brussels, Belgium
Frankfurt, Berlin, and Munich, Germany
Prague, Czech Republic
Warsaw, Poland
Zurich and Geneva, Switzerland

EXECUTION COPY

Live Face On Web, LLC

Stockholm, Sweden
Oslo, Norway
Reykjavik, Iceland
Helsinki, Finland
Budapest, Hungary
Athens, Greece
Moscow, Russia
Malta

Asia
Istanbul, Turkey
Jerusalem, Israel
Mumbai, India
New Delhi, India
Bangkok, Thailand
Tokyo, Japan
Seoul, South Korea
Beijing, China
Shanghai, China
Singapore
Hong Kong
Kuala Lumpur, Malaysia
Manila, Philippines

Oceania
Sydney, Melbourne, and Perth, Australia
Auckland, New Zealand

Africa
South Africa
Nairobi

# EXHIBIT 5



# SOFTWARE LICENSE AND SERVICES AGREEMENT
Signature Page

| | | | |
|---|---|---|---|
| **The Client Name:** | [redacted] | **The Client Contact Name:** | [redacted] |
| **Effective Date:** | 9/8/08 | **Term:** | [redacted] |
| **The Client E-Mail:** | | **The Client Phone / Fax:** | |
| | | | |

| | |
|---|---|
| **The Client Address:** | [redacted] |

This SOFTWARE LICENSE AND SERVICES AGREEMENT ("Agreement") is made and entered into as of the Effective Date, by and between Live Face On Web, LLC, a Pennsylvania limited liability company, doing business as Live Face On Web, with its principal place of business located at 1300 Industrial Boulevard, Suite 202, Southampton, PA 18966 ("LFOW"), on the one hand, and [redacted] to herein, jointly and severally, as "Client").

| The parties signing below, being duly authorized signers for the parties to this Agreement, intending to be legally bound, hereby agree to all of the terms and conditions set forth herein. | |
|---|---|
| **Live Face on Web, LLC** | [redacted] |
| Signature [redacted] | [redacted] |
| Print Name [redacted] | [redacted] |
| Title [redacted] | [redacted] |
| Date 9/8/08 | Date 9-4-08 |

TERMS AND CONDITIONS FOLLOW

LN1 927484v6 09/03/08



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

-TERMS AND CONDITIONS

**Section 1: Definitions**

1.1 "Business Days" means Monday through Friday, except for any day listed on Exhibit B as a LFOW holiday.

1.2 "Client" means, jointly and severally, [redacted]

1.3 "Client Syndicated Product" means any product or service made available by Client to its customers including but not limited to ASP applications and Web applications.

1.4 "Client Web Site" means the web sites [redacted] and any websites of the customers of the Client that the Client authorizes to display the Client Video.

1.5 "Client Video" means the video and audio files created by LFOW for the Client and hosted on the LFOW Web Server but specifically excludes the Licensed Materials and all confidential processes by which the Client Video is converted and/or compressed for use on the LFOW media player.

1.6 "LFOW Web Server" means the web servers that store and distribute content for the Client Web Site and/or Client Syndicated Products.

1.7 "Licensed Materials" means the software scripts, software files, and LFOW media player provided by LFOW.

1.8 "Services" means collectively Video Production Services, the General Services and the Maintenance and Support Services.

**Section 2: License Grant; Software Delivery**

2.1 License Grant. LFOW herby grants to the Client during the Term a personal, revocable, limited, fee-bearing, non-exclusive, non-transferable, non-assignable, non-sublicenseable license to use the Licensed Materials solely for purposes of streaming and displaying the Client Video on Internet browsers of visitors to the Client Web Site and on Client Syndicated Products. The foregoing license grant shall include the right for the Client (or its designated third party) to (a) embed links provided by LFOW into the Client Web Site for purposes of calling, caching and displaying on the local computers of visitors to the Client Web Site, certain Licensed Materials to enable the streaming and displaying of the Client Video on the Internet browsers of such visitors to the Client Web Site, and (b) embed links provided by LFOW into the Client Syndicated Products for displaying the Client Video to the users of the Client Syndicated Products including visitors of the websites integrating Client Syndicated Products, but not for any other purpose (including, without limitation, any act of electronic or physical distribution, performance or broadcast).

2.2 Restrictions. LFOW reserves all its rights not expressly granted to the Client in this Agreement. The Licensed Materials are licensed, not sold to the Client. Except to the extent otherwise expressly permitted hereunder, and without limitation, the following restrictions shall apply to the Licensed Materials. The Client shall (i) not copy or reproduce any portion of the Licensed Materials; (ii) not distribute, share through any information network, transfer, convey, sell, and lease or rent any of the Licensed Materials to any other person or company, in whole or in part; (iii) will only use the Licensed Materials for its internal business purposes and not for the benefit of any third party (other than visitors to the Client Web Site or users of he Client Syndicated Products using the Materials as contemplated hereunder); (iv) not change, alter, amend, modify, decompile, reverse engineer, disassemble or create derivative works, enhancements, extensions or add-ons to any of the Licensed Materials; (v) not remove, obscure or in any way alter LFOW's proprietary notices, trademark or copyright notices affixed or contained in the Licensed Materials and (vi) not export the Licensed Materials outside of the United States (provided this export restriction shall not apply to calling, caching, and displaying the Licensed Materials on Internet browsers of visitors of the Client Web Site or Client Syndicated Products located outside the United States for the purposes of streaming and displaying the Client Video). The foregoing License does not authorize the Client to install or embed the Licensed Materials on any web site other than the Client Web Site and other than in connection with display on a Client Syndicated Product, unless agreed to by LFOW in writing, which may be conditioned, among other things, on the payment of additional License fees. The Client further acknowledges and agrees that use of the Licensed Materials may be subject to additional restrictions, under applicable copyright and other laws that are not enforced or prescribed by any technology delivered to the Client. The absence of any such technology designed to enforce these additional restrictions should in no way be viewed or interpreted as a waiver, on the part of LFOW or any other person or entity owning any rights in any of the Licensed Materials, of their respective rights to enforce any such additional restrictions regarding the Client's use of the Licensed Materials. The Licensed Materials are licensed as a single product, and its component parts may not be separated, or divided, for use apart from the whole.

2.3 Delivery and Integration. LFOW shall deliver to the Client (or its designated third party) links to be embedded into the Client Web Site and/or Client Syndicated Products. The Client (or its designated third party) may embed such links into the Client Web Site or Client Syndicated Products to enable the





SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

streaming and displaying of the Client Video on the Internet browsers of visitors to the Client Web Site or users of the Client Syndicated Products. Client acknowledges and agrees that LFOW is not familiar with and has not reviewed the Client Syndicated Products and, therefore, **LFOW provides no warranty that the Licensed Materials will function properly or at all in the Client Syndicated Products.** Client understands that custom development services may be required to achieve functionality of the Licensed Materials in some Client Syndicated Products. LFOW will provide custom development services for Client Syndicated Products in accordance with Section 3.5 of this Agreement.

**Section 3: Services**

3.1 Services Generally. LFOW shall perform the Services set forth in this Agreement only. Any additional services not expressly stated in this Agreement that may be requested by the Client during the Term, will be provided by LFOW on a time and materials basis at LFOW's then current rates in accordance with a written statement of work signed by both parties to this Agreement and made a part of this Agreement. LFOW shall not be obligated to provide, and the Client shall not be obligated to pay for, any products or services not expressly stated in this Agreement or a written statement of work signed by both parties. LFOW may use subcontractors to provide Services.

3.2 Video Production Services. Upon written request by the Client through the LFOW order website, LFOW shall provide the Client with the following video production services as more fully described in **Exhibit A**: Non-Custom Video Production; Custom Video Production at LFOW Facilities; Custom Video Production at Designated Locations; and Client-Provided Video Production (collectively, the "Video Production Services"). For Non-Custom Video Production, LFOW will deliver the link to the final version of the applicable Client Video within five (5) Business Days from the date LFOW receives the final script from the Client. For all other Video Production, LFOW will deliver the link to the final version of the applicable Client Video within five (5) Business Days of completing post-production work of the Client Video. The Client shall provide LFOW with at least two (2) weeks advance notice of any request for Custom Video Production at Designated Locations in order for LFOW to schedule video crews for the offsite locations.

3.3 General Services. Upon written request by the Client to LFOW, LFOW shall provide the Client with one or more general or video hosting services more fully described in **Exhibit A** ("General Services").

3.4 Maintenance and Support. LFOW shall provide the Client with support for the Client Video as more fully described in **Exhibit B** ("Maintenance and Support Services"). Maintenance and Support Services shall be available on Business Days, between the hours of 10:00AM EST and 7:00PM EST.

3.5 Custom Development Services. LFOW shall provide to the Client reports that: (a) show total number of times the Client Video presentation has been initiated to play; (b) show total number of times the Client Video presentation has finished playing; (c) show how many times the click-through effect has occurred; (d) will be categorized [redacted] (e) show how much bandwith the Client has utilized for calculation of fees; and (f) will be in real time reporting. The Client will be provided with an interface that allows the Client to select the Client Video presentation position, orientation and other limited functionality on the Client Web Site. Any other customized development ("Additional Custom Development"), that the Client requests in writing that LFOW provide (including but not limited to other reports and analyses, and any development needed to permit the Licensed Materials to function in Client Syndicated Products) shall be billed $165 per hour. LFOW shall provide the Client with an estimate of time to complete the Additional Custom Development, however, LFOW shall not be required to obtain the Client's prior acceptance of such estimate in order for the fees incurred with providing the Additional Custom Development to be binding upon the Client. LFOW agrees to remove all LFOW trademarks, service marks, logos, hyperlinks and proprietary notices from the Client Video; provided that, LFOW shall be permitted to include any such trademarks, service marks, logos and proprietary notices (including, without limitation, a "Powered by LiveFaceOnWeb.com®" and "www.livefaceonweb.com" notice) in an information dialog box that will appear when a visitor right clicks on the Client Video.

3.6 Upgrades. LFOW may provide, in its sole discretion, upgrades or enhancements to the Licensed Materials to the Client at no additional cost as part of the Maintenance and Support Services.

**Section 4: Term**

This Agreement is effective and the parties' obligations commence, on the Effective Date and shall continue in effect until the expiration of the Term, unless terminated early in accordance with Section 10 (Termination). This Agreement will automatically renew for successive one (1) year terms (each a "Renewal Term"). Either party shall be permitted to terminate this Agreement at any time during any Renewal Term by providing written notice at least ninety (90) days in advance to

 Live Face On Web, LLC

SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

the other party of its desire to terminate this Agreement. The initial Term and all Renewal Terms are collectively the "Term".

**Section 5: Fees, Taxes and Payment**

5.1 Payment Obligation. The Client shall pay to LFOW the fees in accordance with **Exhibit A** (collectively, the "Fees"). All amounts payable hereunder shall be paid in United States dollars, and are non-refundable except as otherwise expressly stated with respect to Service Level Warranties (as defined in **Exhibit B**). Notwithstanding the foregoing, no fees for services listed on **Exhibit A** on the table entitled "Recurring Fees: License Fees, Hosting Fees, and Support and Maintenance Fees" shall be due during the Trial Period described in Section 10 (Termination).

5.2 Fees at Renewal. LFOW reserves the right to adjust the Service Fees in accordance with its then current fees at the beginning of each Renewal Term upon ninety (90) days' advance written notice to the Client.

5.3 Taxes. The Client shall be responsible for any and all sales, use, value added and other similar taxes that may be imposed by any taxing jurisdiction under applicable law upon the Client or LFOW with respect to the License Fees or Services paid hereunder, other than taxes based upon the income or revenue of LFOW, (collectively, "Sales Taxes"). Where LFOW is required to collect and remit any such taxes under applicable law, LFOW shall separately state such taxes on its invoices to the Client and shall remit all amounts received on account thereof to the appropriate taxing authority. LFOW shall maintain full and detailed records of all such taxes invoiced to the Client and paid to any taxing authority by LFOW.

**Section 6: Ownership; Confidentiality**

6.1 LFOW Ownership. The Client acknowledges and agrees that the Licensed Materials and all materials and documentation in connection with the Licensed Materials and the Services, including, without limitation, any software (in object code and source code form), databases, documents, LFOW content (including, without limitation, images, text, audio, video), methodologies, processes and other information developed or provided by LFOW (including, without limitation, all derivative works of the foregoing) (collectively "LFOW Property"), are the sole and exclusive property of LFOW. The Client further acknowledges and agrees that, except as specifically provided herein, this Agreement does not grant the Client any license, title, or any limited rights of ownership in LFOW Property and LFOW retains all worldwide right, title and interest in and to LFOW Property, including, without limitation, all patent, copyright, trademark, know-how, trade secret and any other proprietary rights inherent therein and appurtenant thereto. LFOW represents and warrants that the LFOW Property (excluding the Client Materials and any materials or content provided by Client), (i) is owned exclusively by LFOW, or is otherwise used with permission from its licensors, and (ii) does not infringe, misappropriate, or violate any third party intellectual property rights. LFOW shall indemnify and hold harmless the Client, and its respective affiliates, officers, directors, and employees (the "Client Indemnitees"), from all losses, damages, liabilities, costs and expenses (including attorneys' fees and court costs) to the extent arising from (a) any breach of the representation given in this Section 6.1, and (b) LFOW's fraudulent or willful misconduct, or any violation by LFOW of any applicable laws or regulations. LFOW's indemnification obligations set forth herein shall not apply in the event the claim or claims giving rise to such indemnification obligations arise from any actions, other than use of the LFOW Property in accordance with this Agreement, by the Client Indemnitees (including, without limitation, any unauthorized use of the LFOW Property), or any claims for which the Client is obligated to indemnify LFOW. The foregoing indemnification shall constitute the Client's sole and exclusive remedy for any breach of the representations and warranties under Sections 6.1(i) and 6.1(ii), and LFOW's entire liability with respect thereto, subject to the Client's additional right to terminate this Agreement in accordance with this Agreement.

6.2 The Client Ownership. The Client retains all right, title and interest in and to any text scripts provided by the Client to LFOW, the Client Video, content and information located on the Client Web Site and/or Client Syndicated Product, and any and all content provided by the Client to LFOW (including all uncompressed and compressed audio and video content) (the "Client Property"). The Client hereby grants to LFOW a personal, royalty free, non-exclusive, non-transferable, non-assignable, non-sublicenseable license to use such Client Property in any manner (including, without limitation, the right to create derivative works and the right to perform screenscraping in connection the Services, as determined in LFOW's sole discretion) necessary to provide the Services to the Client under this Agreement. The Client represents and warrants that the Client Property, (i) is owned exclusively by the Client, or is otherwise used with permission from its licensors, (ii) the Client Property does not infringe, misappropriate, or violate any third party intellectual property or rights of publicity or privacy rights; (iii) is not defamatory, trade libelous, unlawfully threatening or unlawfully harassing; (iv) is not obscene, harmful to minors or child pornographic; (v) does not contain any viruses, Trojan horses, worms, time bombs, cancelbots or other computer






SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

programming routines that are intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or personal information; and (vi) is not materially false, misleading or inaccurate. The Client shall indemnify and hold harmless LFOW, its affiliates, officers, directors and employees, from all losses, damages, liabilities, costs and expenses (including attorneys' fees and court costs) to the extent arising from (a) any breach of the representation given in this Section 6.2, (b) the Client's fraudulent or willful misconduct, or any violation by the Client of any applicable laws, regulations, or its privacy policy, and (c) any third party claims relating to Client's use of the LFOW Property on the Client Web Site or in a Client Syndicated Product (excluding any claims for which LFOW is obligated to indemnify the Client).

6.3 Trademarks. Neither party shall use the other party's names, logos, trademarks or service marks (collectively "Marks") in any promotional or advertising material or efforts or any other publications without the other party's prior written consent, which may be withheld for any reason or no reason. All benefit from any use of the Marks and all goodwill associated therewith shall inure solely to the benefit of the respective owners.

6.4 Confidentiality. Each party acknowledges that it may have access to confidential information of the other party. Accordingly, the provisions of this Agreement, any information identified by the disclosing party as confidential, and any information that a reasonable business person would deem sensitive or confidential (collectively "Confidential Information"), shall be treated by the receiving party on a confidential basis and shall not be disclosed to any third party (except as required by law and upon advance notice to the disclosing party), or used except as permitted hereunder, without the express written consent of the receiving party. Upon expiration or termination of this Agreement for any reason, each party shall return or destroy the Confidential Information of the disclosing party as directed by the disclosing party. Each party shall have the right to disclose the existence of this Agreement and its terms to its subcontractors, and professional advisors who have a "need to know", and to a prospective purchaser and its agents during the course of a due diligence review in a merger transaction, stock sale or sale of all or substantially all of a party's assets, providing that the foregoing have agreed to be bound by the terms of this Section 6.4.

**Section 7: Limited Warranty**

7.1 Limited Warranty. Except for the Client's right to terminate in accordance with Section 10 (Termination) and as otherwise expressly stated with respect to the Service Level Warranty set forth in Exhibit B and incorporated herein by reference, LFOW's sole responsibility and the Client's exclusive remedy in the event of any defect in the Licensed Materials or any failure to provide the Services, shall be that LFOW shall make commercially reasonable efforts to remedy any resulting deficiencies.

