# **EXHIBIT C**

| Royalty[1] | Royalty Period | Period to 4/1/2020 (years)[2] | Period to 4/1/2020 (months) | Weighted Average Prime Rate[3] | Interest Owed on Royalty Through 4/1/2020[4] | Interest + Principal Due as of 4/1/2020 |
|---|---|---|---|---|---|---|
| $6,900.00 | Feb-11 | 9.17 | 110 | 3.80 | $2,860.43 | $9,760.43 |
| $6,900.00 | Mar-11 | 9.08 | 109 | 3.81 | $2,836.02 | $9,736.02 |
| $6,900.00 | Apr-11 | 9.00 | 108 | 3.82 | $2,815.19 | $9,715.19 |
| $6,900.00 | May-11 | 8.92 | 107 | 3.82 | $2,785.68 | $9,685.68 |
| $6,900.00 | Jun-11 | 8.83 | 106 | 3.83 | $2,761.04 | $9,661.04 |
| $6,900.00 | Jul-11 | 8.75 | 105 | 3.83 | $2,731.63 | $9,631.63 |
| $6,900.00 | Aug-11 | 8.67 | 104 | 3.84 | $2,710.55 | $9,610.55 |
| $6,900.00 | Sep-11 | 8.58 | 103 | 3.84 | $2,677.55 | $9,577.55 |
| $6,900.00 | Oct-11 | 8.50 | 102 | 3.85 | $2,656.36 | $9,556.36 |
| $6,900.00 | Nov-11 | 8.42 | 101 | 3.86 | $2,635.06 | $9,535.06 |
| $6,900.00 | Dec-11 | 8.33 | 100 | 3.86 | $2,602.15 | $9,502.15 |
| $6,900.00 | Jan-12 | 8.25 | 99 | 3.87 | $2,580.73 | $9,480.73 |
| $6,900.00 | Feb-12 | 8.17 | 98 | 3.87 | $2,551.57 | $9,451.57 |
| $6,900.00 | Mar-12 | 8.08 | 97 | 3.88 | $2,526.40 | $9,426.40 |
| $6,900.00 | Apr-12 | 8.00 | 96 | 3.89 | $2,504.78 | $9,404.78 |
| $6,900.00 | May-12 | 7.92 | 95 | 3.89 | $2,475.70 | $9,375.70 |
| $6,900.00 | Jun-12 | 7.83 | 94 | 3.90 | $2,450.35 | $9,350.35 |
| $6,900.00 | Jul-12 | 7.75 | 93 | 3.91 | $2,428.51 | $9,328.51 |
| $6,900.00 | Aug-12 | 7.67 | 92 | 3.91 | $2,399.51 | $9,299.51 |
| $6,900.00 | Sep-12 | 7.58 | 91 | 3.92 | $2,373.96 | $9,273.96 |
| $6,900.00 | Oct-12 | 7.50 | 90 | 3.93 | $2,351.94 | $9,251.94 |
| $6,900.00 | Nov-12 | 7.42 | 89 | 3.94 | $2,329.81 | $9,229.81 |
| $6,900.00 | Dec-12 | 7.33 | 88 | 3.94 | $2,297.30 | $9,197.30 |
| $6,900.00 | Jan-13 | 7.25 | 87 | 3.95 | $2,275.09 | $9,175.09 |
| $6,900.00 | Feb-13 | 7.17 | 86 | 3.96 | $2,252.78 | $9,152.78 |
| $6,900.00 | Mar-13 | 7.08 | 85 | 3.97 | $2,226.77 | $9,126.77 |
| $6,900.00 | Apr-13 | 7.00 | 84 | 3.98 | $2,204.28 | $9,104.28 |
| $6,900.00 | May-13 | 6.92 | 83 | 3.99 | $2,181.70 | $9,081.70 |
| $6,900.00 | Jun-13 | 6.83 | 82 | 4.00 | $2,155.43 | $9,055.43 |
| $6,900.00 | Jul-13 | 6.75 | 81 | 4.00 | $2,126.64 | $9,026.64 |
| $6,900.00 | Aug-13 | 6.67 | 80 | 4.01 | $2,103.89 | $9,003.89 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $6,900.00 | Sep-13 | 6.58 | 79 | 4.02 | $2,077.46 | $8,977.46 |
| $6,900.00 | Oct-13 | 6.50 | 78 | 4.03 | $2,054.54 | $8,954.54 |
| $6,900.00 | Nov-13 | 6.42 | 77 | 4.04 | $2,031.54 | $8,931.54 |
| $6,900.00 | Dec-13 | 6.33 | 76 | 4.05 | $2,004.86 | $8,904.86 |
| | | | | **Totals:** | **$85,037.20** | **$326,537.20** |

**Endnotes/Methodology**

[1] An unpaid royalty of $6900 was due, in full, at the beginning of each month of the infringement period.

[2] The pre-judgment period, or period of accrued interest, was calculated from the beginning of the month at which the royalty was not paid through April 1, 2020.

[3] This value was determined by calculating the weighted average of the Federal Reserve Prime Rate over the period of time starting the month of unpaid royalty and ending April 1, 2020. The Federal Reserve Prime Rate changed twenty -four(24) times over this pre-judgment period. The updated rate was applied starting in the month in which each change occured.

[4] The interest owed on each unpaid royalty was calculated using the principal unpaid payment of $6,900, a growth period starting at the month of missed payment through March 18, 2019, and the Average Weighted Prime Rate, compounded quarterly.