# EXHIBIT D



HISTORICAL PRIME RATE

## 1983 - Present

| Effective Date | Rate* |
|---|---|
| 3/16/2020 | 3.25% |
| 3/4/2020 | 4.25% |
| 10/31/2019 | 4.75% |
| 9/19/2019 | 5.00% |
| 8/1/2019 | 5.25% |
| 12/20/2018 | 5.5% |
| 9/27/2018 | 5.25% |
| 6/14/2018 | 5.00% |
| 3/22/2018 | 4.75% |
| 12/14/2017 | 4.50% |

| Date | Rate |
|---|---|
| 6/15/2017 | 4.25% |
| 3/16/2017 | 4.00% |
| 12/15/2016 | 3.75% |
| 12/17/2015 | 3.50% |
| 12/16/2008 | 3.25% |
| 10/29/2008 | 4.00% |
| 10/8/2008 | 4.50% |
| 4/30/2008 | 5.00% |
| 3/18/2008 | 5.25% |
| 1/30/2008 | 6.00% |
| 1/22/2008 | 6.50% |
| 12/11/2007 | 7.25% |
| 10/31/2007 | 7.50% |
| 9/18/2007 | 7.75% |
| 6/29/2006 | 8.25% |
| 5/10/2006 | 8.00% |
| 3/28/2006 | 7.75% |
| 1/31/2006 | 7.50% |
| 12/13/2005 | 7.25% |
| 11/1/2005 | 7.00% |
| 9/20/2005 | 6.75% |
| 8/9/2005 | 6.50% |

| Date | Rate |
|---|---|
| 6/30/2005 | 6.25% |
| 5/3/2005 | 6.00% |
| 3/22/2005 | 5.75% |
| 2/2/2005 | 5.50% |
| 12/14/2004 | 5.25% |
| 11/10/2004 | 5.00% |
| 9/21/2004 | 4.75% |
| 8/10/2004 | 4.50% |
| 6/30/2004 | 4.25% |
| 6/27/2003 | 4.00% |
| 11/7/2002 | 4.25% |
| 12/12/2001 | 4.75% |
| 11/7/2001 | 5.00% |
| 10/3/2001 | 5.50% |
| 9/17/2001 | 6.00% |
| 8/22/2001 | 6.50% |
| 6/28/2001 | 6.75% |
| 5/16/2001 | 7.00% |
| 4/19/2001 | 7.50% |
| 3/21/2001 | 8.00% |
| 2/1/2001 | 8.50% |
| 1/4/2001 | 9.00% |

| Date | Rate |
|---|---|
| 5/17/2000 | 9.50% |
| 3/22/2000 | 9.00% |
| 2/3/2000 | 8.75% |
| 11/17/1999 | 8.50% |
| 8/25/1999 | 8.25% |
| 7/1/1999 | 8.00% |
| 11/18/1998 | 7.75% |
| 10/16/1998 | 8.00% |
| 9/30/1998 | 8.25% |
| 3/26/1997 | 8.50% |
| 1/31/1996 | 8.25% |
| 12/20/1995 | 8.50% |
| 7/7/1995 | 8.75% |
| 2/1/1995 | 9.00% |
| 11/15/1994 | 8.50% |
| 8/16/1994 | 7.75% |
| 5/17/1994 | 7.25% |
| 4/19/1994 | 6.75% |
| 3/23/1994 | 6.25% |
| 7/2/1992 | 6.00% |
| 12/31/1991 | 6.50% |
| 11/6/1991 | 7.50% |

| | |
|---|---|
| 9/13/1991 | 8.00% |
| 5/1/1991 | 8.50% |
| 2/1/1991 | 9.00% |
| 2/1/1991 | 9.00% |
| 12/20/1990 | 9.50% |
| 1/8/1990 | 10.00% |
| 7/31/1989 | 10.50% |
| 6/5/1989 | 11.00% |
| 2/24/1989 | 11.50% |
| 2/10/1989 | 11.00% |
| 11/28/1988 | 10.50% |
| 8/11/1988 | 10.00% |
| 7/14/1988 | 9.50% |
| 5/11/1988 | 9.00% |
| 2/2/1988 | 8.50% |
| 11/5/1987 | 8.75% |
| 10/22/1987 | 9.00% |
| 10/7/1987 | 9.25% |
| 9/4/1987 | 8.75% |
| 5/15/1987 | 8.25% |
| 5/1/1987 | 8.00% |
| 4/2/1987 | 7.75% |
| | |

| Date | Rate |
|---|---|
| 8/26/1986 | 7.50% |
| 7/11/1986 | 8.00% |
| 4/21/1986 | 8.50% |
| 3/7/1986 | 9.00% |
| 6/18/1985 | 9.50% |
| 5/20/1985 | 10.00% |
| 1/15/1985 | 10.50% |
| 12/19/1984 | 10.75% |
| 11/28/1984 | 11.25% |
| 11/26/1984 | 11.50% |
| 10/16/1984 | 12.50% |
| 10/29/1984 | 12.00% |
| 9/27/1984 | 12.75% |
| 6/25/1984 | 13.00% |
| 5/8/1984 | 12.50% |
| 4/5/1984 | 12.00% |
| 3/19/1984 | 11.50% |
| 8/8/1983 | 11.00% |