**Section 8: Disclaimer of Warranty.**

**EXCEPT AS EXPRESSLY SET FORTH IN THIS AGREEMENT, LFOW PROVIDES THE LICENSED MATERIALS AND SERVICES "AS IS," WITHOUT WARRANTY OF ANY KIND, WHETHER STATUTORY, EXPRESS OR IMPLIED. LFOW DISCLAIMS ALL WARRANTIES, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE CLIENT SHALL BE SOLELY RESPONSIBLE FOR THE SELECTION, USE AND SUITABILITY OF THE LICENSED MATERIALS AND SERVICES AND LFOW SHALL HAVE NO LIABILITY THEREFORE. LFOW DOES NOT WARRANT THAT THE LICENSED MATERIALS AND SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT THE SERVICES WILL MEET CLIENT'S REQUIREMENTS, OR OF ACCURACY OF INFORMATION CONTAINED IN OR DELIVERED THROUGH THE SERVICES.**

**Section 9: Limitations of Liability**

9.1 Maximum Aggregate Liability. The Client acknowledges that the limitations set forth in this Section are integral to the amount of fees levied in connection with this Agreement, and that, were LFOW to assume any further liability other than as set forth herein, such fees would of necessity be set substantially higher. LFOW's maximum aggregate liability to the Client for any claim related to, or in connection with, the Licensed Materials and Services and this Agreement, except with respect to LFOW's indemnification obligations under this Agreement, shall be limited to 50% of the recurring fees actually paid by the Client to LFOW under this Agreement over the twelve (12) months preceding the date of the claim.

**9.2 LFOW LIMITATION ON LIABILITY. LFOW SHALL NOT BE LIABLE TO THE CLIENT WHATSOEVER FOR ANY DIRECT OTHER THAN AS STATED IN SECTION 9.1, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFIT, LOSS OF REVENUE, OR LOSS OF BUSINESS SUFFERED BY THE CLIENT. THIS**



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**PROVISION APPLIES EVEN IF LFOW IS INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. LFOW SHALL ALSO NOT BE LIABLE FOR ANY DELAYS, NONDELIVERIES, MISDELIVERIES, DATA TRANSMISSION FAILURES, OR FOR ANY FAILURE OF PERFORMANCE OR INTERRUPTION OF THE PROVISION OF THE SERVICES TO THE CLIENT.**

9.3 Privacy Policy. LFOW does not collect any personally identifiable information from any visitors to the Client Web Site, including any information such as IP or MAC addresses, except to the extent required to perform the General Services. Without limiting the generality of the foregoing disclaimer of warranties and limitation of liability set forth this Agreement, LFOW shall not be responsible for the use of the Client Web Site or any Client Syndicated Product, or for any information collected by the Client or any third parties from the visitors to the Client Web Site or user of a Client Syndicated Product. The Client, on the Client Web Site (including any websites that the Client allows to link to the Client Web Site), shall maintain a privacy policy that allows it to collect personal information and allows it to place cookies on a visitor's computer. LFOW shal not use, transfer, license or disclose any Client Web Site data obtained in performing the Services, except in connection with the performance of the Services for Client and for Client's benefit.

**Section 10: Termination**

10.1 Termination for Cause. In the event of a final, non-appealable determination that the Licensed Materials infringes any proprietary right of any third party, LFOW shall have the option, at its own expense, to (a) obtain for the Client the right to continue using the infringing item, (b) replace the infringing item or modify it so that it becomes noninfringing, or (c) terminate the licensed rights granted herein and grant the Client a prorated refund of all recurring license fees theretofore paid by the Client. Other than as specified above, either party may terminate this Agreement immediately upon the giving of a final written notice without further obligation to the other party in the event that (i) the aggrieved party ("Non-Defaulting Party") shall have given the other party ("Defaulting Party") an initial written notice of the Defaulting Party's failure to discharge any material obligation, including the obligation to pay any amounts within the time period due and (ii) such failure or default is not cured by the Defaulting Party within five (5) calendar days of the initial notice and continues to exist as of the date upon which the Non-Defaulting Party gives final notice of termination, unless the default is incapable of cure in five (5) calendar days, in which case the cure period shall be extended to fifteen (15) calendar days. Termination pursuant to this Section shall be without prejudice to any rights available to the parties at law or equity. Notwithstanding the foregoing and without limitation LFOW's rights under this Agreement, LFOW shall be permitted to immediately suspend access to the Service in the event the Client has defaulted on its obligations to make any payments when due under this Agreement, or has used the Licensed Materials or the Services in a manner not authorized under this Agreement and continues to do so after notice thereof from LFOW.

10.2 Effect of Termination and Expiration. Upon expiration or termination of this Agreement for any reason, the Client shall immediately cease using the Licensed Materials and shall immediately remove all of the Licensed Materials (including any embedded links) from the Client servers and the Client Web Site and the Client Syndicated Products (and any other electronic storage devices) and delete or destroy them, along with any related documentation (and any copies thereof) that the Client may have received or otherwise may possess. The Client shall provide LFOW with written confirmation, signed by an authorized representative of the Client, of its compliance with the obligations under this Section 10.2. LFOW shall provide the Client with written confirmation, signed by an authorized representative of LFOW, that it has deleted or destroyed, any Client Property in its possession.

10.3 Termination During Trial Period. This Agreement shall have an initial trial period commencing on the Effective Date and ending ninety (90) days after LFOW's delivery of the first Client Video [redacted] produced in accordance with the outline to be provided by Client (the "Trial Period"). The Client shall be permitted to terminate this Agreement effective at the end of the Trial Period by providing written notice of termination to LFOW at least fifteen (15) days prior to the expiration of the Trial Period.

**Section 11: General**

11.1 Compliance with Law. Each of the parties hereto shall at all times comply with the terms of this Agreement and all applicable local, state and federal laws and regulations pertaining to this Agreement, the use of the Licensed Materials and Services and the performance of their respective obligations hereunder.

11.2 Entire Agreement. This Agreement constitutes the entire agreement between LFOW and the Client with respect to the subject matter of this Agreement and supersedes all prior representations, proposals, discussions and communications, whether oral or in writing.

11.3 Independent Contractors. The parties are independent contractors. Nothing herein shall be deemed to create or constitute a partnership, joint venture, or agency relationship







between the parties hereto. Neither of the parties hereto shall have any authority to bind the other in any way.

11.4 Successors and Assigns. The terms and provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto, and their permitted successors and assigns and legal representatives. Neither party may assign this Agreement or any right granted hereunder, or sublicense, or permit any other person to obtain or exercise any rights in this Agreement or in respect of Services in whole or in part without written permission from the other, which shall not be unreasonably withheld. Notwithstanding the foregoing, either party may assign or transfer its rights and obligations hereunder in the context of a merger, acquisition, or the sale of substantially all of the party's assets upon written notice to the other party hereto.

11.5 Governing Law; Waiver of Jury Trial. This Agreement and any and all claims, disputes, and other matters in question arising out of or relating to this Agreement, or breach thereof shall be governed by the laws of the State of Delaware, without giving effect to its principals of conflict rules, and shall be decided by courts of competent jurisdiction located in the State of Delaware. The parties irrevocably waive trial by jury in any action, proceeding, or counterclaim, whether at law or in equity, permitted to be brought by either of them against the other, whether or not there are other parties in such or proceeding.

11.6 Severability. If any provisions of this Agreement or the application of any such provision shall be held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement shall continue in full force and effect.

11.7 Disputes Generally. The parties hereby undertake to use good faith efforts to settle all disputes arising under this Agreement. Should a dispute arise, except as otherwise provided hereafter, the parties agree to refer it to a Senior Vice President or higher level executive ("Senior Managers") representing each party. The Senior Managers shall communicate with each other within three (3) Business Days for the purpose of endeavoring to resolve such dispute or such other reasonable time. The Senior Managers shall discuss the problem and negotiate in good faith in an effort to resolve the dispute without the necessity of any formal proceeding relating thereto. If the dispute has not been resolved by the Senior Managers within thirty (30) Business Days of their first communication, then either party may seek other relief as provided herein.

11.8 Notice. Any notices or other communications required or permitted hereunder shall be given in writing and be delivered personally or sent by a nationally recognized overnight courier to the address of each party specified on the signature page (or as subsequently designated by a party by notice to the other party given in accordance with this Section). Such notices or other communications shall be effective on the date such notice is given, if delivery is given in person or by overnight courier.

11.9 Survival of Terms. The provisions of Sections 5.3, 6, 7, 8, 9, 10.2 and 11, shall survive expiration or termination of this Agreement for any reason, as well as the Client's obligation to pay for any fees incurred and not paid in full.

11.10 No Waiver. No provision of this Agreement may be waived, amended or otherwise modified except by a written agreement signed by each party hereto. The waiver by either party of the breach of any provision hereof shall not be construed as a waiver of subsequent breaches or as a continuing waiver of such breach.

11.11 Press. Neither party hereto shall issue any public statement or press release in connection with this Agreement, except with the consent of the other party hereto, which consent may be withheld for any or no reason.

11.12 Counterparts. This Agreement may be executed in two counterparts, each of which shall be deemed an original, but both of which taken together shall constitute one and the same instrument

11.13 Injunctive Relief. In the event that the Client attempts or threatens to use, copy, license, or convey the LFOW Property in a manner contrary to the terms of this Agreement, LFOW shall be entitled to pursue, in addition to any other remedies available to it, injunctive relief. The Client hereby acknowledges that other remedies at law are inadequate in the circumstances set forth herein.

11.14 Force Majeure. Neither party shall be liable for any damages or penalty for any delay in performance of, or failure to perform any obligation hereunder or for failure to give the other party prior notice thereof when such delay or failure is due to the elements, acts of God, delays in transportation, delays in delivery by vendors or other causes beyond that party's reasonable control. The party whose performance is prevented by an act of force majeure shall resume performance as soon as is reasonably practicable after the condition of force majeure is no longer operative





SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT A**
**Licensed Materials and Services Description and Fees**

| Non-Recurring Video Production Services and Fees (including all taxes) | | | |
|---|---|---|---|
| VIDEO PRODUCTION SERVICES | | PRODUCTION FEES | PAYMENT TERMS |
| Non-Custom Video Production by LFOW | 15 seconds of video | $259.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 30 seconds of video | $467.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 60 seconds of video | $842.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 90 seconds of video | $1,179.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 120 seconds of video | $1,517.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 180 seconds of video | $2,123.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 240 seconds of video | $2,723.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | 300 seconds of video | $3,218.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom Video Production at LFOW Facilities | First 3 hours of studio time (minimum of 3 hours) | $789.95 | Net sixty (60) days following recording |
| | Each additional hour of studio time | $389.95 | Net sixty (60) days following recording |
| | Makeup artist per hour | $200.00 | Net sixty (60) days following recording |
| | Post-production editing for the first 10 seconds of video | $389.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Post-production editing for each 5 second increment of video | $157.95 | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom or Non-Custom Video Production at LFOW Facilities or Designated Locations | Script Writing Service | $199.95 per video | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Custom Video Production at Designated Locations as set forth in Exhibit C | Domestic Locations (Continental U.S.), excluding Hawaii and Alaska | $4,899.95 flat fee per location, per day | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Non-Domestic Locations | $6,700 flat fee per location, per day | Net sixty (60) days following delivery in accordance with Section 2.3 |
| | Post-production editing | $150 per video | Net sixty (60) days following delivery in accordance with Section 2.3 |
| Client-Provided Video | Post-production editing (minimum of 2 hours) | $389.95/hour | Net sixty (60) days following delivery in accordance with Section 2.3 |





 Live Face On Web, LLC

# SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**Further Description of Video Production Services**

Non-Custom Video Production. LFOW will provide non-custom video production services using its own facilities and in accordance with the following additional terms.

Presentations are recorded within LFOW studio facilities within forty-eight (48) hours of request.
Prices are based on one time production and one model within the presentation.
The Client will provide its own scripts to LFOW. The Client may select from at least 40 models.
The Client will be able to select different shots and sizes of the video presentations.

Custom Video Production at LFOW Facilities. LFOW will provide custom video recording and production services at the LFOW facilities in accordance with the terms of each order placed by the Client. The Client will be contacted by a LFOW representative to discuss the details of the order specifications such as garment, model presentation style, and date and times for recording. If any term of an order placed by the Client cannot be honored, then LFOW shall promptly notify the Client. No term of an order placed by the Client shall alter or supersede the terms of this Agreement.

Custom Video Production at Designated Locations. LFOW will provide custom video recording and production services at the Designated Locations between the hours of 8:00AM and 5:00PM in accordance with the terms of each order placed by the Client. The Client will be contacted by a LFOW representative to discuss the details of the order specifications such as garment, model presentation style, and date and times for recording. The specific site at the Designated Location must be able to accommodate a recording crew and other specifications as necessary for the respective sites. If any term of an order placed by the Client cannot be honored, then LFOW shall promptly notify the Client. No term of an order place by the Client shall alter or supersede the terms of this Agreement.

Client-Provided Video Production. LFOW will adapt an uncompressed AVID video file provided to LFOW for presentation on the Client Web Site and/or Client Syndicated Product.

Technical Specifications. The standard for a 10 second Flash movie presentation 170px X 160px with 48kb/s stereo sound compression and pixilated encoding at 300kb/s is 500KB, and 10 second Flash movie presentation 170px X 160px with 48kb/s stereo sound compression and pixilated encoding at 200kb/s is 400KB. The foregoing specifications may vary depending on model movement, color of garment, models facial expression, size of the presentation, duration of the video, and the audio. The following technical requirements apply in order for the Client Video to properly appear on the Internet browser of visitors to the Client Web Site and/or Client Syndicated Product:

Internet Browsers - Safari (version 1 or higher), Internet Explorer (version 5 or higher), Opera (version 6 or higher), Netscape (version 4 or higher), or Firefox (version 1 or higher). The Internet Browser must be configured to enable java scripts and must be using Flash version 8.0 or higher.

Languages. LFOW has the ability to provide flash movie presentations in languages other than English.

**Recurring Fees: License Fees, Hosting Fees, and Support and Maintenance Fees**

| SOFTWARE AND SERVICE DESCRIPTION | LICENSE / HOSTING FEES | ADDITIONAL TERMS | PAYMENT TERMS |
|---|---|---|---|
| Video Streaming Plans for the Client | Minimum of $ 3,000 per month for up to 1.5 terabytes of data per month, and then additional fees apply depending on the volume of use as follows:<br><br>If greater than 1.5 terabytes per month, but less than or equal to 5 terabytes per month, additional fee of the lesser of (a) $4,500 per month or (b) $2.45 per megabyte in excess of 1.5 terabytes per month<br><br>If greater than 5 terabytes per month, but less than or equal to 10 terabytes per | | Monthly in arrears, payable net sixty (60) days; monthly in arrears for overages, payable net sixty (60) days |

 

 SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

| | | | |
|---|---|---|---|
| | month, additional fee of the lesser of (a) $8,000 per month or (b) $2.45 per megabyte in excess of 1.5 terabytes per month,<br><br>If greater than 10 terabytes per month, but less than or equal to 30 terabytes per month, additional fee of the lesser of (a) $16,000 per month or (b) $2.45 per megabyte in excess of 1.5 terabytes per month<br><br>If greater than 30 terabytes per month, an additional $2.45 per megabyte in excess of 1.5 terabytes per month | | |
| Licensed Material Fees for Virtual Greeter TM | $1,000 per month. | | Monthly in arrears, payable net sixty (60) days. |
| Licensed Material Fees for Click-On-Me TM | $1,300 per month. | | Monthly in arrears, payable net sixty (60) days. |
| Licensed Material Fees for InfoCap TM | $1,500 for 1-3 Forms<br><br>$2,500 for 4-5 Forms | | Monthly in arrears, payable net sixty (60) days. |
| Support and Maintenance Services | No charge for up to eight (8) hours per month, thereafter on a time and materials basis at a rate of $165 per hour ("Support and Maintenance Fees"). | Maintenance and Support Fees will accrue in 15 minute increments | Monthly in arrears, payable net sixty (60) days |



SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT B**
**Maintenance and Support Services and Service Level Warranty**

This **Exhibit B** sets out the terms and conditions pursuant to which LFOW will provide Maintenance and Support Services to the Client and the Service Level Warranty associated with the General Services.

**Section 1: Maintenance and Support Services**

1.1 General Maintenance and Support Terms.

LFOW will provide the following Maintenance and Support Services for the post-production Client Video. For purposes of this **Exhibit B**, "post-production" means the Client Video made available to the Client via the links to be embedded into the Client Web Site and/or Client Syndicated Product.

General Maintenance and Support Services include the following:

- Phone and email help desk for the Client and/or its designated third party service provider;
- Investigate, troubleshoot and revise java scripts and links provided by LFOW to the Client for the Client Video;
- Provide updates to comply with new versions of Internet browsers;
- Work with the Client suppliers and contractors as reasonably necessary to coordinate generally scheduled maintenance of the Client Web Site and/or Client Syndicated Product.

1.2 Response Times.

LFOW shall respond to technical issues within the following response times:

| Category | Required Response Time | Restore and Resolve |
|---|---|---|
| Critical | thirty (30) minutes | sixty (60) minutes, or as otherwise agreed by the parties |
| Non-Critical | one (1) hour | six (6) hours, or as otherwise agreed by the parties |

For purposes of this Agreement, "Critical" is defined as rendering the Client Video unavailable and "Non-Critical" is defined as a cosmetic issue. LFOW shall not be responsible any breach of the Maintenance and Support Services caused by the action or inaction of the Client or any of its third party designees or suppliers. LFOW observes the following holidays (the same holidays will be observed in subsequent years).

Thanksgiving Day
Christmas Day
New Year's Day
Memorial Day
Independence Day
Labor Day
Yom Kippur
Thanksgiving Day
Christmas Day

**Section 2: Service Level Warranty**

2.1 Service Availability. LFOW represents and warrants that the General Services will be available in accordance with the terms set forth below ("Service Availability"). Service Availability is defined as the ability to deliver the Client Video to the Client Web Site and/or Client Syndicated Product. LFOW guarantees 100% Service Availability, excluding interruptions caused by the following:

(ii) LFOW scheduled maintenance;

(iii) The Client (or any third party) network maintenance activities;

(iv) Maintenance at the Client's premises, including the Client servers or the Client Web Site;

(v) Failure of the Client's hardware or software;

(vi) Failure of the Client Internet service or the Client Web Site (equipment down, not serving content, broken links or similar issues that would interrupt service);

(vii) Failure of the Client controlled actions and environment (for example power failure, temperature increases, firewall blocking, or unplugging equipment).

 Live Face On Web, LLC

SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT B (continued)**
**Maintenance and Support Services and Service Level Warranty**

2.2 Credits. If the Client experiences unavailability of the Hosting Service, that is not caused by any of the forgoing exclusions, then LFOW will issue a credit to the Client based on the length of the outage as follows: (a) any single outage greater than two (2) hours = one (1) day credit of the Fees associated with the General Services and (b) cumulative outages in a single day amounting to greater than two (2) hours = one (1) day credit of the Fees associated with the General Services per sixty (60) minute period. One (1) day of Fees associated with the General Services shall be equal to 1/30th of the committed monthly Fees associated with the General Services. A maximum of five (5) days of credit may be provided during any single month.

2.3 Reporting.

In the event the Client believes a service outage has occurred, the Client shall promptly (not to exceed two (2) Business Days) notify LFOW in writing stating the details of such outage, which will include, at a minimum, the time and date of the outage, the period of the outage, and the applicable the Client Web Site or Client Syndicated Product. Upon receipt of such information, LFOW shall conduct its own investigation and report its conclusions to the Client. If LFOW believes, in its reasonable judgment and based on supportable information, the outage did not occur or that it falls within one or more of the exclusions, LFOW shall notify the Client and the parties shall discuss in good faith a resolution. If LFOW believes that an outage has occurred, LFOW will report to the Client the amount of credit owed to the Client and shall apply such credit to the invoice for the immediately following calendar month. No credit shall be given if the Client has failed to timely pay any amount of Fees that are past due.




 SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

**EXHIBIT C**
**Custom Video Production Designated Locations**

The following locations are offered by LFOW as of the Effective Date:

U.S.
Albany
Albuquerque
Anchorage
Atlanta
Austin
Boise
Boston
Bozeman
Charlotte
Chicago
Cleveland
Columbus
Dallas
Dayton
Denver
Des Moines
Detroit
Grand Rapids
Hartford
Honolulu
Houston
Indianapolis
Jacksonville
Knoxville
Minneapolis
Kansas City
Las Vegas
Little Rock
Los Angeles
Louisville
Memphis
Miami
Milwaukee

Mexico & Central America
Mexico City, Mexico
Managua, Nicaragua

Caribbean
Port of Spain, Trinidad
Barbados
Puerto Rico
Jamaica
Tortola and St. Thomas
British Virgin Islands

South America
Sao Paolo and Rio, Brazil
Buenos Aires, Argentina
Lima, Peru
Santiago, Chile
Caracas, Venezuela
Bogota, Colombia
La Paz, Bolivia

U.K.
London, England
Glasgow and Edinburgh, Scotland
Dublin, Ireland

Europe
Madrid and Barcelona, Spain
Paris and Strasbourg, France
Milan, Rome, and Florence, Italy
Amsterdam, Netherlands
Brussels, Belgium
Frankfurt, Berlin, and Munich, Germany
Prague, Czech Republic
Warsaw, Poland
Zurich and Geneva, Switzerland

 Live Face On Web, LLC

SOFTWARE LICENSE AND SERVICES AGREEMENT
EXECUTION COPY

Mobile
Montgomery
Nashville
New Orleans
New York City
Newark
Norfolk
Orlando
Philadelphia
Phoenix
Portland, Oregon
Portland, Maine
Raleigh
Reno
Richmond
Rochester
St. Louis
Salt Lake City
San Diego
San Francisco
San Jose
Seattle
Tallahassee
Tampa
Tucson
Tulsa
Washington, D.C.

Canada
Calgary
Montreal
Toronto
Vancouver
Winnipeg

Stockholm, Sweden
Oslo, Norway
Reykjavik, Iceland
Helsinki, Finland
Budapest, Hungary
Athens, Greece
Moscow, Russia
Malta

Asia
Istanbul, Turkey
Jerusalem, Israel
Mumbai, India
New Delhi, India
Bangkok, Thailand
Tokyo, Japan
Seoul, South Korea
Beijing, China
Shanghai, China
Singapore
Hong Kong
Kuala Lumpur, Malaysia
Manila, Philippines

Oceania
Sydney, Melbourne, and Perth, Australia
Auckland, New Zealand

Africa

South Africa

Nairobi



# EXHIBIT 6

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en-gb" lang="en-gb">
<head>
<script type="text/javascript" src="/static/js/analytics.js"></script>
<script type="text/javascript">archive_analytics.values.server_name="wwwb-app1.us.archive.org";archive_analytics.values.server_ms=799;</script>
<link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
  <base href="/web/20110203071549/http://www.coronacapitalgroup.com/" />
  <meta http-equiv="content-type" content="text/html; charset=utf-8" />
  <meta name="robots" content="index, follow" />
  <meta name="google-site-verification" content="yKIqh0N_0ADXXAbs3ezLajlqJGlLwaY8QIgNkq2AyBc" />
  <meta name="y_key" content="534b716c81f3ae89" />
  <meta name="msvalidate.01" content="777D14ECCCFA14164C6C6E4AC7C4BDE7" />
  <meta name="keywords" content="lawsuit loan, sell structured settlement, sell annuity, quote for structured settlement, annuity quote, cash now, sell lottery winnings, cash for mortgage notes, structured settlement quote" />
  <meta name="title" content="Structured Settlement and Annuity Transfer Brokers - Corona Capital" />
  <meta name="description" content="Corona Capital brokers transactions on structured settlement and annuity transfers, lottery prizes, owner financed mortgage notes, and lawsuit loans." />
  <meta name="generator" content="Joomla! 1.5 - Open Source Content Management" />
  <title>Structured Settlement and Annuity Transfer Brokers - Corona Capital</title>
  <link href="/en?format=feed&amp;type=rss" rel="alternate" type="application/rss+xml" title="RSS 2.0" />
  <link href="/en?format=feed&amp;type=atom" rel="alternate" type="application/atom+xml" title="Atom 1.0" />
  <link href="/web/20110203071549im_/http://www.coronacapitalgroup.com/templates/ja_topaz/favicon.ico" rel="shortcut icon" type="image/x-icon" />
  <link rel="stylesheet" href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/modules/mod_msnchat/highslide/highslide.css" type="text/css" />
  <link rel="stylesheet" href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/templates/ja_topaz/css/ja.news.css" type="text/css" />
  <link rel="stylesheet" href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/modules/mod_jflanguageselection/tmpl/mod_jflanguageselection.css" type="text/css" />
  <script type="text/javascript" src="/web/20110203071549js_/http://www.coronacapitalgroup.com/media/system/js/mootools.js"></script>
  <script type="text/javascript" src="/web/20110203071549js_/http://www.coronacapitalgroup.com/media/system/js/caption.js"></script>
```

```
  <script type="text/javascript" src="/web/20110203071549js_/http://www.coronacapitalgroup.com/modules/mod_msnchat/highslide/highslide-with-html.js"></script>

<link rel="stylesheet" href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/templates/system/css/system.css" type="text/css" />

<link rel="stylesheet" href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/templates/system/css/general.css" type="text/css" />

<link rel="stylesheet" href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/templates/ja_topaz/css/template.css" type="text/css" />

<link rel="stylesheet" href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/templates/ja_topaz/css/typo.css" type="text/css" />

<script language="javascript" type="text/javascript">

        var siteurl = '/web/20110203071549/http://www.coronacapitalgroup.com/';

        var tmplurl = '/web/20110203071549/http://www.coronacapitalgroup.com/templates/ja_topaz';

</script>

<script language="javascript" type="text/javascript" src="/web/20110203071549js_/http://www.coronacapitalgroup.com/templates/ja_topaz/js/ja.script.js"></script>

<!-- js for dragdrop -->

<!-- Menu head -->

                        <link href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/templates/ja_topaz/ja_menus/ja_cssmenu/ja.cssmenu.css" rel="stylesheet" type="text/css" />
                        <script src="/web/20110203071549js_/http://www.coronacapitalgroup.com/templates/ja_topaz/ja_menus/ja_cssmenu/ja.cssmenu.js" language="javascript" type="text/javascript"></script>

<link href="/web/20110203071549cs_/http://www.coronacapitalgroup.com/templates/ja_topaz/css/colors/cyan.css" rel="stylesheet" type="text/css" />

<!--[if lte IE 6]>

<style type="text/css">
```

```
img {border: none;}

</style>

<![endif]-->

</head>

<body id="bd" class="  fs3">

<!-- BEGIN WAYBACK TOOLBAR INSERT -->
<script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
<script type="text/javascript" src="/static/js/graph-calc.js" ></script>
<script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
<script type="text/javascript">//<![CDATA[
var __wm = (function(){
var wbPrefix = "/web/";
var wbCurrentUrl = "http://www.coronacapitalgroup.com/";

var firstYear = 1996;
var imgWidth = 500,imgHeight = 27;
var yearImgWidth = 25,monthImgWidth = 2;
var displayDay = "3";
var displayMonth = "Feb";
var displayYear = "2011";
var prettyMonths =
["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
var $D=document,$=function(n){return document.getElementById(n)};
var trackerVal,curYear = -1,curMonth = -1;
var yearTracker,monthTracker;
function showTrackers(val) {
  if (val===trackerVal) return;
  var $ipp=$("wm-ipp");
  var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
  if (val) {
    $ipp.className="hi";
  } else {
    $ipp.className="";
    $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
  }
  yearTracker.style.display=val?"inline":"none";
  monthTracker.style.display=val?"inline":"none";
  trackerVal = val;
}
function getElementX2(obj) {
  var $e=jQuery(obj);
  return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
    getElementX(obj):Math.round($e.offset().left);
}
function trackMouseMove(event,element) {
  var eventX = getEventX(event);
  var elementX = getElementX2(element);
  var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
```

```
  var monthOff = xOff % yearImgWidth;

  var year = Math.floor(xOff / yearImgWidth);
  var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
  // 1 extra border pixel at the left edge of the year:
  var month = (year * 12) + monthOfYear;
  var day = monthOff % 2==1?15:1;
  var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
    zeroPad(day,2) + "000000";

  $("displayYearEl").innerHTML=year+firstYear;
  $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
  // looks too jarring when it changes..
  //$("displayDayEl").innerHTML=zeroPad(day,2);
  var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
  $("wm-graph-anchor").href=url;

  if(curYear != year) {
    var yrOff = year * yearImgWidth;
    yearTracker.style.left = yrOff + "px";
    curYear = year;
  }
  if(curMonth != month) {
    var mtOff = year + (month * monthImgWidth) + 1;
    monthTracker.style.left = mtOff + "px";
    curMonth = month;
  }
}
function hideToolbar() {
  $("wm-ipp").style.display="none";
}
function bootstrap() {
  var $spk=$("wm-ipp-sparkline");
  yearTracker=$D.createElement('div');
  yearTracker.className='yt';
  with(yearTracker.style){
    display='none';width=yearImgWidth+"px";height=imgHeight+"px";
  }
  monthTracker=$D.createElement('div');
  monthTracker.className='mt';
  with(monthTracker.style){
    display='none';width=monthImgWidth+"px";height=imgHeight+"px";
  }
  $spk.appendChild(yearTracker);
  $spk.appendChild(monthTracker);

  var $ipp=$("wm-ipp");
  $ipp&&disclaimElement($ipp);
}
return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
})();//]]>
</script>
<style type="text/css">
body {
  margin-top:0 !important;
  padding-top:0 !important;
  min-width:800px !important;
}
</style>
<div id="wm-ipp" lang="en" style="display:none;">
```

```
<div style="position:fixed;left:0;top:0;width:100%!important">
<div id="wm-ipp-inside">
   <table style="width:100%;"><tbody><tr>
   <td id="wm-logo">
       <a href="/web/" title="Wayback Machine home page"><img 
src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110" 
height="39" border="0" /></a>
   </td>
   <td class="c">
       <table style="margin:0 auto;"><tbody><tr>
       <td class="u" colspan="2">
       <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb" 
id="wmtb"><input type="text" name="url" id="wmtbURL" 
value="http://www.coronacapitalgroup.com/" style="width:400px;" 
onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" />
<input type="hidden" name="date" value="20110203071549" /><input type="submit" value="Go" 
/><span id="wm_tb_options" style="display:block;"></span></form>
       </td>
       <td class="n" rowspan="2">
           <table><tbody>
           <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
           <tr class="m">
                <td class="b" nowrap="nowrap">

                    <a href="/web/20100130113016/http://coronacapitalgroup.com/" title="30 
Jan 2010">JAN</a>

                </td>
                <td class="c" id="displayMonthEl" title="You are here: 7:15:49 Feb 3, 
2011">FEB</td>
                <td class="f" nowrap="nowrap">

                    <a href="/web/20110720094238/http://www.coronacapitalgroup.com/" 
title="20 Jul 2011"><strong>JUL</strong></a>

                </td>
            </tr>
           <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
           <tr class="d">
               <td class="b" nowrap="nowrap">

                   <a href="/web/20100130113016/http://coronacapitalgroup.com/" 
title="11:30:16 Jan 30, 2010"><img src="/static/images/toolbar/wm_tb_prv_on.png" 
alt="Previous capture" width="14" height="16" border="0" /></a>

               </td>
               <td class="c" id="displayDayEl" style="width:34px;font-size:24px;" 
title="You are here: 7:15:49 Feb 3, 2011">3</td>
               <td class="f" nowrap="nowrap">

                   <a href="/web/20110208060336/http://www.coronacapitalgroup.com/" 
title="6:03:36 Feb 8, 2011"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next 
capture" width="14" height="16" border="0" /></a>

               </td>
           </tr>
           <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
           <tr class="y">
               <td class="b" nowrap="nowrap">
```

```
                   <a href="/web/20100130113016/http://coronacapitalgroup.com/" title="30 Jan 2010"><strong>2010</strong></a>

               </td>
               <td class="c" id="displayYearEl" title="You are here: 7:15:49 Feb 3, 2011">2011</td>
               <td class="f" nowrap="nowrap">

                   <a href="/web/20120214144300/http://www.coronacapitalgroup.com/" title="14 Feb 2012"><strong>2012</strong></a>

               </td>
           </tr>
           </tbody></table>
       </td>
       </tr>
       <tr>
       <td class="s">
           <a class="t" href="/web/20110203071549*/http://www.coronacapitalgroup.com/" title="See a list of every capture for this URL">26 captures</a>
           <div class="r" title="Timespan for captures of this URL">26 Dec 09 - 17 Dec 14</div>
       </td>
       <td class="k">
       <a href="" id="wm-graph-anchor">
       <div id="wm-ipp-sparkline" title="Explore captures for this URL">
         <img id="sparklineImgId" alt="sparklines"
                 onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
                 onmousemove="__wm.mv(event,this)"
                 width="500"
                 height="27"
                 border="0"
                 src="/web/jsp/graph.jsp?graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:000000000000_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008:-1:000000000000_2009:-1:000000000001_2010:-1:100000000000_2011:1:030000111111_2012:-1:011131010010_2013:-1:000010000001_2014:-1:010010010001_2015:-1:000000000000" />
       </div>
       </a>
       </td>
       </tr></tbody></table>
   </td>
   <td class="r">
       <a href="#close" onclick="__wm.h();return false;" style="background-image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the toolbar">Close</a>
       <a href="http://faq.web.archive.org/" style="background-image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using the Wayback Machine">Help</a>
   </td>
   </tr></tbody></table>
</div>
</div>
</div>
<script type="text/javascript">__wm.bt();</script>
<!-- END WAYBACK TOOLBAR INSERT -->
```

```
<div id="ja-wrapper" >

<a name="Top" id="Top"></a>

<!-- HEADER -->

<div id="ja-header" class="wrap">

  <div class="main">

        <div class="inner clearfix">

                <h1 class="logo">

                        <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/index.php" title="Structured
Settlements, Annuities, Lottery, Mortgage Notes - Corona Capital"><span>Structured
Settlements, Annuities, Lottery, Mortgage Notes - Corona Capital</span></a>

                </h1>

                        <div id="ja-search2">

                                <form action="index.php" method="post">
        <div class="search">
                <input name="searchword" id="mod_search_searchword" maxlength="20"
alt="Search" class="inputbox" type="text" size="20" value="search..."
onblur="if(this.value=='') this.value='search...';" onfocus="if(this.value=='search...')
this.value='';" />      </div>
        <input type="hidden" name="task"   value="search" />
        <input type="hidden" name="option" value="com_search" />
        <input type="hidden" name="Itemid" value="83" />
</form>

                        </div>

                        <div id="ja-search">

                                <div id="jflanguageselection"><div class="rawimages"><span>
<a href="/web/20110203071549/http://www.coronacapitalgroup.com/es"><img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/components/com_joomfish/image
s/flags/es.gif" alt="Español(Spanish Formal International)" title="Español(Spanish Formal
International)" /></a></span><span id="active_language"><a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en"><img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/components/com_joomfish/image
s/flags/en.gif" alt="English (United Kingdom)" title="English (United Kingdom)" /></a>
</span></div></div><!--Joom!fish V2.0.4 (Lightning)-->
<!-- &copy; 2003-2009 Think Network, released under the GPL. -->
<!-- More information: at /web/20110203071549/http://www.joomfish.net -->
```

```
                        </div>

                </div>

  </div>

</div>

<!-- //HEADER -->

<!-- MAIN NAVIGATION -->

<div id="ja-mainnav" class="wrap">

  <div class="main">

    <div class="inner clearfix">

        <ul class="no-display">

                <li><a href="/web/20110203071549/http://www.coronacapitalgroup.com/#ja-content" title="Skip to content">Skip to content</a></li>

        </ul>

                <ul id="ja-cssmenu" class="clearfix">
<li class="active"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/" class="menu-item0 active first-item" id="menu1" title="Home"><span class="menu-title">Home</span></a></li>
<li class="havechild"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans" class="menu-item1" id="menu68" title="Pending Lawsuit Loans"><span class="menu-title">Pending Lawsuit Loans</span></a><ul><li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/lawsuit-loan-application" class=" first-item" id="menu74" title="Lawsuit Loan Application"><span class="menu-title">Lawsuit Loan Application</span></a></li>
<li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/benefits-of-lawsuit-loans"  id="menu85" title="Benefits of Lawsuit Loans"><span class="menu-title">Benefits of Lawsuit Loans</span></a></li>
<li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/cases-we-accept"  id="menu86" title="Cases We Accept"><span class="menu-title">Cases We Accept</span></a></li>
<li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/for-attorneys" class=" last-item" id="menu87" title="For Attorneys"><span class="menu-title">For Attorneys</span></a></li>
</ul></li>
<li class="havechild"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers" class="menu-item2" id="menu70" title="Structured Settlement Transfers"><span
```

```
class="menu-title">Structured Settlement Transfers</span></a><ul><li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/annuity-sale-application" class=" first-item" id="menu77" title="Annuity Sale Application"><span class="menu-title">Annuity Sale Application</span></a></li>
<li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/how-much-will-you-get"  id="menu82" title="How Much Will You Get?"><span class="menu-title">How Much Will You Get?</span></a></li>
<li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/should-you-sell-your-annuity"  id="menu83" title="Should You Sell Your Annuity?"><span class="menu-title">Should You Sell Your Annuity?</span></a></li>
<li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/process-of-selling-settlement" class=" last-item" id="menu84" title="Process of Selling Settlement"><span class="menu-title">Process of Selling Settlement</span></a></li>
</ul></li>
<li class="havechild"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/workers-compensation-loans" class="menu-item3" id="menu69" title="Worker's Compensation Loans"><span class="menu-title">Worker's Compensation Loans</span></a><ul><li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/workers-compensation-loans/workers-comp-loan-application" class=" first-item" id="menu75" title="Worker's Comp Loan Application"><span class="menu-title">Worker's Comp Loan Application</span></a></li>
<li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/workers-compensation-loans/workers-comp-loans" class=" last-item" id="menu88" title="Worker's Comp Loans"><span class="menu-title">Worker's Comp Loans</span></a></li>
</ul></li>
<li ><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/contact-us" class="menu-item4 last-item" id="menu67" title="Contact Us"><span class="menu-title">Contact Us</span></a></li>
</ul>

         </div>

        </div>

</div>

<!-- //MAIN NAVIGATION -->

<div id="ja-container-fr" class="wrap clearfix">

  <div class="main"><div class="inner clearfix">

        <!-- CONTENT -->

        <div id="ja-mainbody">
```

```
                <div id="ja-pathway">

                                <strong>You are here | Usted esta aqui: </strong><span class="breadcrumbs pathway"><span class="breadcrumbs pathway">
Home</span>
</span></div>

                        <div id="ja-current-content" class="clearfix">

<div id="ja-contentheading">

<div class="blog clearfix">

                        <div class="leading">

<div class="contentpaneopen clearfix">

<div class="article-content"><div class="ja-innerpad">

    <h2 class="contentheading">
                        Welcome to Corona Capital         </h2>

    <div class="article-toolswrap clearfix">
    <div class="article-tools">
      <div class="article-meta">

                <span class="createdate">
                Sat - 25 <span class="month">Jul</span>         </span>

                <span class="createdby">
                Written by Trevor Roberts       </span>

      </div>
```

```
        </div>
  </div>

  <div class="img-desc clearfix">
  <img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/resized/images/stories/intro_whiteboard_logo_404_230.jpg" border="" alt="Welcome to Corona Capital"
title="Welcome to Corona Capital" width="404" height="232" align="left" />      </div>

  <p>Corona Capital brokers transactions on <strong>structured settlement and annuity transfers, lottery payments, owner financed mortgage notes and pending lawsuit cases</strong>.  We also manage Dinero por demandas , <a href="/web/20110203071549/http://www.dineropordemandas.com/" title="Reciba cotización por su anualidad o acuerdo estructurado con Corona Capital">our Spanish site</a>, as well as Corona Financial, our <a href="/web/20110203071549/http://www.coronafinancial.com/" title="Get a quote for your structured settlement from Corona Capital">streamlined structured settlement site</a>.</p><p>We are brokers.  What does that mean to an individual that is considering using our services?  It means that we will work hard to find you the <a href="/web/20110203071549/http://www.coronacapitalgroup.com/contact-us" title="Get a quote for your structured settlement, annuity, lottery payments or owner financed mortgage note">most money for your structured settlement, annuity, lottery payments or owner financed mortgage note</a>.  We only work with the best structured settlement factoring companies that offer the most money and highest level of service. </p>
        <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/component/content/article/42-general/49-welcome-to-corona-capital-" title="Welcome to Corona Capital " class="readon">
                                                        Read more...
</a>

</div></div>

</div>

                </div>
                <span class="leading_separator"> </span>

        <div class="article-block">
                                <div class="article_row clearfix">
                                                                        <div
class="article_column column1 cols1" >

<div class="contentpaneopen clearfix">

<div class="article-content"><div class="ja-innerpad">

    <h2 class="contentheading">
                        Types of Lawsuits We Accept       </h2>

    <div class="article-toolswrap clearfix">
    <div class="article-tools">
      <div class="article-meta">

                <span class="createdate">
                Thu - 23 <span class="month">Apr</span>         </span>

                <span class="createdby">
```

```
                Written by Trevor Roberts       </span>

      </div>

          </div>
  </div>

  <div class="img-desc clearfix">
  <img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/resized/images/stories/shakehands_200_200_60_60.jpg" border="" alt="Lawsuit loan" title="Lawsuit loan" align="left" /> </div>

  <p> </p><p>We accept a number of cases for funding on <strong>pending lawsuit settlements.  </strong></p>
        <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/cases-we-accept" title="Types of Lawsuits We Accept" class="readon">
                                                        Read more...
</a>

</div></div>

</div>

                                        </div>
                                        <span class="article_separator"> </span>
                                                                <span
class="row_separator"> </span>
                        </div>
                                        <div class="article_row clearfix">
                                                                        <div
class="article_column column1 cols1" >

<div class="contentpaneopen clearfix">

<div class="article-content"><div class="ja-innerpad">

    <h2 class="contentheading">
                        For Attorneys     </h2>

    <div class="article-toolswrap clearfix">
    <div class="article-tools">
      <div class="article-meta">

                <span class="createdate">
                Thu - 23 <span class="month">Apr</span>         </span>

                <span class="createdby">
                Written by Patricia Nunez       </span>

      </div>

          </div>
  </div>

  <div class="img-desc clearfix">
  <img
```

```
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/resized/images/stories/demo/attorney_sm_60_60.jpg" border="" alt="Attorney negociating" title="Attorney negociating" align="left" />    </div>

  <p>Corona Capital can <a href="/web/20110203071549/http://www.coronacapitalgroup.com/lawsuit-loans" title="Lawsuit loans may be beneficial to the attorney and the client">advance your client the money they need</a> so you can continue to work on his or her lawsuit with the peace of mind knowing that their immediate needs are being taken car of. </p>
        <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/for-attorneys" title="For Attorneys" class="readon">
                                                        Read more...
</a>

</div></div>

</div>

                                        </div>
                                        <span class="article_separator"> </span>
                                                                <span class="row_separator"> </span>
                        </div>
                                        <div class="article_row clearfix">
                                                                        <div class="article_column column1 cols1" >

<div class="contentpaneopen clearfix">

<div class="article-content"><div class="ja-innerpad">

    <h2 class="contentheading">
                        How Much Money Will You Get for Your Structured Settlement?
</h2>

    <div class="article-toolswrap clearfix">
    <div class="article-tools">
      <div class="article-meta">

                <span class="createdate">
                Thu - 23 <span class="month">Apr</span>         </span>

                <span class="createdby">
                Written by Mary Michaels        </span>

      </div>

          </div>
  </div>

  <div class="img-desc clearfix">
  <img src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/resized/images/stories/bishopyellow-128_60_60.png" align="left" alt="Bishop" border="" title="Bishop" />
</div>
```

```
  <p>The amount of money you receive depends upon the following factors:</p>

        <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/how-much-will-you-get" title="How Much Money Will You Get for Your Structured Settlement?" class="readon">
                                                                Read more...
</a>

</div></div>

</div>

                                        </div>
                                        <span class="article_separator"> </span>
                                                                <span class="row_separator"> </span>
                        </div>
                        </div>

        </div>

</div>

                        </div>

                        <!-- JA NEWS -->

                         <div id="ja-news">

                                        <div class="moduletable" id="Mod46">
                                                <div class="ja-box-ct">
                        <script type="text/javascript" src="/web/20110203071549js_/http://www.coronacapitalgroup.com/modules/mod_janews/ja.news/ja.news.js"></script>

<div id="jazin-wrap">
<div id="jazin" class="clearfix">

                <div class="jazin-left" style="width:49.95%">
                                <div class="jazin-boxwrap jazin-theme jazin-box1">
                <div class="jazin-box">
                                <div class="jazin-section clearfix">
                        <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers" title="Corona Capital purchases structured settlement payments in exchange for cash.  Review one of our articles below or contact us for a quote on your structured settlement annuity.  If you're ready to apply, please fill out our Annuity Sale Application.">
                                <span>Structured Settlements</span>
                        </a>
                </div>
                                        <div class="jazin-content clearfix">
                                <h4 class="jazin-title"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-
```

```
transfers/process-of-selling-settlement" title="Structured Settlement Transfer
Process">Structured Settlement Transfer Process</a></h4>
                                                                   <img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/resized/images/stories
/gavel_dollar_200_200_80_80.jpg" alt="Structured Settlement Transfer Process" align="left"
/>                                                                 <p>
Once you agree to a
<a href="/web/20110203071549/http://www.coronacapitalgroup.com/contact-us" title="Get a
quote for your structured settlement with Corona Capital">
quote for a lump sum payment
</a>
in exchange of your annuity payments with Corona Capital, state disclosures and the
contract are prepared and mailed and/or emailed to you from the
<strong>
struct...
</strong>
</p>
                                                           </div>
<strong class="jazin-more">More:</strong>
<ul class="jazin-links">
                        <li>
                        <a title="A structured settlement is a defined set of payments
issued to the victim of a lawsuit case in the form of an annuity.  These types of annuities
are called single premium immediate annuities (SPIA). These annuity payments are negotiated
with the attorney that handled the lawsuit and the insurance company that represented the
defendant in the case.  The terms structured settlement payments and annuity payments are
many times used interchangeably.  Remember, a structured settlement is paid out in the form
of an annuity. " href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-
settlement-transfers/should-you-sell-your-annuity">
                        Should You Sell Your Structured Settlement?</a>
                        </li>
                        <li>
                        <a title="The amount of money you receive depends upon the
following factors:
" href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-
transfers/how-much-will-you-get">
                        How Much Money Will You Get for Your Structured Settlement?</a>
                        </li>
</ul>
                </div>
                </div>
                <div class="jazin-boxwrap jazin-theme jazin-box2">
                <div class="jazin-box">
                                <div class="jazin-section clearfix">
                        <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/workers-compensation-loans"
title="Corona Capital can provide small loans to people with pending worker's compensation
claims under certain circumstances and in some states.  Please see the article below
for more information.  Fill out our Worker's Compensation Loan Application if you're
ready to apply.">

                                <span>Worker's Compensation</span>
                        </a>
                </div>
                                        <div class="jazin-content clearfix">
                                <h4 class="jazin-title"><a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/workers-compensation-
loans/workers-comp-loans" title="Worker's Compensation Loans">Worker's Compensation
Loans</a></h4>
                                                                   <img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/resized/images/stories
```

```
/obrero_200_200_80_80.jpg" alt="Worker's Compensation Loans" align="left" />
<p>
<strong>
Worker's compensation
</strong>
is money that an individual is entitled to after being hurt on the job.
</p>
<p>
Generally he or she is entitled to receive 66-75% of their wages while on Worker's compensation. If you have...
</p>
                                                        </div>
                </div>
                </div>
                </div>

                <div class="jazin-right" style="width:49.95%">
                                <div class="jazin-boxwrap jazin-theme jazin-box3">
                <div class="jazin-box">
                                <div class="jazin-section clearfix">
                        <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans" title="We can loan your money on your pending lawsuit.  This loan can tide you over while your attorney works hard on your case.  Please read the articles below to see if you may qualify.  If you're ready please fill out our Pending Lawsuit Loan Application.">
                                <span>Lawsuit Loans</span>
                        </a>
                </div>
                                        <div class="jazin-content clearfix">
                                <h4 class="jazin-title"><a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/benefits-of-lawsuit-loans" title="Benefits of Lawsuit Loans">Benefits of Lawsuit Loans</a></h4>
                                                                <img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/resized/images/stories/girl_fanning_money_80_71.jpg" alt="Benefits of Lawsuit Loans" align="left" />
<p>
Corona Capital offers
<a
href="/web/20110203071549/http://www.coronacapitalgroup.com/component/content/article/35-lawsuit-loans/48-types-of-lawsuits-we-accept" title="Lawsuit loans may help the victim of the lawsuit while the attorney works on his or her case">
loans for pending lawsuit cases
</a>
. These loans are non-recourse which means that we are only paid back if the plaintiff wins their case.
</p>
                                                        </div>
<strong class="jazin-more">More:</strong>
<ul class="jazin-links">
                        <li>
                        <a title="Corona Capital can advance your client the money they need so you can continue to work on his or her lawsuit with the peace of mind knowing that their immediate needs are being taken car of. "
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/for-attorneys">
                        For Attorneys</a>
                        </li>
                        <li>
                        <a title=" We accept a number of cases for funding on pending
```

```
lawsuit settlements.  "
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/cases-we-accept">
                        Types of Lawsuits We Accept</a>
                        </li>
</ul>
                </div>
                </div>
                <div class="jazin-boxwrap jazin-theme jazin-box4">
                <div class="jazin-box">
                                <div class="jazin-section clearfix">

                        <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/component/content/category/40-annuities" title="Let us find you the best cash offer for your annuity.  These annuities are different from structured settlement annuities.  Usually the individual actually owns the annuity which makes transfer of ownership quite simple without the need to seek court approval.  If you're ready to apply please fill out our Annuity Sale Application.">
                                <span>Annuities</span>
                        </a>
                </div>
                                        <div class="jazin-content clearfix">
                                <h4 class="jazin-title"><a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/component/content/article/40-annuities/68-sell-your-annuity" title="Sell Your Annuity">Sell Your Annuity</a></h4>
                                                                <img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/resized/images/stories/piggy_bank_300_200_80_54.jpg" alt="Sell Your Annuity" align="left" />
<p>
Corona Capital can offer you a
<a href="/web/20110203071549/http://www.coronacapitalgroup.com/contact-us" title="Let a broker find you the best offer for your annuity">
lump sum of cash for the annuity you own
</a>
.  Many people purchase annuities as an investment while others may inherit an annuity from a loved one.  Either way we can help. ...
</p>
                                                        </div>
                </div>
                </div>
                </div>

</div>
</div>                  </div>
    </div>

                         </div>

                         <!-- //JA NEWS -->

                                <!-- BOTTOM SPOTLIGHT-->

                                <div id="ja-botsl">

                                <div class="inner clearfix">

```

```
                                  <div class="ja-box-left" style="width: 33.17%;">

                                                              <div class="moduletable" 
id="Mod48">
                                                <h3>Buy Real Estate!</h3>
                                                <div class="ja-box-ct">
                        <img 
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/stories/house_couple_2
12_90.jpg" border="0" alt="Happy couple in new house" title="Happy couple in new house" />
<p>More than 50% of the people that cash in their future annuity or lottery winnings do so 
to purchase a home.  Now more than ever is the time to buy.  Bad time to sell but a GREAT 
time to buy.  If you are interested cashing in your future payments to buy a home give us a 
call.</p><h3><img 
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/stories/telephone_icon
.png" border="0" alt="Telephone" title="Telephone" align="middle" /> +1 (888) 852-5658</h3>
</div>
    </div>

                                  </div>

                                  <div class="ja-box-center" style="width: 33.17%;">

                                                              <div class="moduletable" 
id="Mod49">
                                                <h3>Earn Money with Corona Capital</h3>
                                                <div class="ja-box-ct">
                        <img 
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/stories/asiangirl_mone
y_212_90.jpg" border="0" alt="Asian girl with money" title="Asian girl with money" />
<p>Corona Capital offers great comissions on business referred to us.  Refer someone to us 
and when the transaction closes you will be paid a percentage of the amount funded.  Please 
<a href="/web/20110203071549/http://www.coronacapitalgroup.com/contact-us" title="Earn 
money for referring clients to Corona Capital">contact us</a> for more information.</p>
</div>
    </div>

                                  </div>

                                  <div class="ja-box-right" style="width: 33.17%;">

                                                              <div class="moduletable" 
id="Mod51">
                                                <h3>Mortgage Calculator</h3>
                                                <div class="ja-box-ct">
                        <script type="text/javascript" language="javascript">
function calculate_loan_amount() {
        var form = document.mortgage_calc_form;
```

```
        form.loan.value = (form.total_property_value.value - form.deposit.value);
}

function calculate_mortgage() {
        var form = document.mortgage_calc_form;

        // do field validation
        if (form.loan.value == ""){
                alert( "Loan amount is required." );
        } else if (form.duration.value == ""){
                alert( "Duration is required." );
        } else if (form.interest_rate.value == ""){
                alert( "Interest rate is required." );
        } else {
                var loan = form.loan.value;
                loan = loan.replace(",",""); // Remove commas

                //Round instead of replace decimal
                //loan = loan.replace(".","");    // Remove preiods
        loan = Math.round(loan);

                form.loan.value = loan; // refresh loan amount in form without commas or
periods

                if (form.duration_units.value == 1) { // Duration in years
                        var duration = (form.duration.value*12); // in months
                }
                else { // Duration in months
                        var duration = form.duration.value; // in months
                }

                var interest_rate = form.interest_rate.value.replace(",","."); // Replace
comma with period
                form.interest_rate.value = interest_rate; // refresh duration in form
without commas
                interest_rate = (interest_rate/12); // monthly

                var quote = (loan * interest_rate) / ( 100 * ( 1 - Math.pow ( ( 1 +
(interest_rate/100) ), -duration ) ) );

                if (quote.toFixed) { //if browser supports toFixed() method
                        quote = quote.toFixed(2);
                }

                form.quote.value = quote; // monthly

                // Calculate total to be repaid
                var total = (quote * duration);
                form.total.value = total; // total
        }
}

var mortgage_calc_popUpWin=0;
function mortgage_calc_popUpWindow(URLStr, left, top, width, height) {
  if(mortgage_calc_popUpWin) {
    if(!mortgage_calc_popUpWin.closed) mortgage_calc_popUpWin.close();
  }
  mortgage_calc_popUpWin = open(URLStr, 'mortgage_calc_popUpWin',
```

```
'toolbar=no,location=no,directories=no,status=no,menubar=no,scrollbars=no,resizable=no,copy
history=yes,width='+width+',height='+height+',left='+left+',
top='+top+',screenX='+left+',screenY='+top+'');
}
</script>

        <form action="index.php" name="mortgage_calc_form" id="mortgage_calc_form"
method="post">
<table class="moduletable_" border="0" cellpadding="3" cellspacing="1" width="100%">
    <tr>
        <td>Total property value</td>
        <td colspan="2">
                <input type="text" name="total_property_value" id="total_property_value"
maxlength="12" value="0" class="inputbox" onchange="Javascript:calculate_loan_amount();" />
        </td>
  </tr>
  <tr>
        <td>Deposit</td>
        <td colspan="2">
                <input type="text" name="deposit" id="deposit" maxlength="12" value="0"
class="inputbox" onchange="Javascript:calculate_loan_amount();" />
        </td>
  </tr>
    <tr>
    <td>Loan amount:</td>
        <td>
        <input type="text" name="loan" id="loan" size="12" maxlength="12" value="0"
class="inputbox" readonly /> (Use "." for Decimals)
        </td>
    <td align="right">
            <a
href="Javascript:mortgage_calc_popUpWindow('modules/mod_mortgagecalc/help/help.english.php'
, 0, 0, 450, 370);">
        <img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/modules/mod_mortgagecalc/imag
es/help.png" alt="Help" border="0" />
      </a>
          </td>
  </tr>
  <tr>
    <td>Duration:</td>
        <td colspan="2">
                <input type="text" name="duration" id="duration" size="2" maxlength="2"
value="" class="inputbox" />
                                years           <input type="hidden" name="duration_units"
value="1" />
                        </td>
  </tr>
  <tr>
    <td>Interest rate:</td>
        <td colspan="2"><input type="text" name="interest_rate" id="interest_rate"
value="6" size="3" class="inputbox"  style="background-color:#F0F0F0;" />%</td>
  </tr>
  <tr>
    <td>Monthly repayments:</td>
        <td colspan="2">
          USD
          <input type="text" name="quote" id="quote" size="12" readonly style="background-
color:#CCCCCC;" class="inputbox" />
        </td>
```

```
  </tr>

        <tr>
      <td>Total to be re-paid:</td>
          <td colspan="2">
                USD
                <input type="text" name="total" id="total" size="12" readonly
style="background-color:#CCCCCC;" class="inputbox" />
          </td>
    </tr>

  <tr>
        <td colspan="3"><input type="button" name="submit" value="Calculate"
onClick="calculate_mortgage();" class="button" /></td>
  </tr>
</table>
</form>                 </div>
    </div>

                                  </div>

                                </div></div>

                                <!-- //BOTTOM SPOTLIGHT 2 -->

        </div>

        <!-- //CONTENT -->

        <!-- RIGHT COLUMN -->

        <div id="ja-colwrap">

        <div class="ja-innerpad">

                                <div class="moduletable" id="Mod68">
                                                <h3>Chat with us now!</h3>
                                                <div class="ja-box-ct">

<script type="text/javascript">
    hs.graphicsDir =
'/web/20110203071549/http://www.coronacapitalgroup.com/modules/mod_msnchat/highslide/graphics/';
    hs.outlineType = 'rounded-white';
    hs.wrapperClassName = 'draggable-header';
```

```
    hs.allowHeightReduction = 'false';
</script><div class="" style="text-align:left"><style type="text/css">
<!--
.style1 {
        color: #FF0000;
        font-weight: bold;
}
-->
</style>
<img
src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/stories/msn_offline.png" alt="MSN Offline for chat" title="Chat with us from 12:00 to 9:00PM Eastern time."
longdesc="http://www.coronacapitalgroup.com" />
<p>Sorry, we are currently <span class="style1">offline</span>.  Chat hours are 12:00 to
9:00PM Eastern time, Monday through Saturday.  Please return at that time to chat with one
of our Annuity Transfer & Lawsuit Loan Specialists.</p></div>                   </div>
    </div>
                        <div class="moduletable" id="Mod70">
                                                <h3>Rapid Contact</h3>
                                                <div class="ja-box-ct">
                        <div class="rapid_contact "><form
action="/web/20110203071549/http://www.coronacapitalgroup.com/" method="post">
<div class="rapid_contact intro_text ">Send us a quick message.</div>
<table><tr><td>Email:</td><td><input class="rapid_contact inputbox " type="text"
name="rp_email" size="15" value=""/></td></tr>
<tr><td>Subject:</td><td><input class="rapid_contact inputbox " type="text"
name="rp_subject" size="15" value=""/></td></tr>
<tr><td valign="top">Message:</td><td><textarea class="rapid_contact textarea "
name="rp_message" cols="20" rows="4"></textarea></td></tr>
<tr><td colspan="2">Anti Spam Question: How many hours in a day? (Answer in box below)</td>
</tr><tr><td></td><td><input class="rapid_contact inputbox " type="text"
name="rp_anti_spam_answer" size="15" value=""/></td></tr>
<tr><td colspan="2"><input class="rapid_contact button " type="submit" value="Send Message"
style="width: 100%"/></td></tr></table></form></div>
                        </div>
    </div>
                        <div class="moduletable" id="Mod62">
                                                <h3>Share</h3>
                                                <div class="ja-box-ct">
                        <!-- AddThis Button BEGIN -->
<div class="addthis_toolbox addthis_default_style">
<a href="/web/20110203071549/http://www.addthis.com/bookmark.php?v=250&amp;username=xa-
4bc6828b05757cec" class="addthis_button_compact">Share</a>
<span class="addthis_separator">|</span>
<a class="addthis_button_facebook"></a>
<a class="addthis_button_myspace"></a>
<a class="addthis_button_google"></a>
<a class="addthis_button_twitter"></a>
</div>
<script type="text/javascript"
src="/web/20110203071549js_/http://s7.addthis.com/js/250/addthis_widget.js#username=xa-
4bc6828b05757cec"></script>
<!-- AddThis Button END -->
                        </div>
    </div>
                        <div class="moduletable" id="Mod65">
                                                <div class="ja-box-ct">

<!-- Simple Image Holder 1.5.12 starts here -->
<div style='text-align:center;'><div><b>Get the most money for your structured settlement
or annuity with Corona Capital</b></div><a target='_blank' href='en/contact-us'><img
```

```
class='sih7679'
src='/web/20110203071549im_/http://www.coronacapitalgroup.com/images/stories/imageholder/fall_season_girl_module_web.png' border='0' alt='Get the most money for your structured settlement or annuity with Corona Capital' title='Get the most money for your structured settlement or annuity with Corona Capital' width='150' height='150' /></a><div><a href="/web/20110203071549/http://www.coronacapitalgroup.com/contact-us">Ask for a quote now!</a></div></div>
<!-- Simple Image Holder 1.5.12 ends here -->
                        </div>
    </div>
                        <div class="moduletable_menu" id="Mod1">
                                                <h3>Main Menu</h3>
                                                <div class="ja-box-ct">
                        <ul class="menu"><li id="current" class="active item1"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/"><span>Home</span></a></li><li class="parent item68"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans"><span>Pending Lawsuit Loans</span></a></li><li class="parent item70"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers"><span>Structured Settlement Transfers</span></a></li><li class="parent item69"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/workers-compensation-loans"><span>Worker's Compensation Loans</span></a></li><li class="item67"><a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/contact-us"><span>Contact Us</span></a></li></ul>                </div>
    </div>
                        <div class="moduletable" id="Mod53">
                                                <h3>Present Value Calculator</h3>
                                                <div class="ja-box-ct">
                        <script type='text/javascript' src='/web/20110203071549js_/http://calc.structuredsettlement-quotes.com/serveOffer.php'></script><p style="font-size:10px; color:#000000; text-align:right;"><a style="font-size:10px; color:#000000; text-decoration:none;" href="/web/20110203071549/http://www.structuredsettlement-quotes.com/fun/pv/"></a></p></div>
    </div>
                        <div class="moduletable" id="Mod61">
                                                <h3>Random Anything</h3>
                                                <div class="ja-box-ct">
                        <style type="text/css">div.author{margin:5px 0px;color:#66f;font-weight:bold;}div.author .header{color:#66f;float:left;margin-right:5px;padding:0px 3px;}</style><div class="question">Home Pages are like asses...Everyone has one but not everyone wants to see yours. </div><div class="author"><div class="header"></div>(Doc)</div></div>
    </div>

        </div></div>

        <!-- //RIGHT COLUMN -->

  </div></div>

</div>
```

```

        <!-- BOTTOM SPOTLIGHT-->

        <div id="ja-botsl1" class="wrap">

        <div class="main"><div class="inner clearfix">

          <div class="ja-box-left" style="width: 24.88%;">

                                              <div class="moduletable" id="Mod19">
                                                      <h3>Latest News</h3>
                                                      <div class="ja-box-ct">
                        <ul class="latestnews">
        <li class="latestnews">
                <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/process-of-selling-settlement" class="latestnews">
                        Structured Settlement Transfer Process</a>
        </li>
        <li class="latestnews">
                <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/component/content/article/42-general/49-welcome-to-corona-capital-" class="latestnews">
                        Welcome to Corona Capital </a>
        </li>
        <li class="latestnews">
                <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/component/content/article/40-annuities/68-sell-your-annuity" class="latestnews">

                        Sell Your Annuity</a>

        </li>
        <li class="latestnews">
                <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/should-you-sell-your-annuity" class="latestnews">
                        Should You Sell Your Structured Settlement?</a>
        </li>
        <li class="latestnews">
                <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/workers-compensation-loans/workers-comp-loans" class="latestnews">
                        Worker's Compensation Loans</a>
        </li>
</ul>                   </div>
    </div>

          </div>

          <div class="ja-box-center" style="width: 24.88%;">

```

```
                                        <div class="moduletable" id="Mod22">
                                                <h3>Popular</h3>
                                                <div class="ja-box-ct">
                        <ul class="mostread">
        <li class="mostread">
                <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/component/content/article/42-general/49-welcome-to-corona-capital-" class="mostread">
                        Welcome to Corona Capital </a>
        </li>
        <li class="mostread">
                <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/cases-we-accept" class="mostread">
                        Types of Lawsuits We Accept</a>
        </li>
        <li class="mostread">
                <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/process-of-selling-settlement" class="mostread">
                        Structured Settlement Transfer Process</a>
        </li>
        <li class="mostread">
                <a
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/how-much-will-you-get" class="mostread">
                        How Much Money Will You Get for Your Structured Settlement?</a>
        </li>
        <li class="mostread">
                <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans/benefits-of-lawsuit-loans" class="mostread">
                        Benefits of Lawsuit Loans</a>
        </li>
</ul>                   </div>
    </div>

          </div>

          <div class="ja-box-center" style="width: 24.88%;">

                                        <div class="moduletable" id="Mod43">
                                                <h3>Who are we?</h3>
                                                <div class="ja-box-ct">
                        <p>We we work hard to find our clients the best offers possible for <strong>structured settlements, annuities, lottery prizes, owner financed mortgage notes and pending lawsuit loans</strong>.  Our funding source and low cost of business allows us to offer our clients funding at very competitive rates.</p>                </div>
    </div>

          </div>
```

```
          <div class="ja-box-right" style="width: 24.88%;">

                                              <div class="moduletable" id="Mod44">
                                                      <h3>Online Support</h3>
                                                      <div class="ja-box-ct">
                            <p><span class="hotline"><img height="28" width="213" src="/web/20110203071549im_/http://www.coronacapitalgroup.com/images/stories/logos/logo_web72_png.png" alt="Logo" border="0" title="Logo" /> <br /></span>16192 Coastal Hwy<br />Lewes, DE 19958</p>
<table align="left" border="0">
<tbody>
<tr>
<td><span class="hotline">Tel:</span></td>
<td>+1 (888) 852-5658</td>
</tr>
<tr>
<td>Fax:</td>
<td>+1 (888) 222-7028</td>
</tr>
</tbody>
</table>
<p><span class="hotline">    </span></p>
<p><span class="hotline"> </span></p>
<ul class="support">
<li class="skype">corona_capital</li>
<li class="msn">coronacapital (Live)</li>
</ul>
<p class="skype"> </p>                  </div>
    </div>

          </div>

        </div></div></div>

        <!-- //BOTTOM SPOTLIGHT 2 -->

<!-- FOOTER -->

<div id="ja-footer" class="wrap">

<div class="main">

        <div class="inner clearfix">

                  <small><div align="center">Copyright &#169; 2011 . All Rights Reserved. Designed by <a href="/web/20110203071549/http://www.coronacapitalgroup.com/" title="Get the most money you can for your annuity, structured settlement, mortgage note or lottery winnings." target="blank">Corona Capital LLC</a> &diams; <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers/annuity-sale-application" title= "Receive a quote for your annuity.  Get more money with Corona Capital." target="blank">Annuities</a> &#124; <a
```

```
href="/web/20110203071549/http://www.coronacapitalgroup.com/en/pending-lawsuit-loans" title="Get a loan while your attorney works on your case." target="blank">Lawsuit Loans</a> &#124; <a href="/web/20110203071549/http://www.coronacapitalgroup.com/en/structured-settlement-transfers" title="Get the most money you can for your structured settlement with Corona Capital." target="blank">Structured Settlements</a></div>

        </div>

</div>

</div>

<!-- //FOOTER -->

<script type="text/javascript">

        //addSpanToTitle();

        //jaAddFirstItemToTopmenu();

        //jaRemoveLastContentSeparator();

        //jaRemoveLastTrBg();

        //moveReadmore();

        //addIEHover();

        //slideshowOnWalk ();

        //apply png ie6 main background

</script>

</div>
<!-- Google Analytics Code - BEGIN -->
<script type="text/javascript">

var _gaq = _gaq || [];
_gaq.push(['_setAccount', 'UA-16620816-3']);
_gaq.push(['_setDomainName', '.coronacapitalgroup.com']);
_gaq.push(['_trackPageview']);

(function() {
  var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async = true;
  ga.src = ('https:' == document.location.protocol ? '/web/20110203071549/https://ssl' : '/web/20110203071549/http://www') + '.google-analytics.com/ga.js';
  var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
})();

</script>
<!-- Google Analytics Code - END --><script id='my_vsp' src='/web/20110203071549js_/http://coronacapitalgroup.com/lindsey_corona_client.js?swf=http://coronacapitalgroup.com/swf/en/lindsey_corona_client.swf&amp;flv=http://coronacapitalgroup.com/flv/en/lindsey_corona_process.flv&amp;start=normal&amp;close=close&amp;play_w
```

```
hen=1&amp;align_right=true&amp;show_loading=yes&amp;width=480&amp;height=360&amp;vlm=80&amp;x_off=170'></script>

</body>

</html>

<!--
     FILE ARCHIVED ON 7:15:49 Feb 3, 2011 AND RETRIEVED FROM THE
     INTERNET ARCHIVE ON 19:04:59 Apr 28, 2015.
     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
     SECTION 108(a)(3)).
-->
```

# EXHIBIT 7

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">

<html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en-gb" lang="en-gb">

<head>

<script type="text/javascript" src="/static/js/analytics.js"></script>
<script type="text/javascript">archive_analytics.values.server_name="wwwb-app2.us.archive.org";archive_analytics.values.server_ms=324;</script>
<link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>

          <base href="/web/20131231022550/http://www.coronacapitalgroup.com/" />
  <meta http-equiv="content-type" content="text/html; charset=utf-8" />
  <meta name="robots" content="index,follow" />
  <meta name="keywords" content="Sell Annuity Settlement, Sell Annuity Payments, Cash for Structured Settlement, Cash Structured Settlement, Structured Settlement Cash, Annuity Settlement, Sell Annuity, Annuity Payment, Structured Settlement, Sell Structured Settlement, Sell Structured Settlement Annuity, Structured Settlement Annuity,structured settlement company" />
  <meta name="title" content="Sell Structured Settlement Annuity Payments, Cash for Structured Settlement | Corona Capital" />
  <meta name="description" content="If you&amp;#039;re looking for cash for structured settlements. Sell structured settlement annuity payments for the most cash with Corona Capital.  1 (888) 852-5658." />
  <meta name="generator" content="Bluefish 1.0.7"/>
  <title>Sell Structured Settlement Annuity Payments, Cash for Structured Settlement | Corona Capital</title>
  <link href="/index.php?format=feed&amp;type=rss" rel="alternate" type="application/rss+xml" title="RSS 2.0" />
  <link href="/index.php?format=feed&amp;type=atom" rel="alternate" type="application/atom+xml" title="Atom 1.0" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/plugins/system/jatypo/typo/typo.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/system/css/system.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/system/css/general.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/modules/mod_janews_fp/assets/style.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/modules/mod_jaslideshow2/assets/themes/default/style.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/modules/mod_jaslideshow2/assets/themes/quartz2/style.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/modules/mod_jaslideshow2/assets/themes/quartz2/mod_jaslideshow2.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/plugins/system/jat3/base-themes/default/css/addons.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/plugins/system/jat3/base-themes/default/css/layout.css" type="text/css" />
```

```
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/plugins/system/jat3/base-themes/default/css/template.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/plugins/system/jat3/base-themes/default/css/usertools.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/plugins/system/jat3/base-themes/default/css/css3.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/plugins/system/jat3/base-themes/default/css/menu/mega.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/css/typo.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/css/layout.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/css/template.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/css/css3.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/css/menu/mega.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/css/mod_jaslideshow2.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/core/themes/blue-color/css/color.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/core/themes/blue-color/css/menu/mega.css" type="text/css" />
  <link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/templates/ja_portfolio/core/themes/blue-color/css/mod_jaslideshow2.css" type="text/css" />
  <script type="text/javascript" src="/web/20131231022550js_/http://www.coronacapitalgroup.com/index.php?jat3action=gzip&amp;type=js&amp;file=t3-assets%2Fdb5be7d619189aa6b010cc60c7cfa30c.0720a7fb0f212d07eda1104a111f45a9.js"></script>

<link href="/web/20131231022550im_/http://www.coronacapitalgroup.com/templates/ja_portfolio/images/favicon.ico" rel="shortcut icon" type="image/x-icon" />

<meta name="robots" content="noodp, noydir" />

<link rel="canonical" href="http://www.coronacapitalgroup.com/" />

<!--[if IE 7.0]>
<style>
.clearfix { display: inline-block; } /* IE7xhtml*/
</style>
<!-- Omit http from path to ensure protocol is same as current request -->
```

```
<script src="/web/20131231022550js_/http://js10.ringrevenue.com/10/integration.js">
</script>

<script type="text/javascript">

  RingRevenue.advertiser_integration = {

    id : '6042',

    numberSelector : '.promoNumber'

  };

</script>

<!-- BEGIN WAYBACK TOOLBAR INSERT -->
<script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
<script type="text/javascript" src="/static/js/graph-calc.js" ></script>
<script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
<script type="text/javascript">//<![CDATA[
var __wm = (function(){
var wbPrefix = "/web/";
var wbCurrentUrl = "http://coronacapitalgroup.com/";

var firstYear = 1996;
var imgWidth = 500,imgHeight = 27;
var yearImgWidth = 25,monthImgWidth = 2;
var displayDay = "31";
var displayMonth = "Dec";
var displayYear = "2013";
var prettyMonths =
["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
var $D=document,$=function(n){return document.getElementById(n)};
var trackerVal,curYear = -1,curMonth = -1;
var yearTracker,monthTracker;
function showTrackers(val) {
  if (val===trackerVal) return;
  var $ipp=$("wm-ipp");
  var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
  if (val) {
    $ipp.className="hi";
  } else {
    $ipp.className="";
    $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
  }
  yearTracker.style.display=val?"inline":"none";
  monthTracker.style.display=val?"inline":"none";
  trackerVal = val;
}
function getElementX2(obj) {
  var $e=jQuery(obj);
  return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
    getElementX(obj):Math.round($e.offset().left);
}
function trackMouseMove(event,element) {
  var eventX = getEventX(event);
  var elementX = getElementX2(element);
  var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
```

```
  var monthOff = xOff % yearImgWidth;

  var year = Math.floor(xOff / yearImgWidth);
  var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
  // 1 extra border pixel at the left edge of the year:
  var month = (year * 12) + monthOfYear;
  var day = monthOff % 2==1?15:1;
  var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
    zeroPad(day,2) + "000000";

  $("displayYearEl").innerHTML=year+firstYear;
  $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
  // looks too jarring when it changes..
  //$("displayDayEl").innerHTML=zeroPad(day,2);
  var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
  $("wm-graph-anchor").href=url;

  if(curYear != year) {
    var yrOff = year * yearImgWidth;
    yearTracker.style.left = yrOff + "px";
    curYear = year;
  }
  if(curMonth != month) {
    var mtOff = year + (month * monthImgWidth) + 1;
    monthTracker.style.left = mtOff + "px";
    curMonth = month;
  }
}
function hideToolbar() {
  $("wm-ipp").style.display="none";
}
function bootstrap() {
  var $spk=$("wm-ipp-sparkline");
  yearTracker=$D.createElement('div');
  yearTracker.className='yt';
  with(yearTracker.style){
    display='none';width=yearImgWidth+"px";height=imgHeight+"px";
  }
  monthTracker=$D.createElement('div');
  monthTracker.className='mt';
  with(monthTracker.style){
    display='none';width=monthImgWidth+"px";height=imgHeight+"px";
  }
  $spk.appendChild(yearTracker);
  $spk.appendChild(monthTracker);

  var $ipp=$("wm-ipp");
  $ipp&&disclaimElement($ipp);
}
return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
})();//]]>
</script>
<style type="text/css">
body {
  margin-top:0 !important;
  padding-top:0 !important;
  min-width:800px !important;
}
</style>
<div id="wm-ipp" lang="en" style="display:none;">
```

```
<div style="position:fixed;left:0;top:0;width:100%!important">
<div id="wm-ipp-inside">
   <table style="width:100%;"><tbody><tr>
   <td id="wm-logo">
       <a href="/web/" title="Wayback Machine home page"><img src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110" height="39" border="0" /></a>
   </td>
   <td class="c">
       <table style="margin:0 auto;"><tbody><tr>
       <td class="u" colspan="2">
       <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb" id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://coronacapitalgroup.com/" style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" /><input type="hidden" name="date" value="20131231022550" /><input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span></form>
       </td>
       <td class="n" rowspan="2">
           <table><tbody>
           <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
           <tr class="m">
                <td class="b" nowrap="nowrap">

                    <a href="/web/20130530183024/http://www.coronacapitalgroup.com/" title="30 May 2013">MAY</a>

                </td>
                <td class="c" id="displayMonthEl" title="You are here: 2:25:50 Dec 31, 2013">DEC</td>
                <td class="f" nowrap="nowrap">

                    <a href="/web/20140228005350/http://coronacapitalgroup.com/" title="28 Feb 2014"><strong>FEB</strong></a>

                </td>
            </tr>
           <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
           <tr class="d">
               <td class="b" nowrap="nowrap">

                   <a href="/web/20130530183024/http://www.coronacapitalgroup.com/" title="18:30:24 May 30, 2013"><img src="/static/images/toolbar/wm_tb_prv_on.png" alt="Previous capture" width="14" height="16" border="0" /></a>

               </td>
               <td class="c" id="displayDayEl" style="width:34px;font-size:24px;" title="You are here: 2:25:50 Dec 31, 2013">31</td>
               <td class="f" nowrap="nowrap">

                   <a href="/web/20140228005350/http://coronacapitalgroup.com/" title="0:53:50 Feb 28, 2014"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture" width="14" height="16" border="0" /></a>

               </td>
           </tr>
           <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
           <tr class="y">
               <td class="b" nowrap="nowrap">

```

```
                    <a href="/web/20121105160351/http://www.coronacapitalgroup.com/"
title="5 Nov 2012"><strong>2012</strong></a>

                </td>
                <td class="c" id="displayYearEl" title="You are here: 2:25:50 Dec 31,
2013">2013</td>
                <td class="f" nowrap="nowrap">

                    <a href="/web/20150203215300/http://www.coronacapitalgroup.com/"
title="3 Feb 2015"><strong>2015</strong></a>

                </td>
            </tr>
            </tbody></table>
        </td>
        </tr>
        <tr>
        <td class="s">
            <a class="t" href="/web/20131231022550*/http://coronacapitalgroup.com/"
title="See a list of every capture for this URL">27 captures</a>
            <div class="r" title="Timespan for captures of this URL">26 Dec 09 - 3 Feb
15</div>
        </td>
        <td class="k">
        <a href="" id="wm-graph-anchor">
        <div id="wm-ipp-sparkline" title="Explore captures for this URL">
          <img id="sparklineImgId" alt="sparklines"
                 onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
                 onmousemove="__wm.mv(event,this)"
                 width="500"
                 height="27"
                 border="0"
                 src="/web/jsp/graph.jsp?
graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
:-1:000000000000_2009:-1:000000000001_2010:-1:100000000000_2011:-1:030000111111_2012:-1:011
131010010_2013:11:000010000001_2014:-1:010010010001_2015:-1:010000000000" />
        </div>
        </a>
        </td>
        </tr></tbody></table>
    </td>
    <td class="r">
        <a href="#close" onclick="__wm.h();return false;" style="background-
image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
toolbar">Close</a>
        <a href="http://faq.web.archive.org/" style="background-
image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
the Wayback Machine">Help</a>
    </td>
    </tr></tbody></table>
</div>
</div>
</div>
<script type="text/javascript">__wm.bt();</script>
<!-- END WAYBACK TOOLBAR INSERT -->
<![endif]-->
<script type="text/javascript">
  var _gaq = _gaq || [];
```

```
  _gaq.push(['_setAccount', 'UA-16620816-3']);
  _gaq.push(['_trackPageview']);

  (function() {
    var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async = true;
    ga.src = ('https:' == document.location.protocol ? '/web/20131231022550/https://ssl' : '/web/20131231022550/http://www') + '.google-analytics.com/ga.js';
    var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
  })();
</script>

<style type="text/css">
/*dynamic css*/
        .main {
                width: 1200;
        }

        #ja-wrapper {
                min-width: 1200;
        }
</style>
</head>

<body id="bd" class="fs3">

<div id="ja-wrapper">
        <a name="Top" id="Top"></a>

                                        <div id="ja-top-panel" class="wrap">

                                        <div class="main">

                        <div class="main-inner1 clearfix">

                <div style="float:right;margin: 5px;"><a href="/web/20131231022550/http://www.dineropordemandas.com/"><img style="border:0;" width="20px" height="20px" alt="Flag" src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/stories/spanish_flag.png"></a></div>

                        </div>

                                        </div>

                                </div>
                                                                                <div id="ja-header" class="wrap">

                                        <div class="main">
```

```
                        <div class="main-inner1 clearfix">
                <base href="/web/20131231022550/http://www.coronacapitalgroup.com/" />
                <div class="logo">              <a
href="/web/20131231022550/http://www.coronacapitalgroup.com/index.php" title="Sell
Structured Settlement Annuity Payments, Cash for Structured Settlement | Corona Capital">
<span>Sell Structured Settlement Annuity Payments, Cash for Structured Settlement | Corona
Capital</span></a>
        </div>

                <div id="ja-search">

<form action="index.php"  method="post" class="search">
        <label for="mod_search_searchword">
                Search  </label>
        <input name="searchword" id="mod_search_searchword" maxlength="20" class="inputbox"
type="text" size="20" value="search..."  onblur="if(this.value=='')
this.value='search...';" onfocus="if(this.value=='search...') this.value='';" />
<input type="hidden" name="option" value="com_search" />
        <input type="hidden" name="task"   value="search" />
</form>

        </div>

                        </div>

                                        </div>

                                </div>
                                                                <div id="ja-mainnav"
class="wrap">

                                        <div class="main">

                        <div class="main-inner1 clearfix">
                        <div class="ja-megamenu" id="ja-megamenu">
<ul class="megamenu level0"><li  class="mega first active"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/"  class="mega first active"
id="menu1" title="Home"><span class="has-image" style="background-
image:url(/web/20131231022550im_/http://www.coronacapitalgroup.com//images/stories/home_16x
16.png);"><span class="menu-title">Home</span></span></a></li><li  class="mega haschild"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/annuities-lottery-structured-
settlements"  class="mega haschild" id="menu68" title="Annuities | Lottery | Structured
Settlements"><span class="menu-title">Annuities | Lottery | Structured Settlements</span>
</a><div class="childcontent cols1 ">
<div class="childcontent-inner-wrap">
<div class="childcontent-inner clearfix" style="width: 200px;"><div class="megacol column1
first" style="width: 200px;"><ul class="megamenu level1"><li  class="mega first"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-your-annuity"  class="mega
```

```
first" id="menu93" title="Annuities"><span class="menu-title">Annuities</span></a></li><li
class="mega"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-your-
lottery-payments"  class="mega" id="menu72" title="Lottery Payments"><span class="menu-
title">Lottery Payments</span></a></li><li  class="mega last haschild"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlements"
class="mega last haschild" id="menu90" title="Structured Settlements"><span class="menu-
title">Structured Settlements</span></a><div class="childcontent cols1 ">
<div class="childcontent-inner-wrap">
<div class="childcontent-inner clearfix" style="width: 200px;"><div class="megacol column1
first" style="width: 200px;"><ul class="megamenu level2"><li  class="mega first"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-
advice"  class="mega first" id="menu108" title="Advice on How to Sell a Structured
Settlement Annuity for the Most Money"><span class="menu-title">Advice on How to Sell a
Structured Settlement Annuity for the Most Money</span></a></li><li  class="mega"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-
transparency"  class="mega" id="menu110" title="Corona Capital Brings Transparency to the
Sale of Structured Settlement Annuities"><span class="menu-title">Corona Capital Brings
Transparency to the Sale of Structured Settlement Annuities</span></a></li><li
class="mega"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-
settlement-annuity-value"  class="mega" id="menu82" title="How Much Money Will You Get
Should You Sell Your Structured Settlement Annuity?"><span class="menu-title">How Much
Money Will You Get Should You Sell Your Structured Settlement Annuity?</span></a></li><li
class="mega"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-
settlement-annuity-transfer"  class="mega" id="menu106" title="How to Get Life Insurance to
Protect a Life Contingent or Non-Guaranteed Structured Settlement Annuity Transfer"><span
class="menu-title">How to Get Life Insurance to Protect a Life Contingent or Non-Guaranteed
Structured Settlement Annuity Transfer</span></a></li><li  class="mega"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-structured-settlement-
annuity"  class="mega" id="menu84" title="How to Sell a Structured Settlement Annuity">
<span class="menu-title">How to Sell a Structured Settlement Annuity</span></a></li><li
class="mega"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/discounted-
structured-settlement-annuity"  class="mega" id="menu94" title="Know Your Discount Rate
Before You Sell a Structured Settlement Annuity"><span class="menu-title">Know Your
Discount Rate Before You Sell a Structured Settlement Annuity</span></a></li><li
class="mega"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/selling-
structured-settlement-annuity"  class="mega" id="menu102" title="Sell Your Life Contingent
Structured Settlement Annuity Payments"><span class="menu-title">Sell Your Life Contingent
Structured Settlement Annuity Payments</span></a></li><li  class="mega last"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/buy-sell-structuered-
settlement-annuity"  class="mega last" id="menu83" title="Should You Sell Your Structured
Settlement Annuity?"><span class="menu-title">Should You Sell Your Structured Settlement
Annuity?</span></a></li></ul></div></div>
</div></div></li></ul></div></div>
</div></div></li><li  class="mega haschild"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/apply"  class="mega haschild"
id="menu70" title="Apply!"><span class="has-image" style="background-
image:url(/web/20131231022550im_/http://www.coronacapitalgroup.com//images/stories/dollar.p
ng);"><span class="menu-title">Apply!</span></span></a><div class="childcontent cols1 ">
<div class="childcontent-inner-wrap">
<div class="childcontent-inner clearfix" style="width: 200px;"><div class="megacol column1
first" style="width: 200px;"><ul class="megamenu level1"><li  class="mega first"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/application-to-sell-your-
annuity-or-structured-settlement"  class="mega first" id="menu107" title="Application to
Sell Your Annuity or Structured Settlement"><span class="menu-title">Application to Sell
Your Annuity or Structured Settlement</span></a></li><li  class="mega last"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/lottery-sale-application"
class="mega last" id="menu76" title="Lottery Sale Application"><span class="menu-
title">Lottery Sale Application</span></a></li></ul></div></div>
</div></div></li><li  class="mega"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/corona-blog"  class="mega"
id="menu112" title="Corona Blog"><span class="menu-title">Corona Blog</span></a></li><li
```

```
class="mega"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/video" class="mega" id="menu89" title="Video"><span class="has-image" style="background-image:url(/web/20131231022550im_/http://www.coronacapitalgroup.com//images/stories/video-icon.png);"><span class="menu-title">Video</span></span></a></li><li  class="mega last"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/email"  class="mega last" id="menu67" title="Email"><span class="has-image" style="background-image:url(/web/20131231022550im_/http://www.coronacapitalgroup.com//images/stories/email-icon.png);"><span class="menu-title">Email</span></span></a></li></ul>
</div>                        <script type="text/javascript">
                        var megamenu = new jaMegaMenuMoo ('ja-megamenu', {
                                'bgopacity': 0,
                                'delayHide': 300,
                                'slide': 1,
                                'fading': 0,
                                'direction':'down',
                                'action':'mouseover',
                                'tips': false,
                                'duration': 300,
                                'hidestyle': 'fastwhenshow'
                        });
                        </script>

                        </div>

                                        </div>

                                </div>

<!-- jdoc:include type="menu" level="0" / -->

<ul class="no-display">
    <li><a href="#ja-content" title="Skip to content">Skip to content</a></li>
</ul>
                                <div id="ja-slideshow" class="wrap">

                                        <div class="main clearfix">

<div class="ja-slidewrap" id="ja-slide-45" style="visibility:hidden">
  <div class="ja-slide-main-wrap">
    <div class="ja-slide-main">
            <div class="ja-slide-item"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/resized/images/stories/slideshow/slideshow_tropical_960_250.jpg"  alt=""/>
            </div>
            <div class="ja-slide-item"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/resized/images/stories/slideshow/slideshow_benefits_960_250.jpg"  alt=""/>
            </div>
            <div class="ja-slide-item"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/resized/images/stories/slideshow/slideshow_miami_960_250.jpg"  alt=""/>
            </div>
            <div class="ja-slide-item"><img
```

```
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/resized/images/stories/slideshow/slideshow_new_york_960_250.jpg"  alt=""/>
            </div>
            <div class="ja-slide-item"><img
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/resized/images/stories/slideshow/slideshow_home_buy_960_250.jpg"  alt=""/>
            </div>
          </div>
    <div class="maskDesc"><div class="inner"></div></div>
  <div class="sl-mask1"> </div>
  <div class="sl-mask2"> </div>
        <div class="sl-mask3"> </div>
        <div class="sl-mask4"> </div>
        </div>

  </div>

<script type="text/javascript">
  window.addEvent('load', function(){
    new JASlideshow2('ja-slide-45', {
                startItem: 0,
                showItem: 4,
                itemWidth: 63,
                itemHeight: 63,
                mainWidth: 960,
                mainHeight: 250,
                                maskWidth: 960,
                                maskHeigth:250,
                duration: 400,
                transition: Fx.Transitions.linear,
                animation: 'fade',
                                animationRepeat: 'true',
                thumbOpacity:0.8,
                maskOpacity: 0.8,
                buttonOpacity: 0.4,
                showDesc: '',
                descMode: 'mouseover',
                readmoretext: 'Readmore',
                overlap: 0,
                navigation:'',
                urls:['','','','',''],
                                targets:['','','','',''],
                                autoPlay: 1,
                                interval: 5000,
                                maskAlignment:'bottom',
                                maskerTransStyle:'opacity',
                                maskerTrans:Fx.Transitions.linear,
                                navePos:'horizontal'
              });
  });
</script>

                                        </div>

```

```html
                                </div>

        <!-- MAIN CONTAINER -->
        <div id="ja-container" class="wrap ja-r1">

                                        <div class="main clearfix">

                                <div id="ja-mainbody" style="width:73%">
                        <!-- CONTENT -->
                        <div id="ja-main" style="width:100%">
                        <div class="inner clearfix">

                                                                <div id="ja-content-mass-top" class="ja-mass ja-mass-top clearfix">

                <div id="ja-zinfpwrap">
<div id="ja-zinfp" class="clearfix">

        <div class="ja-zinfp-featured column clearfix">
                        <div class="ja-zincontent inner clearfix first">
                        <h4 class="ja-zintitle"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/component/content/article/45-general/49-get-a-quote-before-you-sell-your-annuity-or-structured-settlement" title="Get a Quote Before You Sell Your Annuity or Structured Settlement">Get a Quote Before You Sell Your Annuity or Structured Settlement</a></h4>
                        <img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/stories/structured_settlement_annuity_lawsuit_loan.jpg" alt="Get a Quote Before You Sell Your Annuity or Structured Settlement"  />                      <h1><a title="Sell your annuity or structured settlement for the most cash with Corona Capital." href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/application-to-sell-your-annuity-or-structured-settlement" target="_self">Sell Your Structured Settlement Annuity</a></h1>
<p>Corona Capital buys <strong>annuity, lottery and structured settlement payments including life contingent structured settlement annuities</strong>. <a title="Dinero por Demandas is Corona Capital's Spanish language site." href="/web/20131231022550/http://www.dineropordemandas.com/" target="_self">Dinero por Demandas is our Spanish site</a>. Our streamlined process ensures that our customers can <a title="Ask for a quote for your annuity or structured settlement from Corona Capital." href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/application-to-sell-your-annuity-or-structured-settlement" target="_blank">sell annuity</a><strong>, lottery or structured settlement payments </strong>as soon as possible without any hassles<strong>.</strong>We will work hard to find you <strong>the</strong> <a title="Get a quote to sell your annuity, lottery or structured settlement payments with Corona Capital." href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/application-to-sell-your-annuity-or-structured-settlement" target="_self">most money for your annuity, lottery or structured settlement payments</a>.</p>                           <a href="/web/20131231022550/http://www.coronacapitalgroup.com/component/content/article/45-general/49-get-a-quote-before-you-sell-your-annuity-or-structured-settlement" class="readon"><span>Read more...</span></a>
                                        </div>
                </div>

        <div class="ja-zinfp-normal column clearfix">
                                        <div class="ja-zincontent inner clearfix first">

```

```
                        <img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/resized/images/stories/discount_rate_structured_settlement_annuity_100_100.jpg" alt="Know Your Discount Rate Before You Sell a Structured Settlement Annuity"  />                    <h4 class="ja-zintitle"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/discounted-structured-settlement-annuity" title="Know Your Discount Rate Before You Sell a Structured Settlement Annuity">Know Your Discount Rate Before You Sell a Structured Settlement Annuity</a></h4>

<a title="Check to see how much your structured settlement annuity is worth should you decide to sell your structured settlement annuity." href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/application-to-sell-your-annuity-or-structured-settlement" target="_blank">
The Discount Rate Will Determine the Lump Sum You'll Receive Should You Sell Your Structured Settlement Annuity
</a>

Know the discount rate you're being charged when selling a structured settlemen...

                </div>
                                <div class="ja-zincontent inner clearfix ">
                        <img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/resized/images/stories/sell_life_contingent_structured_settlement_sm_100_100.jpg" alt="Sell Your Life Contingent Structured Settlement Annuity Payments"  />                    <h4 class="ja-zintitle"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/selling-structured-settlement-annuity" title="Sell Your Life Contingent Structured Settlement Annuity Payments">Sell Your Life Contingent Structured Settlement Annuity Payments</a></h4>

<a title="You can sell your life contingent or non-guaranteed structured settlement annuity payments for cash." href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/application-to-sell-your-annuity-or-structured-settlement" target="_blank">
You Can Sell Your Life Contingent or Non-Guaranteed Structured Settlement Annuity
</a>

You can sell your life contingent structured settlement annuity payments for cash.

Corona Capital can purchase...

                </div>
                                <div class="ja-zincontent inner clearfix last">
                        <img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/resized/images/stories/structured_settlement_annuity_bishop_63_100.png" alt="How Much Money Will You Get Should You Sell Your Structured Settlement Annuity?"  />                    <h4 class="ja-zintitle"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-value" title="How Much Money Will You Get Should You Sell Your Structured Settlement Annuity?">How Much Money Will You Get Should You Sell Your Structured Settlement Annuity?</a></h4>
```

```
<a title="Ask for a quote if you want to sell your annuity or structured settlement payments." href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/application-to-sell-your-annuity-or-structured-settlement" target="_blank">
The Amount of Money You Receive Should You Sell Your Structured Settlement Annuity Payments Depends Upon the Following Factors:
</a>

<strong>
The dates your structured settlement payments are due
</strong>

<strong>
The amount...
</strong>

                </div>
                </div>

</div>
</div><div class="allmode_box allmode_default ">
<link rel="stylesheet" href="/web/20131231022550cs_/http://www.coronacapitalgroup.com/modules/mod_raxo_allmode/tmpl/allmode_default/allmode_default.css" type="text/css" media="all" />

<div class="allmode_topbox">

        <div class="allmode_topitem">

                                <div class="allmode_img"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-transparency"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_raxo_allmode/tools/tb.php?src=/images/stories/structured_settlement_annuity_sale_intro.jpg&amp;w=120&amp;h=120&amp;zc=1" width="120" height="120" title="Corona Capital Brings Transparency to the Sale of Structured Settlement Annuities" alt="" /></a></div>

                                <div class="allmode_details">
                                                <span class="allmode_date">May 23, 2012</span>

</div>

                                <h3 class="allmode_title"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-
```

```
transparency">Corona Capital Brings Transparency to the Sale of Structured Settlement Annuities</a></h3>

                                <div class="allmode_text">Corona Capital Brings Transparency to the Sale of Structured Settlement Annuities Do you know who is really buying your structured settlment annuity? Many annuitants seem to be left in the dark when it comes to the actual process of selling their structured settlement annuity. After speaking to hundreds and hundreds of annuitants over the years it&hellip;
</div>

        </div>

        <div class="allmode_topitem">

                                <div class="allmode_img"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-advice"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_raxo_allmode/tools/tb.php?src=/images/stories/advice_sell_structured_settlement_annuity.jpg&amp;w=120&amp;h=120&amp;zc=1" width="120" height="120" title="Advice on How to Sell a Structured Settlement Annuity for the Most Money" alt="" /></a></div>

                                <div class="allmode_details">
                                                <span class="allmode_date">May 23, 2012</span>

</div>

                                <h3 class="allmode_title"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-advice">Advice on How to Sell a Structured Settlement Annuity for the Most Money</a></h3>

                                <div class="allmode_text">Advice on How to Sell a Structured Settlement Annuity for the Most Money Sell your structured settlement annuity with whomever offers the most money. The first thing someone should do if they want to sell a structured settlement annuity is decide how much money they truly need. Some annuitants make the mistake of requesting either too much or too&hellip;
</div>

        </div>

        <div class="allmode_topitem">

                                <div class="allmode_img"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-structured-settlement-annuity"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_raxo_allmode/tools/tb.php?src=/images/stories/sell_structured_settlement_annuity_hearing.jpg&amp;w=120&amp;h=120&amp;zc=1" width="120" height="120" title="How to Sell a Structured Settlement Annuity" alt="" /></a></div>

                                <div class="allmode_details">
                                                <span class="allmode_date">September 07, 2009</span>

</div>
```

```

                                <h3 class="allmode_title"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-structured-settlement-annuity">How to Sell a Structured Settlement Annuity</a></h3>

                                <div class="allmode_text">How to Sell a Structured Settlement Annuity Get a Quote for Your Structured Settlement Annuity The first step toward getting money is to contact a structured settlement or annuity transfer funding company and request a quote for your structured settlment or annuity. Many places will make you fax documents proving to them that you have an annuity&hellip;
</div>

        </div>

        <div class="allmode_topitem">

                                <div class="allmode_img"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-your-annuity"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_raxo_allmode/tools/tb.php?src=/images/stories/sell_annuity.jpg&amp;w=120&amp;h=120&amp;zc=1" width="120" height="120" title="Sell Your Annuity" alt="" /></a></div>

                                <div class="allmode_details">
                                                <span class="allmode_date">April 24, 2009</span>

</div>

                                <h3 class="allmode_title"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-your-annuity">Sell Your Annuity</a></h3>

                                <div class="allmode_text">Sell Your Annuity for the Most Cash This article is intended for people that are interested in selling an annuity that was not part of a lawsuit or structured settlement. If you're looking for information on selling a structured settlement annuity received by way of a lawsuit then please review the structured settlement section and choose an&hellip;
</div>

        </div>

        <div class="allmode_topitem">

                                <div class="allmode_img"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/buy-sell-structuered-settlement-annuity"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_raxo_allmode/tools/tb.php?src=/images/stories/should_you_sell_structured_settlement_annuity_sm.jpg&amp;w=120&amp;h=120&amp;zc=1" width="120" height="120" title="Should You Sell Your Structured Settlement Annuity?" alt="" /></a></div>

                                <div class="allmode_details">
                                                <span class="allmode_date">April 24, 2009</span>

</div>

                                <h3 class="allmode_title"><a
```

```
href="/web/20131231022550/http://www.coronacapitalgroup.com/buy-sell-structuered-settlement-annuity">Should You Sell Your Structured Settlement Annuity?</a></h3>

                                <div class="allmode_text">Review the Pros and Cons Should You Decide to Sell Your Structured Settlement Annuity The decision to sell your structured settlement annuity is a big one. Get all the facts before deciding. A structured settlement is a defined set of payments issued to the victim of a lawsuit case in the form of an annuity. These types of annuities are called&hellip;
</div>

        </div>

        <div class="allmode_topitem">

                                <div class="allmode_img"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-your-lottery-payments"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_raxo_allmode/tools/tb.php?src=/images/stories/sell_lottery_payments.jpg&amp;w=120&amp;h=120&amp;zc=1" width="120" height="120" title="Sell Your Lottery Payments" alt="" /></a></div>

                                <div class="allmode_details">
                                                <span class="allmode_date">April 24, 2009</span>

</div>

                                <h3 class="allmode_title"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-your-lottery-payments">Sell Your Lottery Payments</a></h3>

                                <div class="allmode_text">Get a Quote if You'd Like to Sell Your Lottery Payments How lucky are you? Congratulations you won the lottery! It's an amazing feat that most human beings will never accomplish. Lady luck was on your side. After you won, however you soon discovered that the lottery was to be paid out over a 25 year period. So you were left with $60,000 per year&hellip;
</div>

        </div>

        <div class="allmode_topitem">

                                <div class="allmode_img"><a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-settlement-annuity-transfer"><img src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_raxo_allmode/tools/tb.php?src=/images/stories/sell_life_contingent_structured_settlement_annuity_intro.jpg&amp;w=120&amp;h=120&amp;zc=1" width="120" height="120" title="How to Get Life Insurance to Protect a Life Contingent or Non-Guaranteed Structured Settlement Annuity Transfer" alt="" /></a></div>

                                <div class="allmode_details">
                                                <span class="allmode_date">April 23, 2009</span>

</div>

```

```
                                <h3 class="allmode_title"><a
href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-settlement-annuity-
transfer">How to Get Life Insurance to Protect a Life Contingent or Non-Guaranteed
Structured Settlement Annuity Transfer</a></h3>

                                <div class="allmode_text">Annuitants Need to Secure a Life
Insurance Policy if They Wish to Sell a Life Contingent or Non-Guaranteed Structured
Settlement Annuity You can sell your life contingent structured settlement annuity. If
you'd like to sell your life contingent or non-guaranteed structured settlement annuity
payments you'll have to be willing to get a life&hellip;
</div>

        </div>
</div>

</div>

                                                        </div>

<div id="ja-content-mass-bottom" class="ja-mass ja-mass-bottom clearfix">
                                                                                <div id="ja-
content-mass-bottom" class="wrap clearfix">

        <!-- SPOTLIGHT -->
                        <div class="ja-box column ja-box-left" style="width: 33.3%;">
                        <div class="ja-moduletable moduletable  clearfix" id="Mod48">
                                                <h3><span>Buy Real Estate!</span></h3>
                                <div class="ja-box-ct clearfix">
                <p><img title="Ask to receive a quote on your structured settlement,
annuity or lottery winnings." alt="Many people sell structured settlements, annuities or
lottery winnings to purchase a home."
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/stories/home_sell_stru
ctured_settlement_annuity.jpg" width="190" height="81" /></p>

<p>More than 50% of the people that sell their future annuity, lottery or structured
settlement payments do so to purchase a home. Now more than ever is the time to buy. If you
are interested in <a title="Contact Corona Capital to receive the most money for your
annuity, lottery or structured settlement payments."
href="/web/20131231022550/http://www.coronacapitalgroup.com/email" target="_self">selling
your annuity, lottery or structured settlement payments</a> give us a call to see how we
can help.</p>

<h3><img style="border: none;" title="See if Corona Capital can give you the best offer for
your structured settlement annuity." alt="Call Corona Capital to today to receive a quote
on your structured settlement annuity." align="middle"
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/stories/call_quote_str
uctured_settlement_annuity.png" width="48" height="48" />+1 (888) 852-5658</h3>
</div>
    </div>

        </div>
                                <div class="ja-box column ja-box-center" style="width:
33.3%;">

```

```
                        <div class="ja-moduletable moduletable  clearfix" id="Mod49">
                                                <h3><span>Earn Money with Corona
Capital</span></h3>
                                <div class="ja-box-ct clearfix">
                <p><img title="Earn commission by referring someone that winds up selling
their annuity or structured settlement." alt="Earn money by referring someone to us with a
structured settlement or annuity."
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/stories/structured_set
tlement_annuity_refer.jpg" width="190" height="81" /></p>
<p>Corona Capital offers great commissions on business referred to us. You will be paid a
handsome commission if you <a title="Earn big commissions by referring someone to us that
wishes to sell their annuity, lottery or structured settlement payments."
href="/web/20131231022550/http://www.coronacapitalgroup.com/email" target="_self">refer
someone to us who'd like to sell their annuity payments or structured settlement
payments</a>. Please contact us for more information.</p>               </div>
    </div>

        </div>
                                <div class="ja-box column ja-box-right" style="width:
33.3%;">
                        <div class="ja-moduletable moduletable  clearfix" id="Mod51">
                                                <h3><span>Mortgage Calculator</span></h3>
                                <div class="ja-box-ct clearfix">
                <script type="text/javascript" language="javascript">
function calculate_loan_amount() {
        var form = document.mortgage_calc_form;

        form.loan.value = (form.total_property_value.value - form.deposit.value);
}

function calculate_mortgage() {
        var form = document.mortgage_calc_form;

        // do field validation
        if (form.loan.value == ""){
                alert( "Loan amount is required." );
        } else if (form.duration.value == ""){
                alert( "Duration is required." );
        } else if (form.interest_rate.value == ""){
                alert( "Interest rate is required." );
        } else {
                var loan = form.loan.value;
                loan = loan.replace(",",""); // Remove commas

                //Round instead of replace decimal
                //loan = loan.replace(".","");    // Remove preiods
        loan = Math.round(loan);

                form.loan.value = loan; // refresh loan amount in form without commas or
periods

                if (form.duration_units.value == 1) { // Duration in years
                        var duration = (form.duration.value*12); // in months
                }
                else { // Duration in months
                        var duration = form.duration.value; // in months
                }

                var interest_rate = form.interest_rate.value.replace(",","."); // Replace
comma with period
```

```
                form.interest_rate.value = interest_rate; // refresh duration in form without commas
                interest_rate = (interest_rate/12); // monthly

                var quote = (loan * interest_rate) / ( 100 * ( 1 - Math.pow ( ( 1 + (interest_rate/100) ), -duration ) ) );

                if (quote.toFixed) { //if browser supports toFixed() method
                        quote = quote.toFixed(2);
                }

                form.quote.value = quote; // monthly

                // Calculate total to be repaid
                var total = (quote * duration);
                form.total.value = total; // total
        }
}

var mortgage_calc_popUpWin=0;
function mortgage_calc_popUpWindow(URLStr, left, top, width, height) {
  if(mortgage_calc_popUpWin) {
    if(!mortgage_calc_popUpWin.closed) mortgage_calc_popUpWin.close();
  }
  mortgage_calc_popUpWin = open(URLStr, 'mortgage_calc_popUpWin', 'toolbar=no,location=no,directories=no,status=no,menubar=no,scrollbars=no,resizable=no,copyhistory=yes,width='+width+',height='+height+',left='+left+', top='+top+',screenX='+left+',screenY='+top+'');
}
</script>

        <form action="index.php" name="mortgage_calc_form" id="mortgage_calc_form" method="post">
<table class="moduletable_" border="0" cellpadding="3" cellspacing="1" width="100%">
    <tr>
        <td>Total property value</td>
        <td colspan="2">
                <input type="text" name="total_property_value" id="total_property_value" size="12" maxlength="12" value="0" class="inputbox" onchange="Javascript:calculate_loan_amount();" />
        </td>
  </tr>
  <tr>
        <td>Deposit</td>
        <td colspan="2">
                <input type="text" name="deposit" id="deposit" size="12" maxlength="12" value="0" class="inputbox" onchange="Javascript:calculate_loan_amount();" />
        </td>
  </tr>
    <tr>
    <td>Loan amount:</td>
        <td>
        <input type="text" name="loan" id="loan" size="12" maxlength="12" value="0" class="inputbox" readonly /> (Use "." for Decimals)
        </td>
    <td align="right">
            <a href="Javascript:mortgage_calc_popUpWindow('modules/mod_mortgagecalc/help/help.english.php', 0, 0, 450, 370);">
```

```
        <img
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_mortgagecalc/images/help.png" alt="Help" border="0" />
      </a>
          </td>
  </tr>
  <tr>
    <td>Duration:</td>
        <td colspan="2">
                <input type="text" name="duration" id="duration" size="2" maxlength="2"
value="" class="inputbox" />
                                years           <input type="hidden" name="duration_units"
value="1" />
                        </td>
  </tr>
  <tr>
    <td>Interest rate:</td>
        <td colspan="2"><input type="text" name="interest_rate" id="interest_rate"
value="6" size="3" class="inputbox"  style="background-color:#F0F0F0;" />%</td>
  </tr>
  <tr>
    <td>Monthly repayments:</td>
        <td colspan="2">
          USD
          <input type="text" name="quote" id="quote" size="10" readonly style="background-
color:#CCCCCC;" class="inputbox" />
        </td>
  </tr>

        <tr>
      <td>Total to be re-paid:</td>
          <td colspan="2">
                USD
                <input type="text" name="total" id="total" size="10" readonly
style="background-color:#CCCCCC;" class="inputbox" />
          </td>
    </tr>

  <tr>
        <td colspan="3"><input type="button" name="submit" value="Calculate"
onClick="calculate_mortgage();" class="button" /></td>
  </tr>
</table>
</form>         </div>
    </div>

        </div>
                        <!-- SPOTLIGHT -->

                                </div>

<script type="text/javascript">
        window.addEvent('load', function (){ equalHeight ('#ja-content-mass-bottom .ja-
box') });
</script>
                                </div>
```

```
                                                    </div>
                        </div>
                        <!-- //CONTENT -->

                </div>
                                <!-- RIGHT COLUMN-->
                <div id="ja-right" class="column sidebar" style="width:27%">

                                                <div class="ja-colswrap clearfix ja-r1">
                                                                <div id="ja-right1"
class="ja-col  column" style="width:100%">

                        <div class="ja-moduletable moduletable  clearfix" id="Mod78">
                                                <h3><span>Apply Now!</span></h3>
                                <div class="ja-box-ct clearfix">
                <div align="center">
<a href="/web/20131231022550/http://www.coronacapitalgroup.com/apply" target="_self">
        <img
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/stories/apply/apply_crown1.png" alt="apply_crown1.png" width="200" height="200" /></a>
</div>          </div>
    </div>
                <div class="ja-moduletable moduletable  clearfix" id="Mod86">
                                                <h3><span>Skype us!</span></h3>
                                <div class="ja-box-ct clearfix">

<div style="text-align: center;">Want a quote?  Have a question?
Chat with us now!<br/><a href="skype:corona-capital?chat"><img
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/modules/mod_transparentcustomskypestatusbuttons/standard/away.png" alt="chat corona-capital" /></a></div>
</div>
    </div>
                <div class="ja-moduletable moduletable  clearfix" id="Mod28">
                                                <div class="ja-box-ct clearfix">
                <div align="center">
<a href="/web/20131231022550/http://www.coronacapitalgroup.com/email" target="_self">
        <img
src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/stories/spring/annuity_structured_settlement_spring.jpg" alt="annuity_structured_settlement_spring.jpg"
width="200" height="200" /></a>
</div>          </div>
    </div>
                <div class="ja-moduletable moduletable  clearfix" id="Mod81">
                                                <h3><span>Facebook</span></h3>
                                <div class="ja-box-ct clearfix">

<iframe src="/web/20131231022550if_/http://www.facebook.com/plugins/likebox.php?href=http%3A%2F%2Fwww.facebook.com%2Fpages%2FCorona-Capital%2F142326035844672&amp;width=218&amp;colorscheme=light&amp;show_faces=true&amp;stream=true&amp;header=true&amp;height=400" scrolling="no" frameborder="0" style="border:none; overflow:hidden; width:218px; height:400px;" allowTransparency="true"></iframe>
                </div>
    </div>
                <div class="ja-moduletable moduletable  clearfix" id="Mod16">
                                                <h3><span>Polls</span></h3>
                                <div class="ja-box-ct clearfix">

<h4 class="poll-title">What will you do with the money you get from Corona Capital?</h4>
<form name="form2" method="post" action="index.php" class="poll">
```

```
                <input type="radio" name="voteid" id="voteid1" value="1" alt="1" />
        <label for="voteid1">
                Buy a home      </label>
        <br />
                <input type="radio" name="voteid" id="voteid2" value="2" alt="2" />
        <label for="voteid2">
                Buy a new car   </label>
        <br />
                <input type="radio" name="voteid" id="voteid3" value="3" alt="3" />
        <label for="voteid3">
                Home remodelling        </label>
        <br />
                <input type="radio" name="voteid" id="voteid4" value="4" alt="4" />
        <label for="voteid4">
                Pay bills       </label>
        <br />
                <input type="radio" name="voteid" id="voteid5" value="5" alt="5" />
        <label for="voteid5">
                Pay for school  </label>
        <br />
                <input type="radio" name="voteid" id="voteid6" value="6" alt="6" />
        <label for="voteid6">
                Start a business        </label>
        <br />
                <input type="radio" name="voteid" id="voteid7" value="7" alt="7" />
        <label for="voteid7">
                Travel  </label>
        <br />

        <input type="submit" name="task_button" class="button" value="Vote" />
        <a href="/web/20131231022550/http://www.coronacapitalgroup.com/component/poll/14-what-will-you-do-with-the-money-you-get-from-corona-capital#content" class="poll-result">Results</a>

        <input type="hidden" name="option" value="com_poll" />
        <input type="hidden" name="id" value="14" />
        <input type="hidden" name="task" value="vote" />
        <input type="hidden" name="d10a75c9be4ee718f98185e4d8ac7c06" value="1" /></form>
                </div>
    </div>
                <div class="ja-moduletable moduletable  clearfix" id="Mod77">
                                                <h3><span>Links</span></h3>
                                <div class="ja-box-ct clearfix">
                <a href="/web/20131231022550/http://www.youtube.com/coronacap/">Corona Capital's YouTube Page</a><br>

<a href="/web/20131231022550/http://www.solicitorsinreading4u.co.uk/">Solicitors in Reading</a>, U.K.<br>

<a href="/web/20131231022550/http://www.solicitorsinglasgow4u.co.uk/">Solicitors in Glasgow</a>, U.K.<br>

<a href="/web/20131231022550/http://www.gillaw.com/">Gillaw.com</a>: Divorce and family law attorneys. Offices in Phoenix and Mesa, AZ.<br>

<a href="/web/20131231022550/http://www.coronacapitalgroup.com/%20http://www.gillaw.com/Our-Team/About-the-Firm.html"> Gillespie, Shields & Durrant</a>: Discuss your divorce matter. Call (602) 870-9700 (Phoenix), or (480) 985-4000 (Mesa).<br>
```

```
<a
href="/web/20131231022550/http://www.coronacapitalgroup.com/%20http://www.gillaw.com/Family
-Law/Phoenix-Divorce.html"> Phoenix divorce lawyer</a>: Contact the firm today to discuss
your situation with an experienced lawyer.<br>

<a href="/web/20131231022550/http://www.solicitorsinedinburgh4u.co.uk/">Solicitors in
Edinburgh</a><br>

<a
href="/web/20131231022550/http://www.coronacapitalgroup.com/%20http://www.jamesmurraylaw.co
m/">Liverpool Solicitors</a><br>

<a href="/web/20131231022550/http://www.arizonalegalbriefcase.com/">Arizona Legal
Briefcase</a><br>

<a href="/web/20131231022550/http://www.searchwarning.com/">Search Warning</a>: Searching
for you day and night!<br>              </div>
    </div>

                                </div>

                                                        </div>
                                                                </div>
                <!-- //RIGHT COLUMN-->

                                        </div>

                                        </div>
                <!-- //MAIN CONTAINER -->

                                        <div id="ja-botsl-1" class="wrap">

                                        <div class="main">

                        <div class="main-inner1 clearfix">

        <!-- SPOTLIGHT -->
                                        <div class="ja-box column ja-box-left"
style="width: 25%;">
                        <div class="ja-moduletable moduletable  clearfix" id="Mod19">
                                                <h3><span>Latest News</span></h3>
                                <div class="ja-box-ct clearfix">

<ul class="latestnews">
                <li class="latestnews">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-
settlement-annuity-transparency" class="latestnews">
                        Corona Capital Brings Transparency to the Sale of Structured
Settlement Annuities</a>
```

```
        </li>
                <li class="latestnews">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-advice" class="latestnews">
                        Advice on How to Sell a Structured Settlement Annuity for the Most Money</a>
        </li>
                <li class="latestnews">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/selling-structured-settlement-annuity" class="latestnews">
                        Sell Your Life Contingent Structured Settlement Annuity Payments</a>
        </li>
                <li class="latestnews">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/current-inventory-of-secondary-market-annuities" class="latestnews">
                        Current Inventory of Secondary Market Annuities</a>
        </li>
                <li class="latestnews">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/component/content/article/42-applications/90-get-a-quote-before-you-sell-your-annuity-or-structured-settlement-now" class="latestnews">
                        Get a Quote Before You Sell Your Annuity or Structured Settlement Now!</a>
        </li>
        </ul>
                </div>
    </div>

        </div>
                                <div class="ja-box column ja-box-center" style="width: 25%;">
                        <div class="ja-moduletable moduletable  clearfix" id="Mod22">
                                        <h3><span>Popular</span></h3>
                                <div class="ja-box-ct clearfix">
                <ul class="mostread">
        <li class="mostread">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/current-inventory-of-secondary-market-annuities" class="mostread">
                        Current Inventory of Secondary Market Annuities</a>
        </li>
        <li class="mostread">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/structured-settlement-annuity-value" class="mostread">
                        How Much Money Will You Get Should You Sell Your Structured Settlement Annuity?</a>
        </li>
        <li class="mostread">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/component/content/article/45-general/49-get-a-quote-before-you-sell-your-annuity-or-structured-settlement" class="mostread">
                        Get a Quote Before You Sell Your Annuity or Structured Settlement</a>
        </li>
        <li class="mostread">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-settlement-annuity-transfer" class="mostread">
                        How to Get Life Insurance to Protect a Life Contingent or Non-Guaranteed Structured Settlement Annuity Transfer</a>
```

```
        </li>
        <li class="mostread">
                <a href="/web/20131231022550/http://www.coronacapitalgroup.com/sell-your-annuity" class="mostread">
                        Sell Your Annuity</a>
        </li>
</ul>           </div>
    </div>

        </div>
                                <div class="ja-box column ja-box-center" style="width: 25%;">
                        <div class="ja-moduletable moduletable  clearfix" id="Mod43">
                                        <h3><span>Who Are We?</span></h3>
                                <div class="ja-box-ct clearfix">
                <p>We buy <strong>annuity, lottery and structured settlement payments including life contingent structured settlement annuities.</strong> Our excellent funding sources and low cost of business operations allows us to fund our clients at very competitive rates. Please contact us if you'd like to <a title="Get the most money you can for your annuity, lottery or structured settlement payments with Corona Capital." href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/application-to-sell-your-annuity-or-structured-settlement" target="_self">sell your annuity, lottery or structured settlement payments</a>.  Thank you for visiting our site.</p>             </div>
    </div>

        </div>
                                <div class="ja-box column ja-box-right" style="width: 25%;">
                        <div class="ja-moduletable moduletable  clearfix" id="Mod44">
                                        <h3><span>Online Support</span></h3>
                                <div class="ja-box-ct clearfix">
                <p><a title="Corona Capital will provide you with excellent service and the most money for your annuity, lottery or structured settlement payments." href="/web/20131231022550/http://www.coronacapitalgroup.com/home" target="_self"><img style="border: none;" title="Find the best offer for your structured settlement annuity with Corona Capital." alt="Get the most money for your structured settlement annuity with Corona Capital." src="/web/20131231022550im_/http://www.coronacapitalgroup.com/images/stories/logos/logo_module.png" width="210" height="30" /></a></p>
<p>16192 Coastal Hwy<br />Lewes, DE 19958-3608</p>
<p class="icon icon-phone">+1 (888) 852-5658</p>
<p class="icon icon-fax">+1 (888) 222-7028</p>
<p class="icon icon-facebook"><a title="Visit Corona Capital on Facebook for information on annuities, lottery payments and structured settlements." href="/web/20131231022550/http://www.facebook.com/coronacap" target="_blank">facebook.com/coronacap</a></p>
<p class="icon icon-twitter"><a title="Visit Corona Capital on Twitter for more information on annuities, lottery payments and structured settlements." href="/web/20131231022550/http://www.twitter.com/coronacap" target="_blank">twitter.com/coronacap</a></p>
<p class="icon icon-skype">corona-capital</p>           </div>
    </div>

        </div>
                                        <!-- SPOTLIGHT -->

                        </div>
```

```
                                        </div>

                                </div>

<script type="text/javascript">
        window.addEvent('load', function (){ equalHeight ('#ja-botsl-1 .ja-box') });
</script>
                                <div id="ja-navhelper" class="wrap">

                                        <div class="main">

                        <div class="main-inner1 clearfix">

        <div class="ja-breadcrums">
                <strong>You are here:</strong> <span class="breadcrumbs pathway">
<span class="name">Home</span></span>
        </div>

        <ul class="ja-links">
                <li class="layout-switcher"> </li>
                <li class="top"><a href="#Top" title="Back to Top">Top</a></li>
        </ul>

        <ul class="no-display">
                <li><a href="#ja-content" title="Skip to content">Skip to content</a></li>

        </ul>

                        </div>

                                        </div>

                                </div>
                                                                <div id="ja-footer"
class="wrap">

                                        <div class="main">

                        <div class="main-inner1 clearfix">

                <div class="ja-copyright">
                <small><div align="center">Copyright &#169; 2013. All Rights
Reserved. Designed by <a href="/web/20131231022550/http://www.coronacapitalgroup.com/"
title="Get the most money you can for your annuity, lottery or structured settlement
payments." target="blank">Corona Capital LLC</a> &diams; <a
href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/annuity-and-structured-
settlement-sale-application" title= "Receive a quote for your annuity.  Get more money with
Corona Capital." target="blank">Annuities</a> &#124; <a
```

```
href="/web/20131231022550/http://www.coronacapitalgroup.com/current-inventory-of-secondary-market-annuities" title="Earn excellent returns on safe, secure investments with Secondary Market Annuities." target="blank">Investors</a> &#124; <a href="/web/20131231022550/http://www.coronacapitalgroup.com/apply/lottery-sale-application" title= "Receive a quote for your lottery payments with Corona Capital." target="blank">Lottery</a> &#124; <a href="/web/20131231022550/http://www.coronacapitalgroup.com/annuities-lottery-structured-settlements/structured-settlements" title="Get the most money you can should you decide to sell your structured settlement annuity with Corona Capital." target="blank">Structured Settlements</a> &rsaquo;&rsaquo;&rsaquo; <a href="/web/20131231022550/http://www.coronacapitalgroup.com/privacy-policy" title="Read Corona Capital's Privacy Policy." target="blank">Privacy Policy</a></div>
        </div>

                        </div>

                                        </div>

                                </div>

<script id='my_vsp' src='/web/20131231022550js_/http://coronacapitalgroup.com/lindsey_corona_client.js?swf=http://coronacapitalgroup.com/swf/en/lindsey_corona_client.swf&amp;flv=http://www.coronacapitalgroup.com/flv/en/what_determines_lump_sum.flv&amp;start=normal&amp;close=close&amp;play_when=1&amp;align_right=true&amp;show_loading=yes&amp;width=480&amp;height=360&amp;vlm=80&amp;x_off=70'></script>                              <div id="ja-googleanalytics" class="wrap">

                                        <div class="main clearfix">

                <script type="text/javascript">

var _gaq = _gaq || [];
_gaq.push(['_setAccount', 'UA-16620816-3']);
_gaq.push(['_setDomainName', '.coronacapitalgroup.com']);
_gaq.push(['_trackPageview']);

(function() {
  var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async = true;
  ga.src = ('https:' == document.location.protocol ? '/web/20131231022550/https://ssl' : '/web/20131231022550/http://www') + '.google-analytics.com/ga.js';

  var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
})();

</script>

                                        </div>

                                </div>
```

```
</div>



</body>

</html>




<!--
    FILE ARCHIVED ON 2:25:50 Dec 31, 2013 AND RETRIEVED FROM THE
    INTERNET ARCHIVE ON 21:00:48 Apr 28, 2015.
    JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

    ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
    SECTION 108(a)(3)).
-->
```